**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TERI RENE EDWARDS** § | | |
| *Plaintiff* § | | |
| § | | |
| vs. § | **CIVIL ACTION NO.** | |
| § | | |
| **AMAZON.COM, INC., AMAZON.COM** § | **JURY** | |
| **SERVICES, LLC, AND AMAZON** § | | |
| **LOGISTICS, INC.** § | | |
| *Defendants* § | | |

**DEFENDANTS AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1332, 1441 and 1446, Defendants Amazon Logistics, Inc., Amazon.com Services, LLC and Amazon.com, Inc. (hereafter "Defendant Amazon"), by and through its undersigned counsel, hereby removes this action from the 333rd Judicial District Court of Harris County, State of Texas ("the "State Court Action) to the United States District Court for the Southern District of Texas, Houston Division. In support of this Notice of Removal, Defendant Amazon avers as follows:

**Procedural History**

1. On May 5, 2023, Plaintiff Teri Rene Edwards ("Plaintiff") filed the State Court Action in the 333rd District Court of Harris County, State of Texas. Plaintiff's Original Petition asserts a personal injury claim allegedly arising from a personal injury that occurred on or about June 25, 2021. Specifically, Plaintiff alleges that while she was working at an Amazon warehouse, another Amazon employee was pushing a cart and collided with Plaintiff, causing her to immediately fall and strike the concrete floor, proximately causing Plaintiff's personal injuries. (See, Exhibit A, Plaintiff's Original Petition).

2. Plaintiff's Original Petition was served upon Defendant Amazon on May 9, 2023. (*See,* Exhibit B, Summons; *see also* Exhibit C, State Court Documents).

3. Attached hereto as Exhibit C is a copy of the process, pleadings, and orders received in the State Court Action.

### Grounds for Removal

4. As described below, this case is properly removed to this Court pursuant to 28 U.S.C. §1332, 1441 and 1446 because it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest, and it is between citizens of different states. Removal based on complete diversity is proper. (*See,* Exhibit C, State Court Documents).

#### A. The Amount in Controversy Requirement is Met

5. 28 U.S.C. §1332(a)(1) provides federal district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Per Plaintiff's Original Petition, the amount of compensation sought in this matter is in excess of one-million dollars. Specifically, Plaintiff is seeking compensation for past and future (1) medical expenses, (2) pain and suffering, (3) mental anguish, (4) physical impairment, (5) physical disfigurement, and (6) lost wages and future loss of earning capacity. Plaintiff's Original Petition also indicates she seeks punitive damages and explicitly states she seeks "monetary relief over $1,000,000.00." (*See*, Exhibit A, Plaintiff's Original Petition).

#### B. There is Complete Diversity of Citizenship at Time of Removal

6. Plaintiff's Original Petition contends Plaintiff is a citizen of Texas. (*See*, Exhibit A, Plaintiff's Original Petition). Furthermore, Defendant Amazon is not a citizen of Texas and does

2

not have a principal place of business in Texas. Hence, as of the time of Amazon's timely removal to federal court, no defendant properly joined and served is a citizen of the state (Texas) in which the action was brought.

7. As the court is aware, 28 U.S.C. §1441(b)(2) provides that "a civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest ***properly joined and served*** as defendants is a citizen of the State in which such action is brought." (emphasis added). Defendant Amazon is not incorporated in Texas and does not have a principal place of business in Texas.

### C. Other Procedural Requirements

8. The United States District Court of the Southern District of Texas, Houston Division, encompasses Harris County, Texas, the county in which the State Court Action is currently pending. Therefore, this action is properly removed to the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 124(b)(2) and 1441(a).

9. A Removal Notice, together with a copy of this Notice, has been filed with the Clerk of the District Court of Harris County, Texas, and has been served on counsel for Plaintiff and all Defendants.

10. Pursuant to 28 U.S.C. §1446(a), Amazon attaches to this Notice true and correct copies of all process, pleadings, and orders served on the defendants in the State Court Action pending in Texas as Exhibit C.

11. By removing this action from Harris County, Texas state court, Amazon does not waive any defenses available to it.

12. By removing this action from Harris County, Texas state court, Amazon does not admit to any of the allegations in Plaintiff's Original Petition.

13. Amazon respectfully demands a jury trial.

WHEREFORE, Defendants Amazon Logistics, Inc., Amazon.com Services, LLC and Amazon.com, Inc. hereby removes this case from the 333rd District Court of Harris County, Texas, to the United State District Court for Southern Texas, Houston Division.

Respectfully submitted,

By:  /s/ Laura S. Favaloro
Laura S. Favaloro
Attorney-In-Charge
State Bar No. 00784929
Federal ID No. 15581
laura.favaloro@wilsonelser.com

909 Fannin Street, Suite 3300
Houston, Texas 77010
Ph. (713) 353-2000
Fx. (713) 785-7780
**COUNSEL FOR DEFENDANTS AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.**

**OF COUNSEL:**
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Bryan Puente
State Bar No. 24092998
bryan.puente@wilsonelser.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on June 2, 2023.

Jonathan D. Sneed
jsneed@awtxlaw.com
Brant J. Stogner
bstogner@awtxlaw.com
Abraham, Watkins, Nichols, Agosto, Aziz & Stogner
800 Commerce Street
Houston, Texas 77002
*Counsel for Plaintiff*

                                              */s/ Laura S. Favaloro*
                                              Laura S. Favaloro