# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **Teri Rene Edwards** | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Civil Action No.: 4:23-cv-02037 |
| | § | |
| **Amazon Logistics, Inc., et al.** | § | JURY |
| *Defendants* | § | |

## DEFENDANTS AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, LLC, AND AMAZON.COM, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Defendants, Amazon Logistics, Inc., Amazon.com Services, LLC, and Amazon.com, Inc., and file their Certificate of Interested Parties and disclose the following persons and entities financially interested in the outcome of this litigation.

1. **Teri Rene Edwards**
   c/o Jonathan D. Sneed
   Brent J. Stogner
   ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER
   800 Commerce Street
   Houston, Texas 77002
   Telephone: (713) 222-7211
   Facsimile: (713) 225-0827
   *Plaintiff is a natural person who is a resident of the state of Texas*

2. **Jonathan D. Sneed**
   **Brent J. Stogner**
   ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER
   800 Commerce Street
   Houston, Texas 77002
   Telephone: (713) 222-7211
   Facsimile: (713) 225-0827
   *Plaintiff's Counsel*

3. **Amazon.com Services, LLC**
   c/o Laura S. Favaloro

        Bryan Puente
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
*Limited liability company whose sole member, Amazon.com Sales, Inc., is a Delaware corporation, has its principal place of business in the state of Washington, and is a wholly owned subsidiary of Amazon.com, Inc., a Delaware corporation, whose securities are publicly traded, and with its principal place of business in the State of Washington.*

4. **Amazon Logistics, Inc.**
c/o Laura S. Favaloro
Bryan Puente
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
*A Delaware corporation that is a wholly-owned subsidiary of parent company Amazon.com, Inc.*

5. **Amazon.com, Inc.**
c/o Laura S. Favaloro
Bryan Puente
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
*A Delaware corporation whose securities are publicly traded and with its principal place of business in the State of Washington.*

6. **Laura S. Favaloro**
**Bryan Puente**
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010

*Defendants Amazon Logistics, Inc., Amazon.com Services, LLC, and Amazon.com, Inc.'s counsel*

                        Respectfully submitted,

By:    */s/ Laura S. Favaloro*
          Laura S. Favaloro
          Attorney-In-Charge
          State Bar No. 00784929
          Federal ID No. 15581
          laura.favaloro@wilsonelser.com
          909 Fannin Street, Suite 3300
          Houston, Texas 77010
          Ph. (713) 353-2000
          Fx. (713) 785-7780
          **COUNSEL FOR DEFENDANTS AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.**

**OF COUNSEL:**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Bryan Puente
State Bar No. 24092998
bryan.puente@wilsonelser.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure, through the Court's automatic distribution system, on June 20, 2023.

Jonathan D. Sneed
jsneed@awtxlaw.com
Brant J. Stogner
bstogner@awtxlaw.com
Abraham, Watkins, Nichols, Agosto, Aziz & Stogner
800 Commerce Street
Houston, Texas 77002
*Counsel for Plaintiff*


             */s/ Laura S. Favaloro*
             Laura S. Favaloro