IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERI RENE EDWARDS, | § § § § § | REMOVED FROM THE 333RD JUDICIAL DISTRICT COURT HARRIS COUNTY, TEXAS CAUSE NO. 2023-28026, AND |
| VS. | § § | CIVIL ACTION 4:23-CV-02037 |
| AMAZON.COM, INC., AMAZON.COM SERVICES, LLC AND AMAZON LOGISTICS, INC. | § § § § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2, Plaintiff Teri Rene Edwards (hereinafter "Plaintiff") provides the following information:

Plaintiff hereby discloses the following persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation.

**Plaintiff Teri Rene Edwards**
Jonathan D. Sneed
Brant J. Stogner
Abraham, Watkins, Nichols, Agosto, Aziz & Stogner
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile: (713) 225-0827
jsneed@awtxlaw.com
bstogner@awtxlaw.com

**Defendant Amazon.Com, Inc.**
Laura S. Favaloro
Brian Puente
Wilson Elser Mozkowitz Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, TX 77010

Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Laura.favaloro@wilsonelser.com
Bryan.puente@wilsonelser.com

**Defendant Amazon.com Services, LLC**
Laura S. Favaloro
Brian Puente
Wilson Elser Mozkowitz Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Laura.favaloro@wilsonelser.com
Bryan.puente@wilsonelser.com

**Defendant Amazon Logistics, Inc.**
Laura S. Favaloro
Brian Puente
Wilson Elser Mozkowitz Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Laura.favaloro@wilsonelser.com
Bryan.puente@wilsonelser.com

        Respectfully Submitted,

        **ABRAHAM, WATKINS, NICHOLS,
AGOSTO AZIZ & STOGNER**

        By: */s/ Jonathan D. Sneed*
            Jonathan D. Sneed
            State Bar No. 24085594
            Brant J. Stogner
            Texas Bar No.: 24038389
            jsneed@awtxlaw.com
            bstogner@awtxlaw.com
            800 Commerce Street
            Houston, Texas 77002
            Telephone: (713) 222-7211
            Facsimile: (713) 225-0827
        **ATTORNEY FOR PLAINTIFF
TERI RENE EDWARDS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, Plaintiff's Certificate of Interested Parties was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

By: */s/ Jonathan D. Sneed*
Jonathan D. Sneed