**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **TERI RENE EDWARDS** § | |
| § | |
| VS. § | **CASE NO. 4:23-CV-2037** |
| § | |
| § | |
| **AMAZON LOGISTICS, INC** § | |
| **AMAZON.COM SERVICES, LLC.** § | |
| **AMAZON.COM INC** § | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

COME NOW, **AMAZON LOGISTICS, INC, AMAZON.COM SERVICES, LLC & AMAZON.COM, INC** ("Defendants" or "Amazon") and file this Motion to Substitute Counsel and would show the Court as follows:

**AMAZON** desires to substitute Warren T. McCollum of the Law Firm of Fenley & Bate, LLP for Laura S. Favaloro, of the Law Firm of Wilson Elser Moskowitz, Edelman & Dicker LLP.

**I.**

Laura S. Favaloro and the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, LLP request that the Court discharge them from representation of **AMAZON** in this matter. Warren T. McCollum of Fenley & Bate, LLP, will be lead Counsel for **AMAZON** in the above-entitled matter going forward.

**II.**

This Motion is not brought for delay and has been brought prior to the Management Conference in the above-entitled matter.

WHEREFORE PREMISES CONSIDERED, **AMAZON LOGISTICS, INC, AMAZON.COM SERVICES, LLC & AMAZON.COM, INC.** respectfully request that the Court grant their Motion to Substitute Counsel Warren T. McCollum of the Law Firm of Fenley & Bate, LLP, as attorney of record for **AMAZON LOGISTICS, INC, AMAZON.COM SERVICES, LLC & AMAZON.COM, INC.** and discharge Laura Favaloro of Wilson Elser Moskowitz Edelman & Dicker, LLP, from representation of **AMAZON LOGISTICS, INC, AMAZON.COM SERVICES, LLC & AMAZON.COM, INC.** The Defendants request any further relief to which they have shown themselves to be justly entitled.

Respectfully Submitted:

/s/Warren T. McCollum
WARREN T. MCCOLLUM
Texas SBN:   24013127
FRED WILSON
Texas SBN:   00788687
FENLEY & BATE, L.L.P.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN:   (936) 634-3346
FXN:   (936) 639-5874
TXSD Admission No.: 769985
Email: wmccollum@fenley-bate.com

ATTORNEY FOR DEFENDANT
**AMAZON.COM SERVICES LLC.**
**AMAZON LOGISTICS, INC**
**AMAZON.COM, INC**

## CERTIFICATE OF SERVICE

This is to certify that I have on this the 27th day of July 2023, served a true and correct copy of the foregoing to:

| | |
|---|---|
| Jonathan Sneed | ☐ By certified mail |
| State Bar No. 89994 | ☐ By regular mail |
| 800 Commerce St. | ☐ By overnight mail |
| Houston, Texas 77002 | ☒ By Email |
| Email: jsneed@awtxlaw.com | ☐ By Facsimile |
| | ☐ By Electronic Delivery |

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Jonathan Sneed on July 26, 2023. Mr. Sneed advised that he was unopposed to the Motion to Substitute Counsel.

/s/Warren T. McCollum
WARREN T. MCCOLLUM