# UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Teri Rene Edwards §
§
*versus* § Civil Action H- 4:23-CV-2037
Amazon Logistics, Inc §
Amazon.com §
Services, LLC & §
Amazon.com, Inc

**Scheduling Order**

1. Trial:  Estimated time to try:  <u>six</u>   days.         ☐ Bench   ☒ Jury

2. New parties must be joined by:                           <u>January 15, 2024</u>
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   <u>April 1, 2024</u>

4. The defendant's experts must be named with a report furnished by:   <u>May 1, 2024</u>

5. Discovery must be completed by:                         <u>June 15, 2024</u>
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                   <u>June 3, 2024</u>
   Response due by:                                        <u>June 20, 2024</u>

   Non-Dispositive Motions will be filed by:               <u>June 3, 2024</u>

********************  The Court will provide these dates.  ********************

7. Joint pretrial order is due:                            _____
   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:      _____

9. Jury Selection is set for 9:00 a.m. on:*                _____

The case will remain on standby until tried.

    Signed this the _____ day of _____, 20___.


               _____
               Andrew S. Hanen
               United States District Judge