# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERI EDWARDS | § | |
| | § | |
| VS. | § | CAUSE NO. 4:23-CV-2037 |
| | § | |
| AMAZON.COM, INC; | § | |
| AMAZON.COM SERVICES, LLC; | § | |
| AND AMAZON LOGISTICS, INC. | § | |

## DECLARATION OF MARK BROWN

1. My name is Mark Brown II. I am a Senior Risk Manager for the Defendant, **AMAZON.COM SERVICES, LLC.**, hereinafter, **AMAZON**. I have personal knowledge of the matters contained in this Declaration or I have knowledge based upon my personal review of **AMAZON'S** records or data kept in the regular course of business, and if called to do so, can testify competently to the same. All business records personally reviewed by me are kept in the course of **AMAZON'S** regular conducted business.

2. Everyone employed by **AMAZON** is required to go through an onboarding process prior to being offered employment with **AMAZON.** As a part of the onboarding process in Texas, **AMAZON** provides new hires and applicants access to various documents via an online platform, including but not limited, to the Employee Injury Benefit Plan and Arbitration agreement.

3. I am also aware that that after the Amazon Tx Care Employee Injury Benefit Plan was instituted in 2019. The Associates, including Ms. Edwards, are given an opportunity to review the Employee Injury Benefit Plan which includes the Arbitration Agreement as a part of the onboarding process. This process of presenting Associates with the Employee Injury Benefit Plan was implemented after the Amazon Tx Care Employee Injury Benefit Plan was amended in March of 2020.

4. Attached as Exhibit A is a true and correct copy of the Plaintiff, **TERI RENE EDWARDS'** Arbitration acknowledgement dated April 16, 2020. **AMAZON** uses an electronic acknowledgement process for presentation of the summary plan description and Arbitration agreement. During this time period, new employees were given an acknowledgment for their signature, which also provides a link to the summary plan description and Arbitration agreement which they are free to review. The employee is then provided an opportunity to sign the acknowledgment via the electronic program Adobe Sign.

5. When the signature panel at the top of Exhibit A is clicked and "show signature properties" is chosen, it produces a window of the screen which indicates the signature is valid, signed by Adobe Sign, a Document Cloud solution and indicates the signing time is April 16, 2020 at 15:07:25. The properties go on the state that the document has not been modified since it was certified, no changes are allowed to be made to the document, the signer's identity is valid, and the signing time is from the clock on the signer's computer. A screen shot below shows the validation:



6. **AMAZON.COM SERVICES, INC.** was merged into **AMAZON.COM SERVICES, LLC** as of December 30, 2019. **AMAZON.COM SERVICES, LLC** is a Delaware Limited Liability Company with a principal place of business in Washington State and is a wholly owned subsidiary of parent company **AMAZON.COM, INC.** **AMAZON LOGISTICS, INC.** is a Delaware Corporation that is a wholly owned subsidiary of **AMAZON.COM., INC.**

7. I declare under the penalty of perjury and the laws in the State of Texas and the United States of America that the foregoing is true and correct.

**EXECUTED THIS** 11th day of August, 2023, at Richmond , Virginia .

DocuSigned by:

Mark Brown II (Risk)

619E364DB19C403...
**MARK BROWN II**

2

# Exhibit A

# RECEIPT AND ARBITRATION ACKNOWLEDGEMENT

**RECEIPT OF MATERIALS.** By my signature below, I acknowledge that I have received and read (or had the opportunity to read or will read the plan on https://w.amazon.com/bin/view/Main/Risk_Management/Workers_Compensation/) the Benefits Schedule, Summary Plan Description (the "SPD") for the Employee Injury Benefit Plan, effective on the Effective Date specified in Item 8 of the Benefits Schedule.

**ARBITRATION.** I acknowledge that this SPD includes a mandatory company policy requiring that certain **claims or disputes (that cannot otherwise be resolved between the Company and me) must be submitted to an arbitrator**, rather than a judge and jury in court. I understand that by receiving this SPD and becoming employed (or continuing my employment) with the Company at any time on or after the Effective Date specified in Item 8 of the Benefits Schedule, I am accepting and agreeing to comply with these arbitration requirements. I understand that the Company is also accepting and agreeing to comply with these arbitration requirements. All covered claims brought by my spouse, children, parents, estate, successors and assigns are also subject to these arbitration requirements, and any decision of an arbitrator will be final and binding on such persons and the Company.

*Teri Rene Edwards*
Employee Signature

Apr 16, 2020
Date

Teri Rene Edwards
Employee Printed Name

NAC Revised 12/23/10