**Exhibit 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TERI EDWARDS** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 4:23-CV-2037** |
| | § | |
| **AMAZON.COM, INC;** | § | |
| **AMAZON.COM SERVICES, LLC;** | § | |
| **AND AMAZON LOGISTICS, INC.** | § | |

## DECLARATION OF DAVID COWEN

I, David Cowen, declare as follows:

1.      I have personal knowledge of the facts set forth herein, except as to matters stated on information and belief, which I believe to be true.  If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2.      I have a Bachelor of Science degree in Computer Science from the University of Texas at Dallas.  I have more than twenty-five years of experience in the areas of integration, architecture, assessment, programming, forensic analysis and investigation.  I currently hold the Certified Information Systems Security Professional and Certified Cybersecurity Forensic Professional certifications from (ISC)^2 as well as the GIAC Certified Forensic Examiner from the Global Information Assurance Certification.  I have been trained in proper forensics practices by the High Tech Crime Investigators Association, ASR Data, SANS and Guidance Software among others. I have received seven awards in digital forensics from my research, writing and podcasts.  I am an active contributor within the computer security community, including the High Technology Crime Investigators Association, where I frequently present and train on various forensic topics.  I am also a past member of SWGDE, the Scientific Working Group on Digital Evidence.  I have managed, created, and worked with multiple forensics/litigation support

teams and associated procedures.  My experience spans a variety of environments ranging from high security military installations to large and small private sector companies.  I am a co-author of *Hacking Exposed: Computer Forensics* (both the First Edition and the Second Edition) published by McGraw-Hill, and of the *Anti-Hacker Toolkit, 3rd Edition*, also published by McGraw-Hill.  I am also the author of *Computer Forensics Infosec Pro Guide*, also published by McGraw-Hill. I am the lead author of SANS FOR509: Enterprise Cloud forensics and a SANS certified instructor. I am also a contributing author to the Cybercrime Investigation Body of Knowledge. My CV is attached as Exhibit A.  My CV includes my Testimony List.

3.      I have reviewed the affidavit of Scott Greene, Teri Renee Edwards and Mark Brown II. I've also had conversations with Rahul Deswal, a member of the team at Amazon that administers the MyDocs system that stored the signed documents at issue in this case.

4.      MyDocs is a presentation onboarding platform used to present certain employment agreements and policies to potential employees (applicants) via a secure portal. MyDocs sends the applicant a link to the email address they provide at the time of application.  The initial email for Ms. Edwards is reflected as being April 14, 2020 and is attached to Ms. Edwards' affidavit.  The applicant clicks the link and is taken to the MyDocs platform.  Once in the platform, the applicant must create an account and create a password.  MyDocs then tracks when someone logs in and out.  Teri Edwards was candidate CID035383855.  Attached as Exhibit B to my declaration is data provided to me by Amazon showing MyDocs Logs, Adobe Sign Logs, MyDocs Time Stamps, the IP Address associated with the signing of the arbitration acknowledgment and the settings for Adobe Sign as it pertains to inclusion of signature date and time in the signature.

5.      Once she completes the process of establishing a password, she can begin reviewing documents.  MyDocs does not require she review the Acknowledged Documents (as designated by Scott Greene in his affidavit) prior to reviewing the Adobe Sign

2

Agreements (Arbitration Acknowledgment, Confidentiality Agreement and Terms of Employment). However, the Adobe Sign Agreements must all be signed and the associate must click a box marked completed before she can move on in the onboarding process. In Ms. Edwards case, she reviewed the Acknowledged Documents starting at 7:34 pm on April 16th and did not sign the Adobe Sign Documents until 8:07 pm. (Ex. B, Pgs 1-4)

6.      There was some confusion due to the identification of the signing time as 15:07 in the properties of the arbitration acknowledgment signed by Ms. Edwards. When compared to the Acknowledgment Documents reviewed by Ms. Edwards, there was a 4 ½ hour difference in the time. The 15:07 time reflected in the properties is exactly 5 hours before the time shown for review and execution in MyDocs data of the Arbitration Acknowledgment. (Ex. B, Pg. 3) Further, the MyDocs data and the properties for the Confidentiality Agreement and the Terms of Employment all show execution at 15:07; whereas, the MyDocs data shows execution at 8:07pm. Amazon sets its servers to the UTC timezone. Amazon and companies like Amazon, with employees in multiple time zones and varying use of day light savings time, set their servers to the UTC timezone so that when reviewing logs and data with timestamps the time does not have to be adjusted to reflect each of the individual timezones where the data was created.

7.       Rahul Deswal explained that the confidentiality agreement, arbitration acknowledgment and the terms of employment were all a part of one group of documents that were presented to Texas applicants. This group of three documents must be signed and the employee click a box which demonstrates completion before the pdf is completed in Adobe Sign. Until the employee signs all three agreements and clicks the completion box, she cannot complete the necessary onboarding process to begin employment. In other words, in order to complete the process of onboarding an applicant cannot agree to or sign just one document. All of the documents must be reviewed and/or signed to complete the process.

8.      The Acknowledged Documents are stored in TIFF format once the

employee acknowledges review.  Their acknowledgment is reflected with their name from their application, their email address and the time of completion of review.

9.      I was provided eight comparator Amazon employee files (Ex. C) which contained arbitration acknowledgment (or arbitration agreement), confidentiality agreement and terms of employment along with "Acknowledged Documents" as delineated by Mr. Greene in his affidavit.  These employees had an approximate six hour positive difference between when the arbitration acknowledgment, confidentiality agreement and terms of employment were completed and the Acknowledged Documents.  There is six hour positive difference rather than 5 hour difference in the properties because the Adobe Sign properties were viewed in standard time (UTC -6) rather than daylight savings time (UTC -5).  This same daylight savings to standard time change occurred to the properties for Ms. Edwards signature from when Mark Brown reviewed the properties on August 11, 2023 in his declaration to now.  When Mark Brown's declaration was prepared in Texas (Central Daylight Time) and Mark Brown reviewed the properties on August 11, 2023 the time showed to be 15:07:25 – 05'00' during daylight savings time.  During Standard Time, the properties show to be 14:07:25 – 06'00'. [1]



---

[1] The confidentiality agreement goes from 15:07:36 – 05'00' to 14:07:36 – 06'00'.

10.     When examined, the properties of the other eight Amazon Associates shows a similar five - six hour positive difference between when the arbitration acknowledgment, confidentiality agreement and terms of employment were signed and when the Acknowledged Documents were acknowledged.  For instance, the associate below shows a difference of 15:26 (arbitration acknowledgment) to 9:34 pm (Ex. C6).[2]  Attached as exhibit D is an Excel Spreadsheet showing the times certain documents were shown to be acknowledged and the Adobe Sign Properties showing when the Adobe Sign Agreements were signed for the eight associates and Ms. Edwards.

---

[2] The names and email addresses were redacted from the comparator Amazon Associates' Adobe Sign Agreements and Acknowledged Documents.





11.     Mr. Greene concluded that Amazon did not use Adobe Sign for Ms. Edwards execution of the arbitration acknowledgment.  He bases his conclusion on the lack of date and time found under Ms. Edwards' signature.  His conclusion is faulty. My research on Adobe Sign indicates that the software allows the user to set signature preferences.  Here is a link to the discussion:  https://helpx.adobe.com/sign/kb/to-enable-disable-name-date-below-the-signature.html#:~:text=Account%20and%20Group%20level%20administrators,to%20ma

tch%20the%20text%20length.  (Ex. F).  One such preference is whether date and time are stamped under the individual's signature.  Amazon has provided me with a screen shot from the administrator's page on their Adobe program which shows Amazon had not activated the date and time stamp for signatures.  (Ex. B, Pg.4, last two screen shots).

12.   Mr. Greene also ignores the fact that signatures on Adobe sign can be verified through a link attached to the signature itself.  When clicking on the URL, it takes you to the Adobe website and plugs in the transaction code.  Once plugged in, if the transaction code is correct, the border will light up green. (Ex. E).  If incorrect, it will light up red.



Each of the confidentiality agreement, arbitration acknowledgment and terms of employment have the same transaction number.  Which is consistent with the operation of the MyDocs program which calls for the Adobe Sign transaction to be complete when each agreement is signed by Ms. Edwards and Ms. Edwards clicked the completed box needed to move forward in her pre-employment document review.

13. Mr. Greene states that he would expect to see a more detailed time stamp of when a signature was applied and the IP address used to perform the signing. Amazon was able to provide the IP address used to sign the documents from their logs and Adobe's as "**172.58.99.96**". (Ex. B, Pg. 4) Outside of the metadata within the PDF and the Adobe verification of the signature reflecting the date of signing on 4/16/2020 at 8:07:25PM UTC

(translated to the local timezone when viewed on Mr. Brown's computer, see explanation above) the MyDocs system also retains the time stamp and also reflects the process was completed four seconds later at 4/16/2020 at 8:07:29PM UTC. This addresses Mr. Greene's criticism that not enough metadata related to the signature process exists.

14. In regards to her complaint that she would not sign her name as Teri Renee Edwards but as T. Renee Edwards, I've been informed that the system provides multiple options at the beginning of the process to select how their signature will be shown, with one of the default option being the full name found on the employee's application. Unless she understood how to change the formatting of the signature, it would have remained her full name.

15. In my opinion there is strong evidence both metadata and surrounding circumstances to conclude the Ms. Edwards electronically signed the arbitration acknowledgment, confidentiality agreement and terms of employment on April 16, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of November 2023, at  New York City,New York

DAVID COWEN

**Exhibit A**





## David Cowen
### Vice President

BS, Computer Science
University of Texas at Dallas

David Cowen is a Vice President in the Forensic Service Practice of CRA, based in Dallas, TX.

Prior to joining CRA, Mr. Cowen was a Managing Director at KPMG, where he was one of the leaders in the KPMG Cyber Response Practice. He was also responsible for leading international leading engagements such as Solarwinds.

## Experience

My team and I provide expert witness services in the areas of digital forensics and incident response globally in large and complicated matters. In a career spanning almost 30 years in cybersecurity, digital forensics, and testifying in major state and federal cases, I have performed investigations covering thousands of systems in the public and private sector. Those investigations involved everything from revealing insider threats, solving the worlds boldest software supply chain attack, to providing testimony as an expert witness that put cyber criminals behind bars.

In Exel v TTS, I found evidence of industrial espionage by former executives that led to $140 million of lost revenue. I helped my client understand the evidence, wrote new tools to decipher it, and delivered testimony that led to a $10 million settlement, a public letter of apology, and criminal sentences for those responsible.

In Varian v Kenoyer, I found evidence showing the theft of cancer surgery equipment blueprints needed to take a competitor out of the market. I helped my client prove what was taken, used groundbreaking new research to prove how the data was used, then presented into evidence new forensic methods that are now in standard use globally. Varian was able to protect their business and exclude their competitor from competing unfairly.

I led the KPMG team that assisted Solarwinds with their software supply chain breach. Working with multiple teams, we were able to lead the way and find evidence of how the threat actor hid in Solarwinds software and break new ground in what is possible in such attacks.

In my development of Cloud Forensics, we created a fully automated forensic triage solution for Toyota. This allowed them to massively scale their abilities to examine 1,000s of systems at a time.

My passion for DFIR stems from being able to establish the truth of what happened. I know my work will ultimately provide a real benefit to my clients. Executives can sleep sounder, and companies can be saved based on what we find. The job satisfaction I get from DFIR, along with the endless new tools and artifacts to be found, means I've never grown bored or jaded with the work.

I've authored 5 books on digital forensics, won 7 awards in digital forensics, host a popular DFIR podcast, and am the author of an award-winning blog. I've given keynote addresses at conferences such as RSA, Magnet User Summit, and HTCIA International.

## Testimony, Expert Witness Experience

**Member of the Scientific Working Group on Digital Evidence (SWGDE)**

**Accenture LLP v. Marc A. Boudria et al (Western District of Texas Case No. 1:17-cv-01013-SS).**

— Worked for Plaintiff.

**M-I L.L.C. d/b/a M-I SWACO, Plaintiff, v. Q'MAX SOLUTIONS, INC. ( Southern District of Texas Case No. H-18-1099)**

— Worked for Plaintiff

**Comet Technologies USA Inc. et al v. XP Power LLC (Northern District of California 5:20-cv-06408)**

— Worked for Defendant.

**Dunster Live, LLC v. LoneStar Logos Management Company, LLC, et al (Western District of Texas No. 17-50873)**

— Worked for Plaintiff

**TTS, LLC v. POSITIVE TRANSPORTATION LLC, et al. (44th District Court, Dallas County, TX Case No. DC-21-09409)**

**RETAIL SERVICES WIS CORPORATION v CONTRACT DATA SCAN HOLDINGS (348th District Court, Tarrant County, TX Case No. 348-341198-23)**


## Speaking Engagements

**SANS Singapore**

— Defeating anti forensics

**Global Compliance Solutions 2017**

— Trends in digital forensics

**Global Compliance Solutions 2016**

— Online investigations

**National CyberCrime Conference**

— Ghost in shell items

**Offshore Alert 2016**

— Online investigations

**Enfuse 2016**

— New advances in digital forensics

**Enfuse 2016**

— Forensics from 100,000 nodes and up

**Enfuse 2016**

— Panel on Testimony

**OSDFCon**

— Automating DFIR with Elastic Search

**PFIC 2015**

— Automating DFIR

**SANS DFIR Summit 2015**

— Snapshots effect on forensic testing

**CEIC 2015**

— File system journal analysis

**Infragard Houston 2015**

— They are already here, cyber incident response

**PFIC 2014**

— Hands-on USN journal analysis

**HTCIA 2014**

— IP Theft Panel

**ADUC 2014**

— IP Theft Panel

**SANS DFIR Summit 2014**

— Best finds of the year

**Bsides DFW 2013**

— File System Journal Forensics

**PFIC 2013**

— File System Journaling Forensics

**SANS DFIR Summit 2013**

— File System Forensics

**CEIC 2013**

— NTFS File System Forensics

**PFIC 2012**

— Anti Anti Forensics

**Bsides DFW**

— Anti Anti Forensics

**Derbycon 2012**

— How to run a successful Red Team

**CEIC 2012**

— Anti Anti Forensics

**Bsides Las Vegas 2011**

— Anti-Anti Forensics

**CEIC 2011**

— Outlook web access forensics

**HTCIA International 2010**

— Case studies in civil forensics

**HTCIA Southwest Conference 2004**

— Presented course on Encase scripting language Enscript

**Texas State Bar, Panelist, Email discovery conference**

**Assest Recovery & Due Diligence Conference 2003, Speaker**

**HTCIA Southwest Conference 2002**

— Presented course on Unix forensics to law enforcement and private sector computer investigators

**HTCIA Southwest Conference 2001**

— Presented course on IDS to law enforcement and private sector computer investigators

**HTCIA, Dallas Chapter, Speaker**

— Discussed methodology used in previous computer forensic cases

**Region One Technology Conference, South Padre Island, Presenter**

— Discussed network security in the academic environment

**Enstar Security Symposium, San Antonio, Presenter**

— Demonstrated live network penetration.

**ITEC Computer Showcase, Convention Center, Dallas, TX**

— Panelist member for a network security discussion with various vendors

**ITEC Computer Showcase, Convention Center, Dallas, TX**

— Demonstrated a network penetration, target acquisition & user profiling system

**InfraGard - FBI field office, Dallas, TX**

— Demonstrated Live Network Penetration to various federal & state law enforcement agencies and security executives representing US critical infrastructure companies

**USAA National Conference, USAA Headquarters, San Antonio, TX**

— Presentation of the Distributed Password Management Protocol

**US Air Force Information Protection Conference, Paterson AFB, Denver, CO**


**Thought Leadership: Computer Forensics**

Coauthor, *Hacking Exposed: Computer Forensics,* 1st and Second Editions

Coauthor, *Anti Hacker Toolkit*, 3rd edition

Coauthor, *Cybercrime Investigation Body of Knowledge*

Author, *Computer Forensics Infosec Pro Guide (Beginner's Guide)*

Author, Hacking Exposed Computer Forensics Blog

Lead author, *SANS FOR509: Enterprise Cloud Forensics and Incident Response*

## Key Industry Accomplishments and Impacts

— Developed the KPMG offshore incident response team

— Led engagements related to application security, expert testimony, digital forensics, insider investigations and incident response globally.

— Led outward-facing client events to increase brand awareness, growing events to over 1,200 live attendees.

— Developed automated cloud incident response frameworks

— Lead author of FOR509: Enterprise Cloud Foreniscs

### Mobile Forensics

— Experience with iOS, Android, and Blackberry

— Experience with Celebrite, Accessdata MPE, Oxygen Forensic, Elcomsoft, and other mobile forensic tools

— Experience with physical and logical manual extraction of data and recovery

### Computer Security

— Expert in Unix security, Windows Security, web security and network security penetration studies

— Extensive security experience in the following systems: Windows NT (3.51 and 4.0), Windows 2000, Windows 95/98, Novell (3.1&4.11) Unix (Irix, SunOs, OpenBSD, FreeBSD, Linux, HP/UX, AIX, Solaris, Osf1, Sco, sco mvs+, etc...), MPE/XL, VAX/VMS, Primos, Picos, various older os's

— Experience setting up all major firewalls, VPN and router products including: multiple platforms of Cyberguard, Raptor, Firewall-1, TIS Toolkit, ipfwadmin, gauntlet, Cisco, Bay(Nortel), 3com, and Ascend, ipfilter, Altiga

— Extensive experience with all aspects of TCP/IP.

### Telecommunications Security

— Expert in Telecommunications Security

— Extensive security experience with the following PBX systems including; AT&T Definity G (All models), Samsung Prostar DCS, Meridian, Rolm-CBX, intertel, comdial, executech various older models

— Also security experience with large switching systems including: AT&T 1aESS, 5ESS, Northern Telecom DMS series, GTE GTD5, Ericsson Axe 10

— Extensive experience with microwave wireless networking and security, including: DSSS vs FH, multiple licensing schemes, and Point to Point and Multipoint configurations

— Experience with microwave wireless systems: breezecom, waveaccess, wavespan and proxim models

— Design and management of a multi point-to-point international microwave network for ies.net

— Experience in installing and configuring secure VoIP

### Programming

— Experience with Pascal, Perl, Python, sh (various shells within), C, C++, Java , Tcl/tk, Visual C, Visual Basic, and relational query languages: SQL, Quel

— Experience with relational database systems: Oracle, MS SQL, Access

### Certifications

**CISSP**: Certified Information Systems Security Professional

**CCFP**: Certified Cyber Forensics Professional

**GCFE**: GIAC Certified Forensic Examiner

**ACE**: Accessdata Certified Examiner

### Training and Facilitation

HTCIA Spring Training Conference

Black Hat Security Conference – Las Vegas, NV, July 2000

CCNA – Training ASRData Linux forensics

ASRData Advanced Linux forensics

HTCIA International, Atlanta Georgia, September 2010

BlackHat Security Conference - Las Vegas, NV, July 2010

CEIC Forensics Conference, May 2011, May 2012 & May 2013

PFIC Forensics Conference, November 2012, November 2013,

SANS FOR508: Advanced Computer Forensic Analysis and Incident Response

SANS FOR408: Windows Forensics

SANS FOR509: Enterprise Cloud Forensics and Incident Response

SANS DFIR Summit – 2013–16, 2018

OSDFCon 2016, 2017

## Professional History

2022–Present          *Vice President,* Charles River Associates, Dallas, TX

— Lead a global intrusion investigation for a medical device manufacturer

— Lead a global intrusion investigation for a software supply chain attack

— Lead a global intrusion investigation for a zero day exploit against a popular software product

— Lead an intrusion investigation for a bank preventing a large wire fraud scheme by a nation state

— Served as a netural expert in Unisys v Atos

— Served as the testifying expert in IRAF v Gemini crypto exchange hack

2019-2022             *Managing Director*, KPMG, Dallas, TX

— Lead the Solarwinds supply chain software attack for Solarwinds

— Lead the development of a scalable AWS hosted cloud incident response automation platform for Toyota

— Lead the software development operations security transformation program for Toyota

— Lead a global intrusion investigation for a hosting company

— Lead a global intrusion investigation for a autopart manufacturer

— Served as the court appointed expert in Dunster Live v Lonestar Logos

2005–2019    *Partner*, G-C Partners

— Founded G-C Partners, LLC after leaving FIOS .

— Designed, implemented and operated the computer forensic lab at G-C Partners.

— Ran thousands of investigations as partner and lead expert.

— Provided expert witness services for major cases throughout the United States.

— Provided network security and penetration testing services throughout Central America.

— Led the research and development of Triforce and its subsequent digital forensic utilities.

2003–2005    *Senior Consulant*, FIOS

— Provided expert witness services in litigation.

— Provided computer forensic training to clients.

— Performed collection and culling services in litigation.

— Designed and operated a native production system to handle metadata for the Merck VIOX litigations.

2002–2003    *Sr. Security Specialist*, S3 Partners

— Provided expert witness services in litigation.

— Provided computer forensic training to clients.

— Performed collection and culling services in litigation.

2001–2002    *Sr. Security Specialist*, Vigilar Inc., Dallas, TX

— Developed CISSP training class.

— Developed penetration testing training class.

— Provided red team services to commercial clients.

— Provided computer forensic investigations to commercial clients.

1999–2001    *Security Services Manager*, Enstar LLC, Dallas, TX

— Provided and supervised red team engagements to commercial clients.

— Provided and supervised computer forensic investigations to commercial clients.

1997–1999    *Partner*, Brownsville, TX, SOUTH TEXAS INTERNET

— Managed internet service provider for three cities.

— Designed and implemented a wireless internet service across South Texas and Mexico.

— Maintained the security of the network.

1996                    *Network Security Engineer*, Trident Data Systems, San Antonio, TX & Colorado
                        Springs, CO

              —  Performed red team activities against commercial and military clients.

              —  Maintained the secure wire transfer network for the southern Federal Home
                 Loan Banking system.

**Exhibit B**

i. **MyDocs Logs**:



ii. **Adobe sign Logs**:



iii. **MyDocs Time stamps**:





**Document Information Panel**    ✕

**Document Type**
Attendance Policy

**Document**
Attendance Policy - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
04/14/2020

⌃ Keywords

Portal Status
Employee

Portal Status Updated
4/16/2020 7:39:48 PM

**Document Information Panel**    ✕

**Document Type**
Computer Use Policy

**Document**
Computer Use Policy - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
04/14/2020

⌃ Keywords

Portal Status Updated
4/16/2020 7:46:15 PM

**Document Information Panel**    ✕

**Document Type**
The Owner's Manual

**Document**
The Owner's Manual - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
04/14/2020

⌃ Keywords

Portal Status Updated
4/16/2020 7:54:51 PM

**Document Information Panel**    ✕

**Document Type**
Workplace Policies and Procedures Acknowledgement

**Document**
Workplace Policies and Procedures Acknowledgement
- Employee ID: 106618651 Candidate ID:
CID035383855 - Edwards, Teri Rene

**Document Date**
04/14/2020

⌃ Keywords

Portal Status Updated
4/16/2020 7:58:42 PM

**Document Information Panel** ✖

**Document Type**
Terms of Employment

**Document**
Terms of Employment - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
| 04/14/2020 | ▾ |

⌃ **Keywords**

Portal Status Updated ⌃
| 4/16/2020 8:07:39 PM | ▾ |

**Document Information Panel** ✖

**Document Type**
Confidentiality Agreement

**Document**
Confidentiality Agreement - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
| 04/14/2020 | ▾ |

⌃ **Keywords**

Portal Status Updated ⌃
| 4/16/2020 8:07:35 PM | ▾ |

**Document Information Panel** ✖

**Document Type**
Arbitration Agreement

**Document**
Arbitration Agreement - Employee ID: 106618651
Candidate ID: CID035383855 - Edwards, Teri Rene

**Document Date**
| 04/14/2020 | ▾ |

⌃ **Keywords**

Portal Status Updated ⌃
| 4/16/2020 8:07:29 PM | ▾ |

**Document Information Panel** ✖

**Document Type**
State Wage Notification

**Document**
State Wage Notification - Employee ID: 106618651
Candidate ID: CID035383855

**Document Date**
| 04/14/2020 | ▾ |

⌃ **Keywords**

Portal Status Updated ⌃
| 4/16/2020 8:17:30 PM | ▾ |



iv.      **IP Address of signer: 172.58.99.96**



v.      **Adobe Sign setting:**

Signature Preferences ⟳

Sign and initial documents in specified locations and fill in forms in just seconds. Signers can optionally sign with a biometric signature if allowed.

**100% ESIGN compliant.** The best solution where signatures are required in specified locations and paper-like signature appearance is important.

☐ Use well-formatted signatures and initials  ⓘ
    ☑ Dynamically adjust line below the signature

Well formatted signatures include signature date, signer name and a line below the signature.

Signature Preferences ⟳

Sign and initial documents in specified locations and fill in forms in just seconds. Signers can optionally sign with a biometric signature if allowed.

**100% ESIGN compliant.** The best solution where signatures are required in specified locations and paper-like signature appearance is important.

☐ Use well-formatted signatures and initials  ⓘ
    ☑ Dynamically adjust line below the signature and initials  ⓘ

**Exhibit D**

| Start Date/Employee Initials | Arbitration Agreement | Confidentiality Agreement | Terms of Employment |
|---|---|---|---|
| 4/26/20 Teri Edwards | 4/16/20 14:07:25 -06'00' | 4/16/20 14:07:31 -06'00' | 4/16/20 14:07:36 -06'00' |
| 7/17/20 SH | 7/9/20 21:38:15 -06'00' | 7/9/20 21:38:19 -06'00' | 7/9/20 21:38:23 -06'00' |
| 11/18/21 OR | 11/8/21 23:58:34 -06'00 | 11/8/21 23:58:36 -06'00' | 11/8/21 23:58:38 -06'00' |
| 11/27/21 AB | 11/24/21 12:14:27 -06'00' | 11/24/21 12:14:30 -06'00' | 11/24/21 12:14:32 -06'00' |
| 8/7/19 CE | 8/3/19 23:12:29 -06'00' | 8/3/19 23:12:31 -06'00' | 8/3/19 23:12:35 -06'00' |
| 8/17/19 JG | 8/10/19 15:26:00 -06'00' | 8/10/19 15:26:03 -06'00' | 8/10/19 15:26:07 -06'00' |
| 8/31/20 MJ | 8/19/20 09:22:00 -06'00' | 8/19/20 09:22:08 -06'00' | 8/19/20 09:22:12 -06'00' |
| 8/16/20 AR | 8/17/20 11:41:18 -06'00' | 8/17/20 11:41:23 -06'00' | 8/17/20 11:41:25 -06'00' |
| 5/4/20 ST | 5/6/20 16:11:28 -06'00' | 5/6/20 16:11:31 -06'00' | 5/6/20 16:11:33 -06'00' |

.

| Security Checklist | Seasonal Attendance Policy | Approved T/O Policy | ID Badge | Computer Use |
|---|---|---|---|---|
| 4/16/20-7:34:34 PM | 4/16/20-7:39:48 PM | 4/16/20-7:37:46 PM | 4/16/20-7:41:23 PM | 4/16/20-7:46:14 PM |
| 7/10/20-3:39:10 AM | | 7/10/20-3:46:53 AM | 7/10/20-3:51:28 AM | 7/10/20-3:52:14 AM |
| 11/9/21-5:58:46 AM | 11/9/21-6:00:01 AM | 11/9/21-5:59:33 AM | 11/9/21-6:00:40 AM | 11/9/21-6:01:13 AM |
| 11/24/21-6:08:25 PM | 11/24/21-6:09:40 PM | 11/24/21-6:09:29 PM | 11/24/21-6:10:01 PM | 11/24/21-6:10:50 PM |
| 8/4/19-5:15:12 AM | | | 8/4/19-5:16:09 AM | 8/4/19-5:18:29 AM |
| 8/10/19-9:27:08 PM | | | 8/10/19-9:28:15 PM | 8/10/19-9:31:45 PM |
| 8/19/20-3:22:30 PM | 8/19/20-3:23:29 PM | 8/19/20-3:23:02 PM | 8/19/20-3:23:46 PM | 8/19/20-3:24:37 PM |
| 8/17/20-5:47:14 PM | 8/17/20-5:52:42 PM | 8/17/20-5:49:08 PM | 8/17/20-5:54:54 PM | 8/17/20-6:00:08 PM |
| | | | 5/4/20-10:20:51 PM | 5/4/20-10:23:22 PM |

| Working Hours | Policies and Procedures |
|---|---|
| 4/16/20-7:55:49 PM | 4/16/20-7:58:40 PM |
| 7/10/20-3:54:51 AM | 7/10/20-3:57:26 AM |
| 11/9/21-6:33:57 AM | 11/9/21-6:35:12 AM |
| 11/24/21-6:12:32 PM | 11/24/21-6:13:15 PM |
| 8/4/19-5:22:45 AM | 8/4/19-5:23:48 AM |
| 8/10/19-9:34:44 PM | 8/10/19-9:36:08 PM |
| 8/19/20-3:25:27 PM | 8/19/20-3:25:56 PM |
| 8/17/20-6:15:54 PM | 8/17/20-6:17:48 PM |
| 5/4/20-10:21:25 PM | 5/4/20-10:21:57 PM |

**Exhibit E**



**Exhibit F**

Early Black Friday deal: Save big on Photoshop, Illustrator, and Premiere Pro. Ends Nov 17.    **See offers**

 Adobe    ☰     Adobe

# Customize the e-signature field to hide the Name and Date below the signature line

Search Adobe Support    🔍

printed under the signature field, as well as shortening the line under the signature to match the text length.

**Solutions**

Applies to: **Adobe Acrobat Sign**

## Environment

Adobe Sign web interface

## Solutions

1. Sign in to your Adobe Sign account with an administrator user

   - This option can only be configured by an admin for your adobe sign account

     - How to find your Admin >

2. Navigate to **Account Settings** > **Signature Preferences**.

3. Configure the *Use well-formatted signatures and initials* options as needed:





❯ **Both options disabled**

❯ **Only** *Use well-formatted signatures and initials* **enabled**

❯ **Both** *Use well-formatted signatures and initials* **and** *Dynamically adjust line* **enabled**

---

**Note:**

The "well formatted" feature only applies to typed or drawn signatures.

If a signer chooses to upload an *Image* signature instead, the blue line and text are **not** applied.

Admins can enable or disable the methods available to recipients when applying a signature in the next set of settings: *Allow recipients to sign and initial by*



---

Legal Notices    |    Online Privacy Policy

Document 14 - signature filed to the 1.2 Name and Date below the signature line)

![Adobe Acrobat icon] **ADOBE ACROBAT SIGN**

^ Back to top

< Visit Adobe Help Center

Learn & Support

Get Started

User Guide

Tutorials

---

## Ask the Community

Post questions and get answers from experts.

Ask now

## Contact Us

Real help from real people.

Start now

Was this page helpful?   ⚪ Yes   ⚪ No

---

| Shop for | ⌄ |
|---|---|

| For business | ⌄ |
|---|---|

| For education | ⌄ |
|---|---|

| For mobile | ⌄ |
|---|---|

| Experience Cloud | ⌄ |
|---|---|

| Support | ⌄ |
|---|---|

11/16/23, 3:07 PM

Case 4:23-cv-02037    Document 14    Filed on 11/17/23 in TXSD    Page 34 of 34

Document signature to one that will name and date below the signature...

Resources

Adobe Account

**Featured products**          Adobe Acrobat Reader          Adobe Express          Photoshop          Illustrator

☐ Change region ⌄          ☐          ☐          ☐          ☐
                                    Adobe      Adobe      Adobe      Adobe
                                    on         on         on         on
                                    Face       Twi        Linl       Inst

Copyright © 2023 Adobe. All rights reserved.    /

Privacy    /    Terms of Use    /    Cookie preferences    /    Do not sell or share my personal information    /          AdChoices