# Exhibit 5

## C. E.

# RECEIPT AND ARBITRATION ACKNOWLEDGEMENT

**RECEIPT OF MATERIALS.** By my signature below, I acknowledge that I have received and read (or had the opportunity to read or will read the plan on https://w.amazon.com/bin/view/Main/Risk_Management/Workers_Compensation/) the Benefits Schedule, Summary Plan Description (the "SPD") for the Employee Injury Benefit Plan, effective on the Effective Date specified in Item 8 of the Benefits Schedule.

**ARBITRATION.** I acknowledge that this SPD includes a mandatory company policy requiring that certain claims or disputes (that cannot otherwise be resolved between the Company and me) must be submitted to an arbitrator, rather than a judge and jury in court. I understand that by receiving this SPD and becoming employed (or continuing my employment) with the Company at any time on or after the Effective Date specified in Item 8 of the Benefits Schedule, I am accepting and agreeing to comply with these arbitration requirements. I understand that the Company is also accepting and agreeing to comply with these arbitration requirements. All covered claims brought by my spouse, children, parents, estate, successors and assigns are also subject to these arbitration requirements, and any decision of an arbitrator will be final and binding on such persons and the Company.

C               E.
_____
Employee Signature

Aug 4, 2019
_____
Date

Cl        E:
_____
Employee Printed Name

NAC Revised 12/23/10

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("Agreement") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ C _____ E _____ ("Employee").

**RECITALS**

A. Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an **"Employer"**);

B. As used in this Agreement, **"Amazon"** means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C. Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D. Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1. **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends (**"Separation Date"**), regardless of the reason for separation or whether it was voluntary or involuntary.

2. **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3. **CONFIDENTIAL INFORMATION.**

   3.1 **Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, **"Confidential Information"** means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

1

US CIAA (1269844) NE
Updated July 2019

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated July 2019

5.  **INTELLECTUAL PROPERTY.**

   **5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

   **5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

   **5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

   **5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

   **5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6.  **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7.  **GENERAL PROVISIONS.**

   **7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

3

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated July 2019

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature  *Beth Galetti*

Name: Beth Galetti

Title: Senior Vice President, Human Resources

**EMPLOYEE**

Signature: *C*          *E.*

Name: C          E

Date: Aug 4, 2019

5



P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/2/2019

Amazon.com Services, Inc.
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180

C     D    s     E

Dear C

On behalf of Amazon.com Services, Inc. (the "Company"), I am very pleased to offer you the Reduced Time (30-39 hours) position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Reduced Time (30-39 hours) schedule.

## Start Date and Compensation

Unless we mutually agree otherwise in writing, you will commence employment on August 7, 2019 ("Start Date"). You will ordinarily be scheduled to work 30 hours per seven-day week. Your salary will be $15.00 per hour, ($23,400.00 annualized based on 1,560 hours per year) and a $2.90 per hour Shift Differential ($4,524.00 annualized based on 1,560 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

## Department, Manager and Shift

Department: 1299010 HOU2 USA FC Receiving(010)
Manager: Matthew Garcia
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services, Inc. reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





### Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

C        , we are very excited about the possibility of you joining us. I hope that you will





accept this offer and look forward to a productive and mutually beneficial working relationship.
Please let me know if I can answer any questions for you about any of the matters outlined in
this letter.

Sincerely,


Matthew Garcia
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com Services, Inc. under the terms set forth in this letter.


*C        E.*

_____                        Aug 4, 2019
Signature                                              _____
                                                       Date

C        D    s    E:





Acknowledged by d    s    @yahoo.com (C    E    on 8/4/2010 9:15:12 AM)

The Amazon Security Awareness Checklist for Fulfillment Center Employees

The continued success of Amazon depends on our customers trusting that we will not lose their personal information which is considered **Critical and Confidential Data** under Amazon's Information Security Policy. This document helps Fulfillment Center Associates understand their responsibilities when it comes to keeping customer data secure.

- A written-down password can be found by someone and used without your consent. Lock your passwords in a drawer or keep them on your person.
- Sequential passwords (1111, abcd, qwerty) or personally-identifiable passwords (name, nickname, family names) are easy to hack. To be secure, passwords should have eight characters. Use letters, numbers, and some symbols.
- Sharing your passwords defeats the purpose of having passwords. While we're all looking for ways to make work easier, someone committing a crime by using your password makes you responsible.
- Logging in for other people distorts who is performing transactions and can lead to shared responsibility.
- Shred all Critical and Highly Confidential Data. Identity thieves dumpster-dive to obtain customer credentials.

| Critical Data | Highly Confidential Data |
|---|---|
| <ul><li>Credit card numbers</li><li>Gift messages</li><li>Customer bank account numbers</li><li>Multiple customers order history</li><li>Customer subscriptions</li><li>Customer Social Security Number, or National ID Number</li></ul> | <ul><li>Vendor or seller bank account numbers</li><li>Claim codes</li><li>Customer 9-digit (Zip + 4) postal code, or foreign equivalent</li></ul> |

Victims of social engineering use flawed reasoning to trust individuals, and that misplaced trust can be used to get information from you. Avoid being a victim. Do not discuss Amazon information with strangers in the parking lot or elsewhere. Be aware of your surroundings when discussing work projects, such as in a restaurant or bar.

Many believe the following myths:

- **I'm not technical, so information security doesn't apply to me.** Security is essential at every level of the company. Attacks and security breaches are not confined to technical environments and computer systems.
- **Someone else takes care of security at Amazon.** Amazon's success is a joint effort from all employees. Therefore it is your responsibility to keep the data you handle secure. Shred customer data.
- **I don't have access to anything an attacker would want.** You would be amazed by what attackers would want! Every Amazon employee has access to valuable information. Attackers are waiting for you to mishandle it!

By reading this document and clicking acknowledge above, you confirm understanding that security is our shared responsibility at Amazon. If you have any questions about how you can follow these best practices, or if you feel you've been a victim of social engineering please contact your HR Representative who will work with you to contact https://phishing.amazon.com/.

Acknowledged by d      s      @yahoo.com (C      E      on 8/4/2019 5:18:00 AM)

### Your Amazon Access/ID Badge and Visitors

Your Amazon badge serves as both an access card to unlock doors and an ID card.

To open doors, hold the card up to the reader by the door. A green light will flash 3 times indicating that access has been granted and the door will unlock. If you receive a single green flash or just a red light your card is not working and you should contact reception or security.

### Your Access/ID card:

- Must be worn at all times while in any Amazon facility.
- Must be worn in a conspicuous place on the front of your body between your shoulders and waist.
- Must not be loaned to anyone.
- Must not be used to allow another person to enter access-controlled areas – e.g. letting someone in that does not have access or does not want to swipe their badge (tailgaters).
- If lost, stolen, or damaged, must be reported to reception or security immediately.
- Must not have any additional holes punched in it due to the potential to damage internal components.
- Your Amazon badge is Amazon property and must be returned upon request or separation from the company.

### Your Visitors:

- Associates are responsible for the conduct of their visitors and are to ensure that at no times are they left unattended.

- Unattended visitors may be asked to display their visitor pass, confirm their identity, their sponsor and the purpose of their visit.  Unattended visitors may be escorted from the premises by Security.

By clicking above, I acknowledge I have reviewed and understand the above guidelines for my Amazon badge as well as my responsibility for visitors I invite to any Amazon facility.

Acknowledged by d   s   @yahoo.com (C   E   on 8/4/2010 5:16:20 AM)

# Computer Use Policy

Amazon provides some associates with computers and computer accounts to assist in the performance of job duties and to assist in intra-company communication. A computer account gives you access to Amazon's computer and email systems, as well as access to the Internet. As a condition of this access, you are expected to respect the obligations and responsibilities associated with having an Amazon computer account. In addition to your own good judgment and common sense; the following will serve as general guidelines for appropriate use of your Amazon.com computer account and the company's computers.

These guidelines apply to all computer use, including email, world wide web access, and other internal access (including electronic bulletin boards); to both personal and business use; and to both internal and external correspondence.

General computer system access has been provided for work-related purposes. While it is understood that associates may occasionally use their Amazon computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.

Your manager is responsible for ensuring that you are included in the appropriate business-related email distribution lists, as required by your job duties. While you are able to sign up for other lists of general interest (such as yumyum), please do not sign up for any business related list whose content is not appropriate for your job. Please ask your manager if you have any questions regarding which lists are appropriate for subscription.

Associates should generally refrain from sending email to the group distribution list Amazon or other general lists such as dawson or downtown unless directed by a manager. In particular, do not send personal messages, such as messages regarding items for sale or items sought, to any email list other than one intended specifically for such purpose (such as for sale)

All email correspondence and other computer files created, stored, or transmitted on the company's systems are the property of Amazon. While we will attempt to respect an associate's privacy, Amazon management or Human Resources may access or monitor these files if circumstances warrant.

Associates are responsible for ensuring that electronic communication is effective, ethical and lawful. The use of abusive, offensive, or profane language is prohibited. Fraudulent and obscene messages, or harassment of any kind, are also prohibited. Please keep in mind that your activity on the Internet reflects on Amazon.

Associates are expected to exercise discretion and good judgment and to demonstrate respect for each other's privacy and for company confidential information. Access to directories other than your own home directory or a shared directory for your department should be performed only with the explicit permission of the owner of that directory or when instructed by a manager.

Associates are expected to help protect the security of all files on the company's computer system. In particular, you should keep your passwords private, and you should not allow anyone outside of the company to have access to your computer account.

I have read and understand this policy.

Acknowledged by d   s      @yahoo.com (C       E       on 8/4/2019 5:22:45 AM)



WORKING HOURS POLICY
ACKNOWLEDGMENT FORM

By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Working Hours (Non-Exempt/Hourly) Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Working Hours Policy.

- If I am an *hourly employee*, I am responsible for reporting all hours worked; taking a work free unpaid 30 minute meal period; and taking paid rest breaks. I understand that no one may allow or ask me to perform work "off the clock" without being paid.

- If I am a *salaried employee*, I understand that I may not allow or ask any hourly employee to perform work "off the clock" without being paid. This includes, but is not limited to, not interrupting meal periods or rest breaks with work related matters. I will not falsify or incorrectly report time worked for an hourly employee or advise an hourly employee to do so.

By clicking "Acknowledge" above, I also agree to notify a human resources representative, my supervisor, any other manager, the Legal Department, or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violation of the Working Hours Policy occurred.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

*Last Updated December 27, 2013*

Acknowledged by d    s    @yahoo.com (C    E    on 8/4/2016 5:22:18 AM)



## POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:

- **Attendance Policy – US Fulfillment Center**
- **Cell Phone Use Policy**
- **Dress and Grooming Standards**
- **Holiday Pay Guidelines**
- **Holiday Blackout**
- **Overtime Policy**
- **Standards of Conduct**

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

# Exhibit 6

# J. G.

# RECEIPT AND ARBITRATION ACKNOWLEDGEMENT

**RECEIPT OF MATERIALS.** By my signature below, I acknowledge that I have received and read (or had the opportunity to read or will read the plan on https://w.amazon.com/bin/view/Main/Risk_Management/Workers_Compensation/) the Benefits Schedule, Summary Plan Description (the "SPD") for the Employee Injury Benefit Plan, effective on the Effective Date specified in Item 8 of the Benefits Schedule.

**ARBITRATION.** I acknowledge that this SPD includes a mandatory company policy requiring that certain claims or disputes (that cannot otherwise be resolved between the Company and me) **must be submitted to an arbitrator**, rather than a judge and jury in court. I understand that by receiving this SPD and becoming employed (or continuing my employment) with the Company at any time on or after the Effective Date specified in Item 8 of the Benefits Schedule, I am accepting and agreeing to comply with these arbitration requirements. I understand that the Company is also accepting and agreeing to comply with these arbitration requirements. All covered claims brought by my spouse, children, parents, estate, successors and assigns are also subject to these arbitration requirements, and any decision of an arbitrator will be final and binding on such persons and the Company.


_J. g._
Employee Signature


Aug 10, 2019
Date


J.      g
Employee Printed Name


NAC Revised 12/23/10

AMAZON.COM, INC.

## CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and ____ J ____ g _____ ("**Employee**").

### RECITALS

A. Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

B. As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C. Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D. Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

### AGREEMENTS

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1. **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

2. **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3. **CONFIDENTIAL INFORMATION.**

   **3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement

1

prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, **"Customer"** means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and **"Business Partner"** means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon (**"Amazon Personnel"**) to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

US CIAA (1269844) NE
Updated July 2019

5.  **INTELLECTUAL PROPERTY.**

   **5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

   **5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

   **5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

   **5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

   **5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6.  **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7.  **GENERAL PROVISIONS.**

   **7.1 Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

3

**7.2 Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

**7.3 Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the State of Washington, excluding its choice of law provisions. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

**7.4 Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

**7.5 Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, and there are no representations, warranties, promises, or undertakings other than those contained in this Agreement. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

US CIAA (1269844) NE
Updated July 2019

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature _Beth Galetti_

Name: Beth Galetti

Title: Senior Vice President, Human Resources

**EMPLOYEE**

Signature: _j.    g_

Name: _j       g_

Date: _Aug 10, 2019_

5



**amazon**

P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/10/2019

Amazon.com Services, Inc.
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180

J:              G

Dear J:          :

On behalf of Amazon.com Services, Inc. (the "Company"), I am very pleased to offer you the position of Fulfillment Associate. This letter clarifies and confirms the terms of your employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on August 17, 2019 ("Start Date").  Your salary will be $15.00 per hour, ($31,200.00 annualized based on 2,080 hours per year) and a $0.60 per hour Shift Differential ($1,248.00 annualized based on 2,080 hours per year), payable Bi-weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1299010 HOU2 USA FC Receiving(010)
Manager: Colt Nichols
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services, Inc. reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**





Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Benefits

During the term of your employment, you will be entitled to 401(k), health and welfare, vacation, and other benefits as may be offered by the Company from time to time, subject to eligibility and other terms and conditions stated in the governing documents. Generally you are eligible to enroll in our 401(k) and major medical plans as of the date you start employment, with access to our enrollment system about three business days after your start date. Please refer to the enclosed documents for more information.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

J.         we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this





letter.

Sincerely,

Colt Nichols
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com Services, Inc. under the terms set forth in this letter.

_____
Signature

Aug 10, 2019
_____
Date

J.              G

Acknowledged by ja          @gmail.com ()          g          on 8/10/2019 9:27.08 PM)

## The Amazon Security Awareness Checklist for Fulfillment Center Employees

The continued success of Amazon depends on our customers trusting that we will not lose their personal information which is considered **Critical and Confidential Data** under Amazon's Information Security Policy. This document helps Fulfillment Center Associates understand their responsibilities when it comes to keeping customer data secure.

- A written-down password can be found by someone and used without your consent. Lock your passwords in a drawer or keep them on your person.
- Sequential passwords (1111, abcd, qwerty) or personally-identifiable passwords (name, nickname, family names) are easy to hack. To be secure, passwords should have eight characters. Use letters, numbers, and some symbols.
- Sharing your passwords defeats the purpose of having passwords. While we're all looking for ways to make work easier, someone committing a crime by using your password makes you responsible.
- Logging in for other people distorts who is performing transactions and can lead to shared responsibility.
- Shred all Critical and Highly Confidential Data. Identity thieves dumpster-dive to obtain customer credentials.

| Critical Data | Highly Confidential Data |
|---|---|
| • Credit card numbers<br>• Gift messages<br>• Customer bank account numbers<br>• Multiple customers order history<br>• Customer subscriptions<br>• Customer Social Security Number, or National ID Number | • Vendor or seller bank account numbers<br>• Claim codes<br>• Customer 9-digit (Zip + 4) postal code, or foreign equivalent |

Victims of **social engineering** use flawed reasoning to trust individuals, and that misplaced trust can be used to get information from you. Avoid being a victim. Do not discuss Amazon information with strangers in the parking lot or elsewhere. Be aware of your surroundings when discussing work projects, such as in a restaurant or bar.

Many believe the following myths:

➢ **I'm not technical, so information security doesn't apply to me.** Security is essential at every level of the company. Attacks and security breaches are not confined to technical environments and computer systems.
➢ **Someone else takes care of security at Amazon.** Amazon's success is a joint effort from all employees. Therefore it is your responsibility to keep the data you handle secure. Shred customer data.
➢ **I don't have access to anything an attacker would want.** You would be amazed by what attackers would want! Every Amazon employee has access to valuable information. Attackers are waiting for you to mishandle it!

By reading this document and clicking acknowledge above, you confirm understanding that security is our shared responsibility at Amazon. If you have any questions about how you can follow these best practices, or if you feel you've been a victim of social engineering please contact your HR Representative who will work with you to contact https://phishing.amazon.com/.

Your Amazon Access/ID Badge and Visitors

Your Amazon badge serves as both an access card to unlock doors and an ID card.

To open doors, hold the card up to the reader by the door. A green light will flash 3 times indicating that access has been granted and the door will unlock. If you receive a single green flash or just a red light your card is not working and you should contact reception or security.

**Your Access/ID card:**

- Must be worn at all times while in any Amazon facility.
- Must be worn in a conspicuous place on the front of your body between your shoulders and waist.
- Must not be loaned to anyone.
- Must not be used to allow another person to enter access-controlled areas – e.g. letting someone in that does not have access or does not want to swipe their badge (tailgaters).
- If lost, stolen, or damaged, must be reported to reception or security immediately.
- Must not have any additional holes punched in it due to the potential to damage internal components.
- Your Amazon badge is Amazon property and must be returned upon request or separation from the company.

**Your Visitors:**

- Associates are responsible for the conduct of their visitors and are to ensure that at no times are they left unattended.

- Unattended visitors may be asked to display their visitor pass, confirm their identity, their sponsor and the purpose of their visit. Unattended visitors may be escorted from the premises by Security.

By clicking above, I acknowledge I have reviewed and understand the above guidelines for my Amazon badge as well as my responsibility for visitors I invite to any Amazon facility.

Acknowledged by jc          @gmail.com ()        · g        on 8/10/2019 9:31:45 PM)

# Computer Use Policy

Amazon provides some associates with computers and computer accounts to assist in the performance of job duties and to assist in intra-company communication. A computer account gives you access to Amazon's computer and email systems, as well as access to the Internet. As a condition of this access, you are expected to respect the obligations and responsibilities associated with having an Amazon computer account. In addition to your own good judgment and common sense; the following will serve as general guidelines for appropriate use of your Amazon.com computer account and the company's computers.

These guidelines apply to all computer use, including email, world wide web access, and other internal access (including electronic bulletin boards); to both personal and business use; and to both internal and external correspondence.

General computer system access has been provided for work-related purposes. While it is understood that associates may occasionally use their Amazon computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.

Your manager is responsible for ensuring that you are included in the appropriate business-related email distribution lists, as required by your job duties. While you are able to sign up for other lists of general interest (such as yumyum), please do not sign up for any business related list whose content is not appropriate for your job. Please ask your manager if you have any questions regarding which lists are appropriate for subscription.

Associates should generally refrain from sending email to the group distribution list Amazon or other general lists such as dawson or downtown unless directed by a manager. In particular, do not send personal messages, such as messages regarding items for sale or items sought, to any email list other than one intended specifically for such purpose (such as for sale)

All email correspondence and other computer files created, stored, or transmitted on the company's systems are the property of Amazon. While we will attempt to respect an associate's privacy, Amazon management or Human Resources may access or monitor these files if circumstances warrant.

Associates are responsible for ensuring that electronic communication is effective, ethical and lawful. The use of abusive, offensive, or profane language is prohibited. Fraudulent and obscene messages, or harassment of any kind, are also prohibited. Please keep in mind that your activity on the Internet reflects on Amazon.

Associates are expected to exercise discretion and good judgment and to demonstrate respect for each other's privacy and for company confidential information. Access to directories other than your own home directory or a shared directory for your department should be performed only with the explicit permission of the owner of that directory or when instructed by a manager.

Associates are expected to help protect the security of all files on the company's computer system. In particular, you should keep your passwords private, and you should not allow anyone outside of the company to have access to your computer account.

I have read and understand this policy.

Acknowledged by b        @gmail.com (        g   on 8/10/2019 9:34:44 PM)



## WORKING HOURS POLICY
## ACKNOWLEDGMENT FORM

By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Working Hours (Non-Exempt/Hourly) Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Working Hours Policy.

- If I am an *hourly employee*, I am responsible for reporting all hours worked; taking a work free unpaid 30 minute meal period; and taking paid rest breaks. I understand that no one may allow or ask me to perform work "off the clock" without being paid.

- If I am a *salaried employee*, I understand that I may not allow or ask any hourly employee to perform work "off the clock" without being paid. This includes, but is not limited to, not interrupting meal periods or rest breaks with work related matters. I will not falsify or incorrectly report time worked for an hourly employee or advise an hourly employee to do so.

By clicking "Acknowledge" above, I also agree to notify a human resources representative, my supervisor, any other manager, the Legal Department, or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violation of the Working Hours Policy occurred.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

*Last Updated December 27, 2013*

Acknowledged by J(          @gmail.com (          (          on 8/10/2019 9:38.08 PM)



POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:

- Attendance Policy – US Fulfillment Center
- Cell Phone Use Policy
- Dress and Grooming Standards
- Holiday Pay Guidelines
- Holiday Blackout
- Overtime Policy
- Standards of Conduct

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

**Exhibit 7**

**M. J.**

# AmazonTXCare
# Employee Injury Benefit Plan

## SUMMARY PLAN DESCRIPTION

Updated and Effective as of
March 1, 2020

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................ 1

IMPORTANT DEFINITIONS ............................................................................ 1

PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS ........................ 3

 Q&A 1  Who is eligible? ............................................................................ 3
 Q&A 2  Do I need to enroll in the Plan? ................................................. 3
 Q&A 3  When does coverage cease? ...................................................... 3
 Q&A 4  When & how do I report an accident or injury? ........................ 3
 Q&A 5  Can I be subject to screenings? ................................................ 3
 Q&A 6  How do I receive treatment? ..................................................... 4
 Q&A 7  What evaluations must I undergo? ............................................ 4
 Q&A 8  What requirements relate to return to work? ............................ 4

PLAN BENEFITS & EXCLUSIONS .................................................................. 4

 Q&A 9  What are the Plan benefits? ....................................................... 4
 Q&A 10  Is there a limit on Plan benefits? .............................................. 4
 Q&A 11  Are there exclusions from benefits under the Plan? .................. 4
 Q&A 12  Can benefits under the Plan be forfeited? ................................. 6
 Q&A 13  Does the Plan coordinate benefits? ........................................... 6
 Q&A 14  Does the Plan have subrogation and rights of recovery? .......... 7

DISABILITY BENEFITS ................................................................................ 7

 Q&A 15  When am I eligible for disability benefits under the Plan? ........ 7
 Q&A 16  What is the amount of disability benefits and how long do they continue? ......... 7
 Q&A 17  Will other income reduce disability benefits? ........................... 8
 Q&A 18  When will disability benefits cease or be reduced? ................... 8

MEDICAL EXPENSE BENEFITS ................................................................... 9

 Q&A 19  When am I eligible for medical expense benefits? .................... 9
 Q&A 20  What are covered charges under the Plan? ................................ 9
 Q&A 21  What other limits and conditions apply to medical expense benefit payments? ......... 10
 Q&A 22  When do medical expense benefits cease? ................................ 11

AD&D BENEFITS ......................................................................................... 11

 Q&A 23  When am I eligible for AD&D benefits under the Plan? ............ 11
 Q&A 24  Are there limits on AD&D benefits? .......................................... 12

CLAIMS PROCEDURES ............................................................................... 12

 Q&A 25  What is a Claim and how do I file a claim? ............................... 12
 Q&A 26  What if my Claim is denied? ...................................................... 13
 Q&A 27  What is the timeframe for a determination of Claims? .............. 13
 Q&A 28  What type of notice of denial will I receive? ............................. 15
 Q&A 29  May I appeal the denial? ............................................................ 16
 Q&A 30  What is the timing of the benefit determination on review? ...... 17

**Q&A 31**   What is the notification of benefit determination on review? ............................... 18
**Q&A 32**   Must I exhaust the Claims and Appeals procedures? ......................................... 19
**Q&A 33**   What is my responsibility in keeping the Plan informed? .................................. 19

**MISCELLANEOUS INFORMATION** ................................................................................. **19**
**Q&A 34**   How is the Plan funded? .............................................................................. 19
**Q&A 35**   Who administers the Plan? ........................................................................... 19
**Q&A 36**   Can the Plan be amended or terminated? ....................................................... 20
**Q&A 37**   Does the Plan modify my employment with my Employer? ................................. 20
**Q&A 38**   Are Plan benefits transferable or assignable? ................................................. 20
**Q&A 39**   What laws govern the Plan? .......................................................................... 20
**Q&A 40**   Do I have any rights and protections under ERISA? ......................................... 20

**APPENDIX A - GENERAL PLAN INFORMATION** ................................................................ 22

# INTRODUCTION

This is the Summary Plan Description ("SPD") of the AmazonTXCare Employee Injury Benefit Plan ("Plan") sponsored and maintained by Amazon.com Services, Inc. ("Amazon"). The Plan is an occupational accident welfare plan subject to ERISA and established to provide benefits to eligible employees of Amazon or any of its subsidiaries or affiliates that participate in the Plan (collectively referred to as the "Employer") who are injured in a work-related incident while performing their job. The Plan is the exclusive remedy for work-related injuries and provides disability and related medical expense benefits and accidental death and dismemberment benefits to participants or their beneficiaries. Amazon has engaged the party listed on Appendix A to act as third-party administrator to handle the day to day administration of the Plan and to review and decide Claims ("Claims Administrator"). Any dispute arising from a workplace injury, other than a Claim for benefits under the Plan, is covered by the Mutual Agreement to Arbitrate.

This SPD briefly describes the benefits available to you under the Plan and describes the procedures to be followed in the event you are injured in a work-related accident. The official terms are set forth in the Plan document, as it may be modified from time to time. The Plan document is available for your inspection and review from **[insert link/reference to where employees can obtain official plan document]**. In the case of any conflict between the terms and provisions of the Plan and the terms and provisions of this SPD, the Plan will control and govern.

Although Amazon currently intends to continue the benefits described in this SPD, Amazon reserves the right to amend, reduce or terminate these benefits at any time and for any reason. Amazon (and its delegates, including certain employees of Amazon) is the Plan Administrator and has specific authority to interpret the Plan provisions, to establish administrative rules and to amend the Plan. Any amendments or termination of the Plan will be made in accordance with the procedures specified in the governing documents. Amendment or termination of coverage may happen at any time. In no event will you become entitled to any vested rights under the Plan.

# IMPORTANT DEFINITIONS

The Plan contains important definitions that you should familiarize yourself with. Most of these terms are defined below and will be used throughout the SPD, but some terms are defined in those sections of the SPD to which they relate. Defined terms will be capitalized.

**"ACCIDENT"** means an injury to a participant which: (1) was unforeseen and unexpected; (2) occurred at a specifically identifiable time and place; (3) occurred by chance, unexpectedly, and/or not in the usual course of events; (4) was caused by an external factor associated with participant's work or with the workplace, (5) resulted directly in Injury to the participant; (6) occurred in the course and scope of the covered participant's assigned duties and employment with the Employer; (7) occurred during the pendency of the Plan; and (8) for which medical treatment with an Approved Provider under the Plan (not AmCare or other similar arrangements) was initiated within 30 days of the Injury producing event. Accident does not include Occupational Disease or Cumulative Trauma, except under the limited circumstances identified below. Accident does not include injuries or ordinary diseases of life to which the general public is exposed outside the participant's assigned duties in his or her Scope of Employment.

**"APPROVED PROVIDER"** means an authorized health care provider approved by the Plan Administrator who is acting within the scope of his or her license or credentials (as applicable) and

1

rendering care or treatment to a participant for his or her Injury that is appropriate for the conditions and locality. It does not include a participant or a member of the participant's immediate family or household.

**"CUMULATIVE TRAUMA"** means damage to the physical structure of the participant's body occurring as a result of repetitious, physically traumatic activities that occur in the Scope of Employment with the Employer and independent of all other causes. Cumulative Trauma does not include an Accident or Occupational Disease.

**"ELIGIBLE WAGES"** for hourly employees include base hourly rate of pay at the time of the Accident, including overtime pay, sign on bonuses and commissions (for commission eligible hourly employees). Eligible wages for salary employees includes base salary, commissions and sign on bonus. Eligible wages are calculated using an average amount of compensation over the 8 weeks prior to the Accident. Discretionary bonuses and/or other "extra" compensation are NOT included in eligible wages for disability benefit calculation purposes.

**"INJURY"** means identifiable damage or harm to the physical structure of the body that is incurred solely as the result of a covered Occurrence or Accident. The term does not include: 1) any mental trauma, emotional distress or similar injury; or 2) a heart attack, stroke, aneurysm or seizure. The Injury must be caused solely by an Accident or Occurrence. All injuries sustained by one participant in any one Accident, including all related conditions and recurrent symptoms of these injuries, are considered a single Injury.

**"OCCUPATIONAL DISEASE"** means a disease that is caused solely from the performance of the participant's regular duties of his or her job and causes damage or harm to the physical structure of the body. It does not include ordinary diseases to which the general public is exposed outside the participant's regular duties of his or her job. It does not include an Injury resulting from an Accident or Cumulative Trauma. For purposes of this Plan, the date of an Occupational Disease is deemed to be the date on which the participant was last exposed to the disease producing agent or agents in his or her occupational environment. All Occupational Diseases suffered by any one participant due to exposure to the same or related disease producing agent or agents present in his or her occupational environment within his or her Scope of Employment are deemed to be a single Occupational Disease.

**"OCCURRENCE"** means an Accident or series of Accidents arising out of one event causing Injury to one or more Participants, or an Occupational Disease or Cumulative Trauma causing Injury to one or more Participants.

**"SCOPE OF EMPLOYMENT"** means an activity of any kind or character that involves or has to do with and originates in the work, business, trade or profession of the Employer and that is performed by the employee while engaged in or about the furtherance of the affairs or business of the Employer. Travel between Employer's locations for business purposes is included in the Scope of Employment. Scope of Employment does not include deviations from regular employment. Scope of Employment includes only an activity in which an employee engages in the carrying out of the Employer's business which is reasonably foreseeable by the Employer. Scope of Employment does not include an employee's transportation to and from the employee's residence and the employee's workplace. The employee's reporting to work and leaving work are in the Scope of Employment as long as that employee is on the Employer's premises. Scope of Employment does not include Accidents occurring off the Employer's premises, such as sidewalks and parking lots, unless Employer maintains and is responsible for keeping in good working order. Scope of Employment also includes commercial aircraft to and from places and events covered by this provision.

2

# PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS

### Q&A 1   WHO IS ELIGIBLE?

If you are coded in a participating Employer's payroll system as a W-2 employee residing in the State of Texas and you are in "active service" you are automatically a participant in this Plan. Active service means you are actively at work performing all regular duties (or restricted or modified duty at the direction of your Employer) at your Employer's place of business or someplace the Employer requires you to be in the course of your Scope of Employment. Individuals classified as leased, staffing, payroll, or temporary agency employees, consultants, or independent contractors are not eligible.

### Q&A 2   DO I NEED TO ENROLL IN THE PLAN?

No. If you are an eligible employee you are automatically a participant in the Plan if you have a workplace accident or injury. No enrollment forms are necessary.

Every participant is eligible to receive benefits under this Plan. However, initial receipt and continuing receipt of benefits is contingent upon compliance with the terms and conditions of this Plan. A participant who fails to comply with the conditions and requirements herein shall not be entitled to receive or continue to receive benefits.

### Q&A 3   WHEN DOES COVERAGE CEASE?

Your participation in the Plan generally will terminate upon the earliest of the following to occur:

- You terminate employment;
- You cease to be an eligible employee because of a change in employment status; or
- The Plan terminates.

### Q&A 4   WHEN & HOW DO I REPORT AN ACCIDENT OR INJURY?

You must immediately report any Accident from a known cause or exposure to your manager or other person designated by the Plan Administrator, and in no instance later than 3 days following the date of injury. You must report every Accident, regardless of the nature or severity. You must provide a report on an approved form by no later than the end of the shift, except in instances of an emergency that prevents completion of this report in which case the report form must be provided as soon as practical. Failure to immediately report an Accident, Occupational Disease or Cumulative Trauma may result in denial of benefits. For purposes of this reporting requirement "Immediately" with regard to an Injury due to an Accident or for a known exposure to an Occupational Disease, means no later than the end of your scheduled shift during which the Occurrence took place. For an actual Injury due to Cumulative Trauma or Occupational Disease from an unknown exposure, verbal notice must be provided within the earliest of (i) 72 hours after being medically diagnosed or (ii) 7 days after the you should have known of the Injury.

### Q&A 5   CAN I BE SUBJECT TO SCREENINGS?

Yes. In the event of an Accident requiring medical care, you may be required to submit to a drug and alcohol screen at management's request. This screen will be performed if the circumstances of the Accident suggest that drug or alcohol use was a factor in the Accident or there is reasonable suspicion you are impaired. Whether the screen is performed is within management's sole discretion. This screen will be performed prior to the rendering of medical care unless it is impractical to do so. Failure to submit to a drug and alcohol screen upon request within 24 hours of reporting the Incident may result in a denial of benefits under this Plan.

3

## Q&A 6   HOW DO I RECEIVE TREATMENT?

You must seek initial medical treatment with an Approved Provider (not AmCare) within 30 days of an Accident or Occurrence. *You are required to accept referral to an Approved Provider. If you choose to go to a physician of your choice without prior approval, the Plan will not be responsible for the expenses incurred by you in so doing.*

## Q&A 7   WHAT EVALUATIONS MUST I UNDERGO?

The Plan and/or Claims Administrator reserves the right to require that you undergo an initial and subsequent evaluation by an Approved Provider who will make the determination regarding return to work after an Accident or Occurrence. Additional medical opinions relating to any Injury may be required prior to benefits being paid or benefits being continued. You must attend scheduled appointments. If you miss one scheduled appointment, benefits may be suspended or terminated, at the Plan's discretion. If you miss a second scheduled appointment, benefits can be terminated at the Plan's discretion. Benefits will terminate if you <u>go 60 or more consecutive days</u> without treatment with an Approved Provider after initial treatment. If you fail to submit to an additional opinion upon request may result in denial of benefits under this Plan.

## Q&A 8   WHAT REQUIREMENTS RELATE TO RETURN TO WORK?

After initial treatment, the Approved Provider may instruct you not to return to work pending further treatment and until released at a later date. Upon being released to work or receiving a change in work status by an Approved Provider, you must report that change of work status immediately to your manager. You must report to work when directed by their manager.

If, after treatment, the Approved Provider releases you to return to work, whether at full capacity, part-time, or light duty, and you fail to return to work (or a work alternative offered by your Employer) when directed by your manager, all salary and medical benefits will immediately cease. In the case of light duty, if your Employer does not have suitable light duty available, then benefits will not cease.

# PLAN BENEFITS & EXCLUSIONS

## Q&A 9   WHAT ARE THE PLAN BENEFITS?

The Plan applies to Accidents, Cumulative Trauma and Occupational Disease sustained by participants during the Scope of Employment. Plan benefits consist of (i) disability benefits for periods of disability described in Q&As 15-18, (ii) medical expense benefits for Covered Charges by an Approved Provider described in Q&As 19-23, and (iii) applicable accidental death and dismemberment (AD&D) benefits described in Q&A 24-25.

## Q&A 10   IS THERE A LIMIT ON PLAN BENEFITS?

Yes. The combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) under this Plan shall not exceed $250,000 per Occurrence. The combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence payable because of an Accident, Occupational Disease and or Cumulative Trauma, regardless of the number of participants, shall not exceed $750,000.

## Q&A 11   ARE THERE EXCLUSIONS FROM BENEFITS UNDER THE PLAN?

Yes. The following are excluded from benefits under the Plan. No benefits will be paid for any loss resulting in whole or in part from, or contributed to by, or as a natural and probable consequence of any of the following:

- Any Claim that is not timely reported in accordance with Q&A 4 above.

4

- Repetitive motion and Cumulative Trauma Injuries unless you have worked in the job position which caused the Injury for at least 180 days.
- Pre-existing conditions unless there is evidence that the Accident or Occurrence caused a new injury (i.e. a medically diagnosed change in the physical structure of the body caused by the Accident). A pre-existing condition will not be covered under the Plan if you received treatment for the condition within the last 6 months prior to the date of the Accident or Occurrence or the condition has been previously diagnosed or there is no evidence of a new injury.
- Accident, Occupational Disease or Cumulative Trauma occurring while you have in your blood or urine any amount of alcohol, illegal drug, or a chemical substance that is obtained or consumed in violation of the U.S. Controlled Substances Act, or if you have in your blood or urine any prescription medication where that medication, amount of medication, or the manner of use of that medication has been prohibited by the Employer's Alcohol and Drug Policy.
- Hearing loss unless it falls under the definition of an Accident or is diagnosed by an Approved Provider as resulting solely from your job with the Employer.
- All statutory or common law causes of action as well as any liability arising out of employment relationships.
- Any workers' compensation law, unemployment compensation law, disabilities benefits law or other similar law.
- An intentionally self-inflicted Injury, Occupational Disease or Cumulative Trauma caused or intentionally aggravated by you.
- Participation in: (i) an assault or a felony, except an assault committed in defense of the Employer's business or property; (ii) any act of terrorism; (iii) any illegal act; (iv) service in the military of any country or any civilian non-combatant unit serving with such forces; or (iv) horseplay.
- Directly or indirectly, contributed by, caused by, resulting from, or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss: (i) war, invasion, terrorism, acts of foreign enemies, hostilities, or warlike operations (whether war be declared or not), civil war, mutiny, revolution, rebellion, insurrection, uprising, military or usurped power, confiscation by order of any public authority or government de jure or de facto, martial law, or; (ii) riots, strikes, or civil commotion; or (iii) an act of God.
- Accident, Occupational Disease or Cumulative Trauma to you while employed in violation of law, including but not limited to working without a valid H-1B visa or after such visa has expired, or working as an undocumented immigrant.
- The following exposure related items: (i) asbestos, asbestos fibers or asbestos products; (ii) lead or lead based products; (iii) the hazardous properties, including radioactive, toxic or explosive properties, of nuclear materials; (iv) mold; or (v) any and all medical conditions that are associated with silica related conditions, this is to include exposure to any all material, which also is known as silica dust, exposures to respirable crystalline silica, exposure to silicosis, exposure to mold, exposure to materials that may cause lung cancer, pulmonary tuberculosis, and airway diseases, autoimmune disorders, chronic renal disease, or other health conditions that are associated with exposure to silica based materials.
- Charges for: (a) biofeedback and other forms of self-care or self-help training or any related diagnostic testing; (b) hypnosis, acupuncture, chiropractic treatment or chiropractic therapy; (c) the purchase, rental or repair of environmental control devises, including but not limited to, air conditioners, humidifiers or air purifiers.
- Participation in any recreational, social or athletic activity not constituting part of your Scope of Employment, whether or not such participation occurs on the Employer's premises or during normal business hours.
- Stress, anxiety, depression, insomnia, or other similar emotional and mental disorders, even if associated with an Injury.
- A heart attack, aneurism, stroke, or seizure.

5

- Hernia, unless such hernia is an inguinal or umbilical hernia that: (a) appeared suddenly and immediately following the Accident; (b) did not exist in any degree prior to the Accident; and (c) is accompanied by pain.

## Q&A 12   CAN BENEFITS UNDER THE PLAN BE FORFEITED?

Yes.  Your entitlement to benefits, however provided for, under this Plan may be forfeited, suspended, or discontinued if you fail to comply with or satisfy any of the requirements or provisions of this Plan. For example, you shall not be entitled to the benefits under this Plan if:

- The Accident or alleged Accident is not an Accident covered by the Plan, is determined to be intentional or feigned; or is determined to be an attempt to defraud the Employer;
- The Accident is not timely reported within three (3) days to your manager or designee;
- You utilize a health care provider for an Injury other than an Approved Provider;
- You fail to follow the treatment and advice prescribed by the Approved Provider;
- You do not obtain treatment within 30 days of an on-the-job Injury or Accident or 90 consecutive days elapses between treatments with an Approved Provider;
- You refuse or fail to obtain a second opinion prior to surgery, if requested to do so;
- You fail to report to your manager for work immediately upon being released in whole or in part by the Approved Provider to return to work;
- It is determined that you have any amount of illegal drugs or alcohol in your system at the time of the Accident;
- It is determined that the Accident was caused by horseplay, scuffling, fighting, altercation, or other inappropriate behavior;
- It is determined the Injury is the resulted from an intentional or willful act by you;
- The Accident arises from a non-covered pre-existing condition;
- You become employed by another employer while receiving benefits under the Plan;
- You resign employment or are terminated from employment with Company as a result of gross misconduct or a Company policy violation;
- You fail to provide a complete statement, affidavit, or deposition upon request concerning the incident that you believe resulted in an Injury;
- You were untruthful regarding any aspect of the required information supplied as part of the employment process including, without limitation, information as to physical or mental abilities to perform the job;
- You refuse to submit to drug and alcohol testing; or
- You have an unrelated/intervening, personal medical condition that occurs while you are treating under Benefit Plan, your benefits will be suspended until you are released from care for the unrelated medical condition.

## Q&A 13   DOES THE PLAN COORDINATE BENEFITS?

Yes. If you are covered under one or more other plans including, but not limited to, automobile or health insurance or coverage (excluding the Employer group health program), the benefits under this Plan incurred in a calendar year shall be reduced by the amount of any benefits payable by such other plan so that the total benefits payable with respect to any one Injury or Accident will not exceed 100% of the expenses incurred. The Claims Administrator will determine which plan is the primary plan that will pay its benefits first according to the following rules:

- When only one of the plans has a coordination of benefits provision, then the plan without such a provision will be primary.

- If both plans have such a provision, the plan under which the Participant is covered as an employee will be the primary plan.
- If both of the foregoing rules do not establish which plan is the primary plan, then the plan that has covered the person for the longer period of time will be the primary plan.

### Q&A 14    DOES THE PLAN HAVE SUBROGATION AND RIGHTS OF RECOVERY?

Yes. You may incur medical or other charges related to an Accident or Occurrence caused by the act or omission of another person; or another party may be liable or legally responsible for payment of charges incurred in connection with the Accident or Occurrence. If so, you may have a Claim against that other person or another party for payment of the medical expenses or other charges. In that event, the Plan will be subrogated to all rights you may have against that other person or another party and will be entitled to reimbursement. In addition, the Plan shall have the first lien against any recovery to the extent of benefits paid or to be paid and expenses incurred by the Plan in enforcing this provision. The Plan's first lien supersedes any right that you may have to be "made whole." In other words, the Plan is entitled to the right of first reimbursement out of any recovery you procure or may be entitled to procure regardless of whether you have received compensation for any of his damages or expenses, including any of your attorneys' fees or costs. Additionally, the Plan's right of first reimbursement will not be reduced for any reason, including attorneys' fees, costs, comparative negligence, limits or collectability or responsibility, or otherwise. *As a condition to receiving benefits under the Plan, you agree that acceptance of benefits is constructive notice of this provision and you agree to comply with the Claims Administrators procedures related to subrogation and rights of recovery, including, but not limited to entering into a subrogation and reimbursement agreement.*

# DISABILITY BENEFITS

### Q&A 15 WHEN AM I ELIGIBLE FOR DISABILITY BENEFITS UNDER THE PLAN?

You are eligible for disability benefits if you are disabled from performing your usual work for your Employer by an Accident, Occupational Disease and/or Cumulative Trauma. You are considered disabled if you are not able to perform any of the material and substantial duties of your occupation, business, or employment which you held at the time of Injury due to an Accident while in the Scope of Employment. Your disability must commence within 90 days of the Accident or Occurrence and be diagnosed by an Approved Provider. You must provide the Claims Administrator satisfactory proof of disability and of being under the continuous care of an Approved Provider. The Plan may require you to submit proof of continued disability as often as the Plan or Claims Administrator, in its sole discretion, considers necessary and reasonable. *Failure to submit the required proof may cause the Plan to suspend benefits until such proof is received.*

### Q&A 16 WHAT IS THE AMOUNT OF DISABILITY BENEFITS AND HOW LONG DO THEY CONTINUE?

If the conditions of the Plan are met, the Plan will pay up to 156 weeks of disability benefit payments beginning immediately after the Occurrence of Accident, calculated based on 85% of your Eligible Wages. Disability benefits payments are payable on your regularly scheduled pay period.

The amount of disability benefits counts toward the $250,000 combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) per Occurrence as well as the $750,000 combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence regardless of the number of participants.

7

## Q&A 17 WILL OTHER INCOME REDUCE DISABILITY BENEFITS?

Yes. Disability benefits payments will be reduced by **"Other Income Benefits"** which include amounts which you or your dependents receive (or are assumed to receive) under:

- Any Workers' Compensation, occupational disease, unemployment compensation law or similar state or federal law, including all permanent as well as temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted. If paid as a lump sum, these benefits will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over a five-year period. If no specific allocation of a lump sum is made, then the total sum will be an Other Income Benefit.
- Any Social Security or retirement benefits you receive or any third party receives (or is assumed to receive) on your behalf or for your dependents; or, if applicable, that your dependents receive (or are assumed to receive) because of your entitlement to such benefits.
- Any proceeds payable under any employer group health or welfare plan, group insurance or similar plan. If there is other coverage or insurance that applies to the same Claim for benefits under this Plan, and contains the same or similar provision for reduction because of other coverage or insurance, this Plan will pay its pro rata share of the total Claim. "Pro rata share" means the proportion of the total benefit under this Plan that the amount payable without other benefits, coverage or insurance, bears to the total benefits under all such sources.

## Q&A 18 WHEN WILL DISABILITY BENEFITS CEASE OR BE REDUCED?

Yes. Disability benefits are subject to the following limitations:

- If you go 60 or more consecutive days without treatment with an Approved Provider, disability benefits will cease.
- If you return to your regular work with your Employer, disability benefits will cease.
- If you die, disability benefit will cease.
- If you leave employment for a reason other than inability to work solely because of the Injury or your Employer not having suitable light duty, disability benefits will cease.
- If you are released from care by an Approved Provider or you refuse to participate in any medically recommended rehabilitation program or if the disability is treatable by medical care that is reasonable and of a form that an ordinary prudent person in the same or similar circumstances would undergo and you have not availed yourself of the treatment, disability benefits will cease.
- If you are released to return to work without restriction or to Maximum Rehabilitative Capacity by an Approved Provider, but you do not return to work for any reason, disability benefits shall cease; **"Maximum Rehabilitative Capacity"** means the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If you remain disabled from working full time, but are able to return to work on a part-time basis or earn less than your pre-Injury wage, you will be deemed partially disabled and the disability benefit will be reduced by the amount of your earnings during the period of partial disability.
- If the Participant is placed on light duty and Company cannot accommodate the Approved Provider's restrictions for that Participant, then Participant will receive Disability Benefits until either (a) Company can accommodate the Participant's restrictions (b) Participant is placed on full duty or (3) Participants receives the maximum 156 weeks of Disability Benefits.
- If Company can accommodate Participant's light duty restrictions and the Participant refuses to return to work, Disability Benefits will cease. This provision does not affect the Participant's Medical Expense Benefits.

Note: Any requests for a leave of absence or for accommodations relating to light duty or work restrictions should be directed to the Amazon Risk or Human Resources departments (for light duty requests) or Leave of Absence and Accommodations team (for leave requests).

In no event will the Plan provide coverage for successive periods of disability, resulting from entirely different and unrelated causes, unless such periods of disability are separated by at least one full day during which you are not disabled. Furthermore, the Plan will not provide coverage for successive periods of disability resulting from the same or related Accidents, unless such periods of disability are separated by at least 6 months during which you are not disabled.

# MEDICAL EXPENSE BENEFITS

## Q&A 19 WHEN AM I ELIGIBLE FOR MEDICAL EXPENSE BENEFITS?

If you incur medically necessary expenses which constitute Covered Charges under the Plan as a direct result (and from no other cause) of an Injury due to an Accident, Cumulative Trauma and/or Occupational Disease, your medical expenses will be paid by the Plan. Only Covered Charges that are a direct result of an Injury and incurred within 156 weeks of the date of the Injury are covered under the Plan. The first Covered Charges that are caused by the Accident or Occurrence must occur within 30 days from the date reported or 30 days from the last visit/treatment at AmCare.

The medical care and treatment must be ordered and rendered by an Approved Provider. In addition, the medical care or treatment must be deemed Medically Necessary by the Claims Administrator. In no event will the Plan pay a charge which is more than the Usual and Customary charge for the service, the supplies or the equipment which are needed for such care and treatment. Additionally, the Covered Charges must be incurred as a result of an Injury, Occupational Disease, or Cumulative Trauma occurring after the Plan's effective date. See Q&A 20 below for definitions of Covered Charge, Medically Necessary and Usual and Customary.

## Q&A 20 WHAT ARE COVERED CHARGES UNDER THE PLAN?

"Covered Charges" are those Medically Necessary treatments, services and supplies that are prescribed by an Approved Provider and incurred by you within 156 weeks of the date of the Injury and subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence. A Covered Charge is deemed to have been incurred on the date the Medically Necessary treatment was rendered, a service given or a supply delivered. Pre-approved expenses for mileage, transportation, food and lodging will be included as Covered Charges. The determination of whether a treatment, service or supply is a Covered Charge will be made by the Claims Administrator in its discretion.

"Medically Necessary" means that a service, procedure, medicine, prescription drug, or supply is necessary and appropriate for the diagnosis or treatment of an Injury based on generally accepted current medical practice. A service, medicine or supply will not be considered Medically Necessary if it: (i) is provided only as a convenience to you or a provider; or (ii) is not appropriate treatment for your diagnosis or symptoms; or (iii) exceeds, in scope, duration or intensity, that level of care which is needed to provide safe, adequate and appropriate diagnosis or treatment. The fact that a physician or health care provider may prescribe, order, recommend, or approve a service or supply does not make the service or supply Medically Necessary. The determination of whether a service, procedure, medicine, prescription drug, or supply is Medically Necessary will be made by the Claims Administrator in its discretion.

"Usual and Customary" means the usual charge made by a physician or other licensed health care provider acting within the scope of his or her license of treatment, services, procedures, supplies, medicine or prescription drugs that does not exceed the general level of charges made by other physicians or Approved

Providers rendering or furnishing such care or treatment within the same geographic area. The determination of whether the charge for a treatment, service, procedure, medicine, prescription drug, or supply is Usual and Customary shall be made by the Claims Administrator in its discretion.

**Mileage Reimbursement**. A Participant shall be reimbursed for mileage incurred while seeking care with an Approved Provider, subject to and applicable only if Approved Provider/Medical Facility (a) is not reasonably available within 30 miles from where the Participant lives; and (b) the distance traveled to secure medical treatment is greater than 30 miles one-way. Claims Administrator has authority to determine initial point of travel and Approved Provider designation. Reimbursement rate is based on the travel rate for State employees on the date travel occurred. Participant is responsible for submitting any/all request for reimbursement to Claims Administrator.

*No medical expense benefits will be paid for any expenses incurred that are in excess of Usual and Customary, are not Medically Necessary or any expenses that are eligible for payment or reimbursement under any other medical expense plan or policy, as determined by the Claims Administrator in its discretion.*

## Q&A 21 WHAT OTHER LIMITS AND CONDITIONS APPLY TO MEDICAL EXPENSE BENEFIT PAYMENTS?

Eligible Covered Charges are subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence.

The Plan imposes certain pre-certification requirements which require you or an Approved Provider to obtain authorization from the Claims Administrator prior to incurring Covered Charges due to hospital admission (other than an admission of emergency care) physical therapy, MRI, CAT Scan, sonogram, or other such testing. Pre-certification requirements are designed to ensure that hospital admissions and lengths of stay, surgery and other medical services are Medically Necessary by having the Claims Administrator refer your file to a qualified Approved Provider to determine Medical Necessity. Your physician must request pre-certification at least 3 days prior to a non-emergency admission or treatment. If admission or treatment is for emergency care, notice to the Claims Administrator must be given: (i) within 24 hours after the Occurrence or Accident occurs; or (ii) on the first business day after admission or treatment on a weekend or legal holiday; or (iii) the earliest possible time thereafter.

The Claims Administrator may consult with the Approved Physician, hospital, or other facility to determine if the hospital stay or treatment is required for the Injury. If the Claims Administrator decides that the treatment you require could be provided just as effectively through a less expensive treatment plan, you will be notified of the decision. If you proceed with the treatment plan without asking for pre-certification or being given a pre-certification notice, your medical expense benefit will be denied entirely.

## Q&A 22 AM I ENTITLED TO CONTINUING MEDICAL EXPENSE BENEFITS IF MY SEASONAL OR TEMPORARY ASSIGNMENT ENDS?

Yes. Medical Expense Benefits for Temporary/Seasonal Associates will continue after their assignment ends with Company subject to the provisions cited in this Plan that relate to medical treatment. Disability Benefits cease on the date the Temporary/Seasonal Associate's assignment with Company ends. All Benefits terminate if a Temporary/Seasonal Associates resigns or is terminated from employment the Company as a result of gross misconduct or a Company policy violation.

## Q&A 23 WHEN DO MEDICAL EXPENSE BENEFITS CEASE?

Medical expense benefits shall cease upon the earliest of:

- The date Maximum Rehabilitative Capacity is achieved, i.e. the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If the Participant goes 60 or more consecutive day without treatment from an Approved Provider after initial treatment.
- 156 weeks from the date of the Occurrence or Accident.
- The date the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached (see Q&A 10 above).
- Any other limitation or terminating event in this Plan.
- You leave employment (1) for some reason other than your Employer not having suitable light duty or (2) solely because of inability to work because of your Injury.
- Benefits can be terminated based on the results of a second opinion from an Approved Provider or Independent Medical Exam ("IME").
- Medical Benefits cease immediately if Participant seeks treatment from a non-Approved Provider while receiving treatment from an Approved Provider.

# AD&D BENEFITS

## Q&A 24 WHEN AM I ELIGIBLE FOR AD&D BENEFITS UNDER THE PLAN?

You are eligible for accidental death and dismemberment (AD&D) benefits if as the result of an Accident you suffer any of the losses below within 365 days of the Occurrence or Accident. AD&D benefits are the lesser of 10 times your annualized Eligible Wages or the percentage of $250,000 shown in the table below for that loss. If multiple losses occur, only one benefit amount (the largest) will be paid.

| Loss | Benefit Amount |
|------|----------------|
| Life | 100% |
| Quadriplegia | 100% |
| Two or more Members | 100% |
| One Member | 50% |
| Hemiplegia | 50% |
| Paraplegia | 50% |
| Loss of Hearing or Speech | 50% |
| Thumb and Index Finger of the Same Hand | 25% |
| Four Fingers of the Same Hand | 25% |
| Single Finger or Toe | 10% |

"Quadriplegia" means total Paralysis of both upper and lower limbs. "Hemiplegia" means total Paralysis of the upper and lower limbs on one side of the body. "Paraplegia" means total Paralysis of both lower limbs or both upper limbs. "Paralysis" means total loss of use. An Approved Provider must determine the loss of use to be complete and not reversible at the time the Claim is submitted. The loss of use must commence within 365 days of the date of the Accident or Occurrence and continue without interruption for a period of not less than 365 consecutive days. The loss of use must be total and irrevocable and beyond remedy by surgical or other means.

"Member" means Loss of Hand or Foot, Loss of Sight, Loss of Speech, and Loss of Hearing. "Loss of Hand or Foot" means complete Severance through or above the wrist or ankle joint. "Loss of Sight"

11

means the total, permanent Loss of Sight of one eye. **"Loss of Speech"** means total and permanent loss of audible communication that is irrecoverable by natural, surgical or artificial means. **"Loss of Hearing"** means total and permanent Loss of Hearing in both ears that is irrecoverable and cannot be corrected by any means. **"Loss of a Thumb and Index Finger of the Same Hand"** or **"Loss of Four Fingers of the Same Hand"** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand). **"Severance"** means the complete and permanent separation and dismemberment of the part from the body.

20% of the AD&D benefit amount will be paid in an initial lump sum and the remaining benefit amount will be paid out over the course of 36 months.

## Q&A 25 ARE THERE LIMITS ON AD&D BENEFITS?

Yes. AD&D benefits are subject to the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached and any other limitation or exclusion contained in the Plan.

# CLAIMS PROCEDURES

## Q&A 26 WHAT IS A CLAIM AND HOW DO I FILE A CLAIM?

A **"Claim"** is any request for a benefit made by you (a participant) or beneficiary or by an authorized representative of you or a beneficiary that complies with the Plan procedures for making a benefit claim with the Claims Administrator. An **"Urgent Care Claim"** means a Claim for medical care or treatment that, if not received, (i) could seriously jeopardize the life or health of the participant or the ability of the participant to regain maximum function; or (ii) in the opinion of an Approved Provider with knowledge of the participant's medical condition, would subject the participant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. If an Approved Provider with knowledge of the participant's medical condition deems the medical care or treatment urgent, then the claim is an Urgent Care Claim. This does not include routine medical care that takes place at an urgent care clinic.

You must file a Claim with the Claims Administrator who will make a Benefit Determination in accordance with the claims procedures that comply with ERISA. A **"Benefit Determination"** means a determination by the Claims Administrator on a Claim for benefits under the Plan, whether or not an Adverse Benefit Determination. A participant or beneficiary or duly authorized representative (referred to as a **"claimant"**) must follow the procedures of the Claims Administrator, including, without limitation, requirements related to time frames for providing notice of an Accident or Occurrence, time frames for filing Claims or appeals, use of specific forms, protocols, and other procedures. If the Claims Administrator denies a Claim in whole or in part, the claimant will receive a written notification setting forth the reasons for the denial and describing rights, including a right to appeal the denial. A claimant must appeal the denial within certain timeframes. The Plan Administrator or its designee will decide the appeal in accordance with its reasonable claims procedures, as required by ERISA, and provide the claimant written notification of its decision. The decisions of the Plan Administrator or its designee on appeal are final and binding.

The Plan will be deemed to have received a Claim for benefits if a claimant submits a written communication, except in the case of an Urgent Care Claim, in which case the Claim may be communicated orally, reasonably calculated to bring a request for a Claim to the attention of the Claims Administrator. If the Claims Administrator provides a form, such form must be used and no other written communication will be considered a Claim.

### Q&A 27 WHAT IF MY CLAIM IS DENIED?

An **"Adverse Benefit Determination"** means any of the following: (i) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for a benefit under the Plan, including any such denial, reduction, termination, or failure to provide or make payment that is based on a determination of eligibility to participate in the Plan; (ii) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit under the Plan, resulting from the application of Pre-Certification procedures or other utilization review procedures; and (iii) a failure to cover an item or service for which benefits under the Plan are otherwise provided because it is determined to be experimental and/or investigational or not Medically Necessary or because another exclusion applies under the Plan.

If your Claim is denied you will receive a notice of the denial within certain time frames. The deadline for providing the notice of a Claims denial depends on the type of Claim being denied and the reason the Claim is being denied, as set forth below.

1. If the Claim is being denied because the claimant did not follow the Plan's procedure for submitting the Claim, the Claims Administrator must notify the claimant of the correct procedure within five days after the Claim is received. Exception for Urgent Care: If the Claim is for urgent care, the notification must be given within 24 hours after the Claim is received.

2. If the Claim is being denied because the claimant followed Plan procedures but did not submit sufficient information for the Claims Administrator to determine whether the Claim is covered or payable by the Plan, the Claims Administrator shall notify the claimant of the additional information needed within five days after receipt of the Claim, and the claimant shall be given 45 days after the date the notice is received to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 15 days after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 45-day response period, the Claims Administrator shall send a notice of the Claim's denial within 15 days after the end of the 45-day period. Exception for Urgent Care: If the Claim is for urgent care, the Claims Administrator shall notify the claimant of the additional information needed within 24 hours after the Claim is received, and the claimant shall be given 48 hours to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 48 hours after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 48-hour response period, the Claims Administrator shall provide a notice of denial of the claim within 48 hours after the end of the response period.

3. If the claimant has followed Plan procedures and has submitted sufficient information for a determination to be made, but the Claims Administrator has determined that the Claim is to be denied, then the deadline for the Claims Administrator to provide the notice of denial is 90 calendar days after the receipt of the Claim (45 days for disability claims). Exception for Urgent Care Claims: If the Claim being denied is an Urgent Care Claim, then the deadline for providing the notice of denial is 72 hours after receipt of the Claim.

Notice given in writing shall either be sent by first class mail or by hand delivery. Notice may only be given electronically (that is, by email) if the Claims Administrator ensures that using email complies with ERISA's requirements applicable to electronic communication.

### Q&A 28 WHAT IS THE TIMEFRAME FOR A DETERMINATION OF CLAIMS?

1. <u>Concurrent Care Decisions</u>. In the case of a Claim review of a treatment or course of treatment before the end of a prescribed period of time or which is in addition to other treatments, if that

review results in an Adverse Benefit Determination, the Claims Administrator shall notify the claimant of the Adverse Benefit Determination at a time sufficiently in advance of the reduction or termination to allow the claimant to appeal and obtain a Benefit Determination on Review of that Adverse Benefit Determination before the benefit is reduced or terminated.

In the event of a concurrent care decision which is a request by a claimant to extend the course of treatment beyond the period of time or number of treatments and is an Urgent Care Claim, such concurrent care decision shall be decided as soon as possible, taking into account the medical exigencies. The Claims Administrator shall notify the claimant of the Benefit Determination, whether or not adverse, within twenty-four (24) hours after receipt of the Claim by the Plan, provided that any such Claim is made to the Plan at least twenty-four (24) hours prior to the expiration of the prescribed period of time or number of treatments. Notification of any Adverse Benefit Determination concerning a request to extend the course of treatment, whether or not involving an Urgent Care Claim, shall be made in accordance with this Plan.

2. <u>Other Medical Care Claims</u>.  In the case of a medical care Claim that is neither an Urgent Care Claim nor a Claim involving a concurrent care decision, the Claims Administrator shall notify the claimant of the Plan's Benefit Determination, as follows:

    a. <u>Pre-service Claim</u>. The Claims Administrator will render a Benefit Determination and provide notice to the claimant of such Benefit Determination (whether or not adverse) within a reasonable period of time appropriate to the medical circumstances, but not later than fifteen (15) days after receipt of the pre-service Claim by the Plan. This period may be extended one time by the Plan for up to fifteen (15) days, provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial fifteen (15) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a claimant's failure to submit the information necessary to decide the Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from the receipt of the notice within which to provide the specified information.

    In the event that the claimant fails to follow the Plan's procedures for filing a pre-service Claim, the claimant shall be notified of such failure and of the proper procedures to be followed in filing such a Claim. The notification shall be provided to the claimant as soon as possible, but not later than five (5) days following the failure. Notification may be oral, unless written notification is requested by the claimant. For the purposes of this section, a failure to follow the Plan's procedures for filing shall mean only such a failure that is (i) a communication by claimant that is received by a person or organizational unit customarily responsible for handling benefit matters under the Plan; and (ii) a communication that names a specific Participant, a specific medical condition or symptom, and a specific treatment, service, or product for which approval is requested.

    Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan

    b. <u>Post-service Claim</u>. The Claims Administrator shall render a Benefit Determination and provide written notice to the claimant of any such Adverse Benefit Determination within a reasonable period of time, but not later than thirty (30) days after receipt of the post-service Claim. This period may be extended one time by the Plan for up to fifteen (15) days,

provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial thirty (30) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a failure of the claimant to submit the information necessary to decide the post-service Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from receipt of the notice within which to provide the specified information.

Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan.

3.  Disability Claims. If a disability Claim is submitted, the Claims Administrator will render a Benefit Determination and provide notice to the claimant of any Adverse Benefit Determination within a reasonable period of time, but not later than forty-five (45) days after receipt of the disability Claim (the **"Initial Period"**). The Initial Period may be extended by the Plan for up to thirty (30) days (the **"First Extension"**), provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan, and notifies the claimant, prior to the expiration of the Initial Period, of the circumstances requiring the First Extension and the date by which the Plan expects to render a decision.

If, prior to the end of the First Extension, the Claims Administrator determines that, due to matters beyond the control of the Plan, a decision cannot be rendered within the First Extension, the period for making the determination may be extended for up to an additional thirty (30) days (the **"Second Extension"**), provided that the Claims Administrator notifies the claimant, prior to the expiration of the First Extension, of the circumstances requiring the Second Extension and the date as of which the Plan expects to render a decision.

In the case of any extension under this section, the notice of extension shall specifically explain (i) the standards on which entitlement to a benefit is based, (ii) the unresolved issues that prevent a decision on the Claim, and (iii) the additional information needed to resolve those issues, and the claimant shall be afforded at least forty-five (45) days within which to provide the specified information.

Notification of any Adverse Benefit Determination with respect to a disability Claim shall be made in accordance with this Plan.

## Q&A 29 WHAT TYPE OF NOTICE OF DENIAL WILL I RECEIVE?

Except as otherwise provided, the Claims Administrator shall provide a claimant with written or electronic notification of any Adverse Benefit Determination. Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended. The notification shall set forth in a manner calculated to be understood by the claimant:

1.  The specific reason or reasons for the Adverse Benefit Determination, including the nature of the injury/ condition, relevant facts, and rationale for the denial;

2.  Reference to the specific Plan provisions upon which the determination is based;

3.  A description of additional material or information necessary for the claimant to perfect the Claim and an explanation of why such material or information is necessary;

15

4. A description of the Plan's appeal procedures and time limits applicable to such procedures, including, in the case of an Urgent Care Claim, a description of the expedited review process applicable to such Claims, along with a statement of the right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on review;

5. In the case of an Adverse Benefit Determination regarding a disability Claim or a medical care Claim, if the Adverse Benefit Determination is based upon:

    a. An internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such a rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination and that a copy of such rule, guideline, protocol, or other criterion will be provided free of charge to the claimant upon request; or

    b. A medical necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the care of an Adverse Benefit Determination involving an Urgent Care Claim, the information described in above may be provided to the Participant orally, provided that a written or electronic notification is furnished to the claimant not later than three (3) days after the oral notification is provided.

## Q&A 30 MAY I APPEAL THE DENIAL?

Yes, you may appeal the denial of your Claim. If a claimant disagrees with an Adverse Benefit Determination the claimant shall file an appeal of an Adverse Benefit Determination to the Plan Administrator, or its designee, within one-hundred eighty (180) days following receipt of notification of an Adverse Benefit Determination. The claimant shall be provided a reasonable opportunity for full and fair review of an Adverse Benefit Determination, in accordance with the provisions of this Section.

1. General Review Procedures.

    a. Each claimant shall have the opportunity to submit written comments, documents, records, and other information relating to the Claim which is the subject of the appeal.

    b. Each claimant shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's Claim for benefits under the Plan.

    c. The appeal shall take into account all comments, documents, records, and other information submitted by the claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial Benefit Determination.

    d. Any new evidence considered at the appeal stage must be provided to the claimant, along with a notice to the claimant of his/her right to respond to the new information.

2. Disability Claims and Medical Care Claims Review Procedures. The following review procedures, in addition to those set forth herein shall apply to appeals of disability Claims and medical care Claims:

    a. The appeal shall not afford deference to the initial Adverse Benefit Determination and shall be conducted by a decision maker who is neither the individual who made the initial Adverse Benefit Determination that is on appeal nor any subordinate of such decision maker.

    b. In deciding an appeal of an Adverse Benefit Determination that is based in whole or in part on a medical judgment, the decision maker shall consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment.

    c. All medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination on appeal shall be identified without regard to whether the advice was relied upon in making the Adverse Benefit Determination.

    d. All health care professionals engaged for purposes of consultation shall be an individual who is neither an individual who was consulted in connection with the Adverse Benefit Determination that is on appeal, nor the subordinate of such individual.

In the case of an Urgent Care Claim, a request for an expedited appeal of an Adverse Benefit Determination may be submitted orally or in writing by the claimant, and all necessary information, including the Plan's Benefit Determination on review, shall be transmitted between the Plan and the claimant by telephone, facsimile, or other available similarly expeditious method.

### Q&A 31 WHAT IS THE TIMING OF THE BENEFIT DETERMINATION ON REVIEW?

1. Urgent Care Claim. In the case of an Urgent Care Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the appeal of an Adverse Benefit Determination by the Plan.

2. Pre-service Claims. In the case of a pre-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time appropriate to the medical circumstances. Such notification shall be provided not later than thirty (30) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

3. Post-service Claims. In the case of a post-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

4. Disability Claims. In the case of a disability Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than forty-five (45) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial forty-five (45) day period. In no event shall such extension exceed a period of forty-five (45) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

5. <u>Non-health Claims</u>.  In the case of a non-health Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial sixty (60) day period. In no event shall such extension exceed a period of sixty (60) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

## Q&A 32  WHAT IS THE NOTIFICATION OF BENEFIT DETERMINATION ON REVIEW?

The Plan Administrator or its designee shall provide a claimant with written or electronic notification of the Plan's Benefit Determination on review.  Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended.  In the case of an Adverse Benefit Determination on review, the notification shall set forth in a manner calculated to be understood by the claimant:

1. The specific reason or reasons for the Adverse Benefit Determination on review;

   a. Reference to the specific Plan provisions upon which the Adverse Benefit Determination on review is based;

   b. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claim for benefits under the Plan.

2. A statement of the right to bring an action under Section 502(a) of ERISA;

3. In the case of an Adverse Benefit Determination on review regarding a disability Claim or a medical care Claim:

   a. If the Adverse Benefit Determination on review is based upon an internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination on review and that a copy of the rule, guideline, protocol, or other similar criterion will be provided, free of charge, to the claimant upon request; or

   b. If the Adverse Benefit Determination on review is based upon a Medical Necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided, free of charge, upon request.

A document, record, or other information shall be considered "relevant" to a claimant's Claim if such document, record, or other information:

1. was relied upon in making the Benefit Determination;

18

2. was submitted, considered, or generated in the course of making the Benefit Determination, without regard to whether such document, record, or other information was relied upon in making the Benefit Determination;

3. demonstrates compliance with any administrative processes and safeguards in making the Benefit Determination; or

4. in the case of a disability Claim or a medical care Claim, constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment option or benefit for the Participant's diagnosis, without regard to whether such advice or statement was relied upon in making the Benefit Determination.

## Q&A 33 MUST I EXHAUST THE CLAIMS AND APPEALS PROCEDURES?

Yes. A participant or beneficiary must exhaust the claims procedures. No action at law or in equity may be brought to recover benefits under the Plan until all administrative remedies, including the full Claims and appeal procedures, have been exhausted. If a participant or beneficiary fails to file a timely Claim, or fails to request a review in accordance with the reasonable Claim procedures, such claimant shall have no right of review and shall have no right to bring any action in any court. The denial of the Claim shall become final and binding on all persons for all purposes. **A participant or beneficiary who has exhausted the Plan's Claims and Appeals procedures has the right to bring a civil action under Section 502(a) of ERISA provided the civil action is filed within 1 year after the final determination upon appeal under the Plan's Claims and Appeals procedures.**

## Q&A 34 WHAT IS MY RESPONSIBILITY IN KEEPING THE PLAN INFORMED?

In addition to the duties to report Accidents, Occupational Disease and/or Cumulative Trauma, and comply with all of the requirements to receive benefits under the Plan, each participant or beneficiary shall be responsible for providing the Claims Administrator and/or the Employer with the participant's or beneficiary's current U.S. mailing address and electronic address. Any notices required or permitted to be given hereunder shall be deemed given if directed to such address furnished by the participant or beneficiary and mailed by regular United States mail or by electronic means as specified in 29 CFR 2520.104b-1 of ERISA. The Claims Administrator, Plan Administrator, the Employer shall not have any obligation or duty to locate a participant or beneficiary. In the event that a participant or beneficiary becomes entitled to a payment under the Plan and such payment is delayed or cannot be made:

- Because the current address according to the Claims Administrator's records is incorrect;
- Because the participant or beneficiary fails to respond to the notice sent to the current address according to the Claims Administrator's records;
- Because of conflicting claims to such payments; or
- For any other reason,

The amount of such payment, if and when made, shall be determined under the provisions of the Plan without payment of any interest or earnings.

# MISCELLANEOUS INFORMATION

## Q&A 35 HOW IS THE PLAN FUNDED?

The benefits provided under the Plan are paid from the general assets of Amazon. Nothing in the Plan requires the Amazon, any Employer or the Plan Administrator to maintain any fund or to segregate any amount for the benefit of any participant and no participant or other person has any claim against, right to, or security or other interest in any fund, account or assets of Amazon.

## Q&A 36 WHO ADMINISTERS THE PLAN?

The Administrator of the Plan is Amazon. Amazon has contracted with the Claims Administrator listed on General Plan Information Page (the last page of this document) for the administration of the Plan. The Plan Administrator is responsible for ongoing administration of the Plan, such as establishing eligibility, setting procedures, interpreting Plan provisions, amending the Plan, and developing and distributing notices, governmental filings, and communications. The Claims Administrator is responsible for reviewing claims and determining entitlement to benefits.

## Q&A 37 CAN THE PLAN BE AMENDED OR TERMINATED?

While it is Amazon's intention to maintain the Plan indefinitely, Amazon has exclusive and discretionary authority to amend or terminate the Plan at any time. The Plan may be amended or terminated by a written instrument signed by a duly authorized representative of Amazon. Upon termination, the right of participants to benefits is limited to claims incurred up to the date of termination.

## Q&A 38 DOES THE PLAN MODIFY MY EMPLOYMENT WITH MY EMPLOYER?

No. The adoption and maintenance of the Plan is not a contract of employment between the Employer and any employee or other individual. Nothing in the Plan document or this SPD gives any employee or other individual the right to be retained in the employ of the Employer or to interfere with the right of the Employer to discharge any employee (or terminate a relationship with any other individual) at any time, with or without cause, nor does the Plan give the right to the Employer to interfere with an employee's right to terminate his or her employment at any time.

## Q&A 39 ARE PLAN BENEFITS TRANSFERABLE OR ASSIGNABLE?

None of the payments, benefits, proceeds, claims or other rights afforded to any employee, participant or beneficiary under this Plan are subject to the any claim of any creditor, and, to the fullest extent permitted by law, shall be free from attachment, garnishment, trustees' process, or any other legal or equitable process available to any creditor. No employee, participant, or beneficiary shall have the right to alienate, anticipate, pledge, encumber, hypothecate, or assign any benefit, payment, proceed, claim, or other right, contingent or otherwise, which she or he may be entitled to expect to receive or assert under this Plan.

## Q&A 40 WHAT LAWS GOVERN THE PLAN?

The Plan shall be construed, administered and governed in all respects in accordance with the laws of the State of Texas to the extent not preempted by ERISA.

## Q&A 41 DO I HAVE ANY RIGHTS AND PROTECTIONS UNDER ERISA?

You are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits (as applicable)**

1. Examine, without charge, at the Administrator's office, and at other specific locations, such as work sites, all plan documents and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the United States Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

2. Obtain, upon written request to the Administrator, copies of documents governing the operation of the plan, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Administrator may make reasonable charges for the copies.

3.  Receive a summary of the plan's annual financial report. The Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Fiduciaries**
In addition to creating rights for plan participants and their beneficiaries, ERISA imposes obligations upon the persons who are responsible for the operation of the plan. The people who operate the plan, called fiduciaries of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforce Your Rights**
If a claim for benefits is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial all within certain time schedules.

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request a copy of plan documents on the latest annual report from the Administrator and do not receive them in 30 days, you may file a suit in federal court. In such a case, the court may require the Administrator to provide the materials, and pay you up to $110 per day until you receive the materials, unless the materials are not sent because of reasons beyond the control of the Administrator. If a claim for benefits is denied or ignored in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the United States Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds the claim is frivolous.

**Assistance with Your Questions**
If you have questions about your plan, you should contact the Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# APPENDIX A
## GENERAL PLAN INFORMATION

| | |
|---|---|
| Name of Plan: | AmazonTXCare Employee Injury Benefit Plan |
| Type of Plan: | Welfare benefit plan |
| Plan Sponsor: | Amazon.com Services, Inc. |
| | 410 Terry Ave. N, Seattle, WA 98109 |
| Plan Administrator: | Amazon.com Services, Inc. |
| | 410 Terry Ave. N, Seattle, WA 98109 |
| Plan Number: | 502 |
| Employer Tax ID#: | |
| Plan Year: | 12-month period commencing April 1 and ending March 31 |
| Agent for Legal Process: | Corporation Service Company d/b/a/ CSC – Lawyers Incorporating Service 211 East 7th Street, Suite 620 Austin, TX 78701-3218 |
| Claims Administrator: | Anchor Risk & Claims Management |
| Effective Date: | February 1, 2019; updated March 1, 2020 |
| Source of Contributions: | This Plan is funded entirely from the general assets of the Plan Sponsor |

## MUTUAL AGREEMENT TO ARBITRATE

1.  **Effective Date and Acceptance Date.**

The effective date of this Mutual Agreement to Arbitrate Claims ("Agreement") is February 1, 2019. Company and Employee/ Claimant (as those terms are defined herein) mutually agree to resolve any Covered Claims which occur on or after the effective date according to the terms and conditions of this Agreement.

2.  **Acts of Acceptance.**

Any one of the following actions shall constitute acceptance of the terms and conditions of this Agreement:
a. If Employee receives notice of this Agreement prior to commencing work at Company, Employee's commencement of work at Company shall constitute acceptance; or
b. If Employee receives notice of this Agreement after commencing work at Company, Employee's continuation of employment at Company constitutes acceptance if Employee continues to work for three (3) days after receipt of the notice; or
c. If Employee incurs an injury within the Course and Scope of Employment and has not previously accepted under subsection (a) or (b) above, notice of this Agreement may be provided to Claimant. If such notice is provided, Employee's subsequent receipt of any benefit payable under the Company's Employee Injury Benefit Plan shall constitute acceptance.
d. For an Employee who hauls goods, merchandise, and equipment interstate, in addition to coverage under this Agreement by virtue of continued employment after receiving notice of this Agreement, Employee's receipt of benefits under the AmazonTXCare Employee Injury Benefit Plan (the "Plan") forms the consideration for enforcement of this Agreement as to Employee.

3.  **Definitions.**

a. "Company" includes Amazon.com Services, Inc. and any of its affiliates or associated entities, and all of their officers, directors, agents, franchisors, franchisees, successors, representatives, predecessors.

b. "Employee" means a person who is employed by Company and has a Covered Claim. "Claimant" shall mean an Employee or an Employee's spouse, children, parents, estate, successors and assigns.
c. "Course and Scope of Employment" means an activity of any kind or character that has to do with or originates in the work, business, trade, or profession of Company and that is performed by Employee while engaged in or about the furtherance of the affairs or business of Company. The term includes an activity conducted on the premises of Company or at other locations.

d. "Covered Claim" or "Covered Claims" means any and all claims included or described in Paragraph 6(a) of this Agreement.

4.  **Federal Arbitration Act Applies.**

Company is engaged in "commerce" as that term is defined in Section 1 of the Federal Arbitration Act ("FAA"). The FAA governs all aspects of this Agreement, including conduct of the arbitration and all procedures following an arbitrator's award.

5.  **Arbitration is Mandatory for Covered Claims.**

Covered Claims shall be exclusively resolved by binding arbitration. While Employee, Claimant, and Company retain all substantive legal rights and remedies under this Agreement, Employee, Claimant and Company are waiving all rights they may have with regard to trial, whether jury or non-jury, in state or federal court for any Covered Claim.

6.  **Scope of Arbitration Agreement.**

a.  **Claims Covered by This Agreement.**
(i) This Agreement is mutual, covering all claims that Company or Employee/ Claimant may have which arise from: any injury suffered by Employee while in the Course and Scope of Employee's employment with Company, including but not limited to, claims for negligence, gross negligence, and all claims for personal injuries, physical impairment, disfigurement, pain and suffering, mental anguish, wrongful death, survival actions, loss of consortium and/or services, medical and hospital expenses, expenses of transportation for medical treatment, expenses of drugs and medical appliances, emotional distress, exemplary or punitive damages and any other loss, detriment or claim of whatever kind and character

(ii) This Agreement covers all Claims and causes of action arising under the federal and state employment laws. This includes, but is not limited to, claims under Title VII of the Civil Rights Act, the Fair Labor Standards Act, the Texas Commission on Human Rights Act, the Americans with Disability Act, the Family and Medical Leave Act, the Age Discrimination in Employment Act, as well as all common law claims, including those for discrimination, retaliation, harassment, tortious interference and wrongful discharge.

(iii) Employee/ Claimant is also obligated to arbitrate any action against a current or former supervisor or other agent of Company in his or her individual capacity based upon any claim arising out of Employee's employment or termination from employment.
b.  **Claims Not Covered by This Agreement.**
This agreement does not apply to:
(i) Claims for benefits under the Company's Employee Injury Benefit Plan;

(ii) Workers' Compensation Benefits under the Texas Workers' Compensation Act or any other similar state or federal law;

(iii) Claims based upon Company's pension or benefit plan that contains an arbitration or other non-judicial resolution procedure, in which case that plan shall apply;

(iv) Claims covered by a collective bargaining agreement, in which case the terms, conditions and procedures of that collective bargaining agreement shall control.

(v) Claims for Unemployment Compensation Benefits.

(vi) Claims under the National Labor Relations Act.

Nothing in this Agreement precludes the parties from agreeing to resolve claims that are otherwise not covered by this Agreement the same as if they were Covered Claims.

c. **Arbitrability of Particular Disputes**. Any question as to the arbitrability of any particular claim shall be arbitrated pursuant to the procedures set forth in this Agreement.

d. **Class Action Waiver.** By this Agreement, Employee/ Claimant waives the right to pursue any claim covered by this Agreement through a joint, collective or class action process in any forum, whether arbitral or judicial. As such, Employee/ Claimant can pursue any Covered Claim only in his/ her own capacity and behalf and not on the behalf of other Company employees.

7. **Procedure**.

a. **Who Shall Arbitrate?** All arbitrations under this Agreement shall be administered by the American Arbitration Association ("AAA") under its rules for the resolution of disputes. In the event that AAA is unable or unwilling to administer the arbitration, Judicial Arbitration and Mediation Services ("JAMS") shall administer the arbitration under its rules for the resolution of disputes. Or, the parties may utilize any arbitrator that is mutually agreeable to Employee and Company. For any arbitration under this Agreement, a single arbitrator shall be appointed. Company and Employee/ Claimant are to participate in the selection of a neutral arbitrator as follows: The parties shall be presented a panel with a minimum of three different arbitrators. Company and Employee/ Claimant may agree to the selection of one arbitrator from the panel. If agreement is not reached, Company and Employee/ Claimant shall have an equal number of strikes. The parties shall continue to strike arbitrators from the panel until one arbitrator remains. That person shall then arbitrate the claim. Any arbitrator must be neutral as to all parties. Standards for the recusal of an arbitrator shall be the same standards under which trial judges are recused under Texas law.

b. **Where Shall the Arbitration Take Place?** The arbitration shall take place within 25 miles of the location

where Employee worked for Company at the time of the injury.

c. **Payment of Fees and Expenses**. Company shall be responsible for the fees of the arbitrator and the cost of a stenographic record of the arbitration hearing. Employee/ Claimant must pay the initial filing fee for the Arbitration.

d. **Discovery and Pre-Arbitration Motions**. All parties are entitled to pre-arbitration discovery under the Texas Rules of Civil Procedure. The same discovery devices and scope of discovery as set forth in those rules shall apply. All parties are entitled to file any motions, including dispositive motions, set forth in the Texas Rules of Civil Procedure.

e. **Remedies and Defenses**. All parties are entitled to allege any claim, obtain any remedy and assert any legal or equitable defense that the party could allege, obtain, or assert in a Texas state or federal court. With respect to any claim which allows for an award of attorneys' fees, the arbitrator must award attorney fees, if any, that bear a reasonable relationship to (1) the amount of the damages award and (2) the time, effort, and efficiency expended by the attorney in securing the damage award.

f. **Record**. A stenographic record may be taken of the arbitration hearing upon the request of either party or the arbitrator.

g. **Written Award**. Within a reasonable time after the conclusion of the arbitration hearing, the arbitrator shall issue an award and send a copy to all parties. Either party can appeal the award under the standards provided in the Federal Arbitration Act.

h. **Judgment**. Any party to an arbitration award may file the award in an appropriate Texas state court and move that a judgment be entered on the arbitration award.

i. **Confidentiality**. The parties agree that any settlement or arbitration of a Covered Claim shall be kept confidential except:

(i) Communications made, pleadings filed and materials submitted in connection with the entry or appeal of an award of the arbitrator;

(ii) Communications or reporting to the Internal Revenue Service;

(iii) If Employee or Company is compelled to testify by subpoena.

8. **Consideration**.

In addition to any other consideration that may exist for the agreement to arbitrate, Company's and Employee's/ Claimant's mutual promise to resolve claims and controversies by arbitration in accordance with the provisions of this Agreement constitutes consideration for this Agreement. Employee's continued employment with Company after receiving notice of the institution of the Agreement also constitutes consideration for this Agreement. Finally, this Agreement is presented in connection with Company's Employee Injury Benefit Plan. Payments made under that Plan also constitute consideration for this Agreement.

9.    **Enforceability.**

If any provision of this Arbitration Program is adjudged to be invalid, illegal or unenforceable, in whole or in part, the balance of this Agreement shall remain in effect.

10.    **Not an Employment Agreement.**

This Agreement is not, and shall not be construed to create, any contract of employment, express or implied, nor shall the Agreement be construed in any way to change the employment status of any Employee of Company from at-will status.

11.    **Termination and Modification of Agreement.**

Company shall have the right to prospectively terminate and modify this Agreement. Termination or modification is not effective for Covered Claims which accrued or occurred prior to the date of the termination. Termination and modification are also not effective until ten (10) days after reasonable notice is given to Claimant.

12.    **Term.**

This Agreement commences on the Acceptance Date and applies to all Covered Claims which occurred on or after the effective date.

This Agreement shall survive the employer-employee relationship between the Company and the Employee and shall apply to any Covered Claim whether it arises or is asserted during or after separation of the Employee's employment with the Company or the expiration of any benefit plan.

13.    **Sole and Entire Agreement.**

This Program Agreement constitutes the parties' complete agreement and supersedes any prior agreement regarding arbitration of Covered Claims which occur during the Term of this Agreement.

14.    **Applicability of This Agreement to Others.**

Employee and Company intend and expressly agree that any Covered Claim of Employee's spouse, children, parents, estate, successors and/or assigns that now exists or that may come into existence in the future which arises from, relates to, or is derivative of any Covered Claim, shall be resolved according to the terms and conditions of this Agreement.

Employee and Company intend and expressly agree that any Covered Claim of Company's officers, directors, agents, predecessors, successors, and affiliated companies that arises from, relates to, or is derivative of any Covered Claim of Company, shall be resolved according to the terms and conditions of this Agreement.

15.    **Spanish Language Version.**

This Agreement has been translated into Spanish. In the event of any discrepancy or conflict between the English and Spanish versions of this Agreement, the terms of the English language version shall control.

**Si usted necesita el documento en español, consulte con recursos humanos.**

Si usted necesita el documento en espanol, consulte con recursos humanos.

## AMAZON[1]

### RECEIPT AND ACKNOWLEDGMENT OF SUMMARY PLAN DESCRIPTION AND MUTUAL AGREEMENT TO ARBITRATE

By my signature below, I acknowledge that I have received and read (or had the opportunity to read) the Summary Plan Description (the "SPD") for the AmazonTXCare Employee Injury Benefit Plan (the "Plan"), updated and effective March 1, 2020; and Mutual Agreement to Arbitrate, effective February 1, 2019.

**INJURY NOTICE AND MEDICAL PROVIDERS.** I understand and agree that if I am injured on the job, I must notify my manager or manager on duty immediately and in no instance later than 3 days following the date of the accident causing the injury; and I must receive any medical care from a Plan-approved physician ("Approved Provider") in order to receive benefits under the Plan.

I agree to perform my job according to Amazon safety rules. I also agree to immediately report to my manager any accident that involves another employee, a customer, a vendor, or me. I will also immediately report to my manager or the manager on duty any unsafe act, condition or equipment. I will also cooperate with any accident investigations, and actively participate in any safety training programs provided by Amazon.

**MUTUAL AGREEMENT TO ARBITRATE.** I understand that certain disputes between me and Amazon will be referred to mandatory binding arbitration rather than to a judge or jury. My signature below acknowledges receipt of and agreement to the Mutual Agreement to Arbitrate.

Employee Signature: _M.C_ _tha_

Date: Aug 19, 2020

Employee Name: M. C ·J

5127709_1.docx

---

[1] Amazon shall refer to Amazon.com Services, Inc. and its affiliates that are participating employers in the Plan (as it may be amended) of the AmazonTXCare Employee Injury Benefit Plan.

**AMAZON.COM, INC.**

**CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("**Employee**").

**RECITALS**

A. Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

B. As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C. Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D. Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1. **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

2. **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3. **CONFIDENTIAL INFORMATION.**

   3.1 **Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential

business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information**. Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties**. Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents**. On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

**4.   RESTRICTIVE COVENANTS.**

**4.1 Non-Solicitation**. During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, **"Customer"** means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and **"Business Partner"** means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

2

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon (**"Amazon Personnel"**) to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.2 restricts Employee from exercising rights protected under the National Labor Relations Act.

5. **INTELLECTUAL PROPERTY.**

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, **"Inventions"**) that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such

3

document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS**. Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS**.

7.1 **Third Party Beneficiaries**. All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

7.2 **Waiver**. No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

7.3 **Governing Law and Jurisdiction**. This Agreement will be governed by and construed in accordance with the laws of the state in which Employee's employment with Employer was based at the time Employee signed this Agreement or, if signed in connection with a move to a new base after inception of employment, in accordance with the laws of the state where the new base is located. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

7.4 **Remedies**. Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

7.5 **Modification of Restrictions; Severability**. Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a

4

way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, with the exception of any existing obligations Employee may have to Amazon under any other written, executed agreement(s), which obligations remain in full force and effect. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.com, Inc.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

5

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

AMAZON.COM, INC.

Signature: _Beth Galetti_

Name: Beth Galetti

Title: SVP, Human Resources

EMPLOYEE

Signature: _M.C_____

Name: ___M._____C___-J._____

Date: _____
Aug 19, 2020

6

M.        C(    ·J(



P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/19/2020

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180

M:     .     |        C(    -J(

Dear M.        :

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the
position of Seasonal Sortation Associate. This letter clarifies and confirms the terms of your
temporary employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on August 31,
2020 ("Start Date"). As a seasonal employee, your assignment with Amazon is temporary with
no pre-determined end date. Your salary will be $15.00 per hour and a $1.00 per hour shift
differential where applicable, payable weekly in accordance with the Company's standard payroll
practice and subject to applicable withholding taxes. You will be eligible for overtime pay in
accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DHX3 USA Amazon.com Services LLC
Manager: Angeletta Smith
Shift Pattern: NN2-0120 -

Your shift or schedule may change in the future. Based on business need, Amazon.com
Services LLC reserves the right to modify shift times or rotate employees between existing
shifts at any time in the company's sole discretion. Peak schedule information will be posted
when it becomes available.

**Shift Information**

Employees who work in Fulfillment Centers are expected to be open to working a variety of
shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts





include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your temporary employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

M            , we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,

Angeletta Smith
Manager II, Operations





## ACCEPTANCE

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

M.C   da

Signature

Aug 19, 2020

Date

M:                    C:      -J





Acknowledged by n ___ J ___ @yahoo.com (M ___ C ___ J ___ on 6/19/2020 3:22:30 PM)

## The Amazon Security Awareness Checklist for Fulfillment Center Employees

The continued success of Amazon depends on our customers trusting that we will not lose their personal information which is considered **Critical and Confidential Data** under Amazon's Information Security Policy. This document helps Fulfillment Center Associates understand their responsibilities when it comes to keeping customer data secure.

- A written-down password can be found by someone and used without your consent. Lock your passwords in a drawer or keep them on your person.
- Sequential passwords (1111, abcd, qwerty) or personally-identifiable passwords (name, nickname, family names) are easy to hack. To be secure, passwords should have eight characters. Use letters, numbers, and some symbols.
- Sharing your passwords defeats the purpose of having passwords. While we're all looking for ways to make work easier, someone committing a crime by using your password makes you responsible.
- Logging in for other people distorts who is performing transactions and can lead to shared responsibility.
- Shred all Critical and Highly Confidential Data. Identity thieves dumpster-dive to obtain customer credentials.

| Critical Data | Highly Confidential Data |
|---|---|
| • Credit card numbers<br>• Gift messages<br>• Customer bank account numbers<br>• Multiple customers order history<br>• Customer subscriptions<br>• Customer Social Security Number, or National ID Number | • Vendor or seller bank account numbers<br>• Claim codes<br>• Customer 9-digit (Zip + 4) postal code, or foreign equivalent |

**Victims of social engineering** use flawed reasoning to trust individuals, and that misplaced trust can be used to get information from you. Avoid being a victim. Do not discuss Amazon information with strangers in the parking lot or elsewhere. Be aware of your surroundings when discussing work projects, such as in a restaurant or bar.

Many believe the following myths:

➤ **I'm not technical, so information security doesn't apply to me.** Security is essential at every level of the company. Attacks and security breaches are not confined to technical environments and computer systems.
➤ **Someone else takes care of security at Amazon.** Amazon's success is a joint effort from all employees. Therefore it is your responsibility to keep the data you handle secure. Shred customer data.
➤ **I don't have access to anything an attacker would want.** You would be amazed by what attackers would want! Every Amazon employee has access to valuable information. Attackers are waiting for you to mishandle it!

By reading this document and clicking acknowledge above, you confirm understanding that security is our shared responsibility at Amazon. If you have any questions about how you can follow these best practices, or if you feel you've been a victim of social engineering please contact your HR Representative who will work with you to contact https://phishing.amazon.com/.

Acknowledged by rr        ,c     ll@yahoo.com (M      C    ฯ    i on 8/(10/2020 3:23:29 PM)

Attendance Policy _____ Amazon

## Amazon Fulfillment Center
## Seasonal Attendance Policy

Regular and reliable attendance is an essential function of all positions at Amazon. The Attendance Policy is a "no fault" policy. Associates are expected to self-manage time off to cover absences and to provide timely notice when they will miss work or need to leave work. This document describes the expected behavior and consequences regarding attendance to ensure a fair and consistent process.

### Attendance Expectations

Associate Expectations:

- Complete all scheduled shifts, including overtime
- Adhere to scheduled breaks and lunch periods

Manager Expectations:

- Communicate work schedules no less than one week prior to the scheduled shift
- Communicate overtime work schedules consistent with the overtime policy

### Attendance Points

Associates who miss work (late, miss, or leave early) must offset the time missed with paid personal time, or be on an approved leave of absence, or they will accrue attendance points as set out below. Points expire 90 calendar days after the date of the offense.

| Offense | Definition | Points |
|---|---|---|
| Late for Shift or Return from Lunch (1 hr or less) | Late by less than or equal to 1 hour | 0.5 point |
| Left Shift Early (1 hr or less) | Leaving w/in 1 hour or less at end of shift | 0.5 point |
| Late for Shift or Return from Lunch (more than 1hr) | Late by more than 1 hour | 1 point |
| Left Shift Early  (more than 1hr) | Leaving more than 1 hour before end of shift | 1 point |
| Absent From Shift | Failure to attend entire shift | 1.5 points |
| Shift Abandonment | Failure to complete shift without notifying manager (walking off the job) | Termination |

Excessive absenteeism or tardiness at any level in combination with other performance, misconduct, or safety issues may be grounds for disciplinary action, up to and including termination, at the discretion of Amazon.  Point waivers, or attendance exceptions, will not be provided on an individual basis; sites may grant waivers for shifts or the entire building for inclement weather, significant traffic barriers, natural disasters, or other similar issues.

### Providing Notice of Absences

Associates are required to call the attendance hotline as soon as they know they are going to miss a shift or be late.  Unless an associate is on an approved leave of absence, they must call in every day they miss a shift or are late

Associates must also seek permission to leave their shift early from their manager at least one hour prior to departing unless an emergency situation makes it impossible to request to leave one hour early. Associates who fail to personally inform their direct manager that they are leaving their shift early will face automatic termination for shift abandonment.

## Discipline Progression

Associates are responsible for tracking their attendance points.  When an associate reaches five points, a Final Written Warning will be issued to the associate. Termination of employment will occur if an associate accumulates six points, even if the associate does not receive a Final Written Warning. Three Final Written Warnings in one twelve-month period will result in termination of employment.

## Documented Medical Absences Points Waiver

Twice in a calendar year, associates who miss work because of personal illness or injury will have attendance points waived if they present adequate medical documentation at their first shift returning to work. The medical documentation must provide (a) date(s) of treatment; (b) date(s) the associate was incapacitated; and (c) a statement that the associate is medically fit to return to work (including, if applicable, that they are no longer contagious).  Associates providing this medical documentation may apply accrued, paid personal time at their option to receive pay during these absences.  Associates may seek an attendance waiver for personal illness or injury for two incidents per calendar year; an "incident" is a period of absence of six or less calendar days.  The waiver is only applicable to associates' own personal illness or injury.

## Leaves of Absence

Absences of seven or more calendar days may qualify as a medical leave of absence.  Associates who miss work for seven or more calendar days (regardless of number of shifts missed) will begin to accumulate attendance points for each absence unless they provide to Human Resources a completed request for a Leave of Absence on or before their seventh calendar day of absence.  If the leave of absence is denied, each absence will count as an individual attendance infraction.  Associates will not receive attendance points for approved leaves of absence.  Personal medical absences that qualify for approved FMLA or are caused by a work-related injury or illness are covered through our leave of absence policies.  Please review the FMLA and non-FMLA leave of absence policies or contact the Employee Resource Center or your local HR team for more information.

Acknowledged by m       .c    @yahoo.com (M       C    -J    on 6/19/2020 3:23:02 PM)

# Approved Time-Off Policy

The policy allows for seasonal associates to accrue a maximum amount of Approved Time Off and excused Late Passes under 1 hour based on the number of hours the associates were hired to work. Please see the details below for accrual and the process for requesting ATO.

Seasonal Associates are eligible to request ATO and excused Late Passes upon completion of 21 calendar days on an assignment. The amount of ATO hours and number of excused Late Passes accrued is dependent on the number of hours the associates were hired to work. These are to be used over the next 3 months/90 days. If ATO is not used within the first 3 months it will carry over into the remainder of the assignment.

At the beginning of the associates' 4th month of an assignment (91st day), associates will receive a second bank of ATO hours based on the number of hours the associates were hired to work. However, at this time associates will NOT receive a 2nd set of Late Passes.

| Associate Type | ATO Accrual 21st Day | ATO Accrual 91st Day | Late Pass Accrual 21st Day |
|---|---|---|---|
| Full Time Seasonal (40 hours/week) | 20 hours | 20 hours | 2 |
| Reduced Time Seasonal (30-39 hours/ week) | 10 hours | 10 hours | 1 |
| Part Time Seasonal (20-29 hours/week) | 10 hours | 10 hours | 1 |

*For Flex Time Seasonal associates (less than 20 hours/week), ATO accrual amounts and schedules will be shared at orientaiton.

There is maximum amount of ATO and late passes per 1200 hour/11 month assignment dependent on number of hours the associates' were hired to work. The maximum amount is 40 hours of ATO and 2 Late Passes for Amazon's full time seasonal associates. The maximum amount for reduced or part time seasonal associates is 20 hours of ATO and 1 excused Late Pass.

ATO and Excused Lateness are UNPAID. Requests for ATO are subject to approval from the Seasonal Staffing and HR teams. Approval is based upon workloads, staffing, and volume predictions for the day(s) in request. All ATO requests must be made in either half or whole shift increments. 24 hour notice is NOT required; however, failure to comply with the timely request for ATO may result in a denial of the requested ATO.

ATO requests must be made by completing a Time-Off Request form. ATO can also be used AFTER an absence, ONLY if an associate Call-Outs. If using ATO to cover a call out absence, this form must be completed within 24 hours or by the end of the next scheduled shift. Failure to call out will result in a No Call/No Show; ATO cannot be used to cover a No Call/No Show. The completed form must be submitted directly to a respresentative of the Seasonal Staffing or HR team.

If the request for ATO is approved, the associate will not receive points under the Attendance Policy for the time missed the s/he requested off. However, if the request is denied, the associate will receive points as per the Attendance Policy for any time missed during the scheduled work shift.

The associate is required to contact the Seasonal Staffing of HR team prior to taking ATO to ensure the request has been approved. Failure to confirm with the Seasonal Staffing or HR team whether the request was approved or denied may result in the accrual of points under the Attendance Policy for any unapproved time.

Seasonal Staffing or the HR team will send daily notification of ATO requests and approvals to all Amazon AMs and Ops.

ATO is not available during Amazon's "black-out periods" which are determined based on business needs throught the year. This policy is subject to change without notice.

Acknowledged by a          ,c     @yahoo.com (M      C     -J     on 8/19/2020 3:23:46 PM)

## Your Amazon Access/ID Badge and Visitors

Your Amazon badge serves as both an access card to unlock doors and an ID card.

To open doors, hold the card up to the reader by the door. A green light will flash 3 times indicating that access has been granted and the door will unlock. If you receive a single green flash or just a red light your card is not working and you should contact reception or security.

**Your Access/ID card:**

- Must be worn at all times while in any Amazon facility.
- Must be worn in a conspicuous place on the front of your body between your shoulders and waist.
- Must not be loaned to anyone.
- Must not be used to allow another person to enter access-controlled areas – e.g. letting someone in that does not have access or does not want to swipe their badge (tailgaters).
- If lost, stolen, or damaged, must be reported to reception or security immediately.
- Must not have any additional holes punched in it due to the potential to damage internal components.
- Your Amazon badge is Amazon property and must be returned upon request or separation from the company.

**Your Visitors:**

- Associates are responsible for the conduct of their visitors and are to ensure that at no times are they left unattended.

- Unattended visitors may be asked to display their visitor pass, confirm their identity, their sponsor and the purpose of their visit. Unattended visitors may be escorted from the premises by Security.

By clicking above, I acknowledge I have reviewed and understand the above guidelines for my Amazon badge as well as my responsibility for visitors I invite to any Amazon facility.

Acknowledged by m     ._c    (2yahoo.com Q/l        c    J     on 0/(8/2020 3:24:37 PM)

# Computer Use Policy

Amazon provides some associates with computers and computer accounts to assist in the performance of job duties and to assist in intra-company communication. A computer account gives you access to Amazon's computer and email systems, as well as access to the Internet. As a condition of this access, you are expected to respect the obligations and responsibilities associated with having an Amazon computer account. In addition to your own good judgment and common sense; the following will serve as general guidelines for appropriate use of your Amazon.com computer account and the company's computers.

These guidelines apply to all computer use, including email, world wide web access, and other internal access (including electronic bulletin boards); to both personal and business use; and to both internal and external correspondence.

General computer system access has been provided for work-related purposes. While it is understood that associates may occasionally use their Amazon computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.

Your manager is responsible for ensuring that you are included in the appropriate business-related email distribution lists, as required by your job duties. While you are able to sign up for other lists of general interest (such as yumyum), please do not sign up for any business related list whose content is not appropriate for your job. Please ask your manager if you have any questions regarding which lists are appropriate for subscription.

Associates should generally refrain from sending email to the group distribution list Amazon or other general lists such as dawson or downtown unless directed by a manager. In particular, do not send personal messages, such as messages regarding items for sale or items sought, to any email list other than one intended specifically for such purpose (such as for sale)

All email correspondence and other computer files created, stored, or transmitted on the company's systems are the property of Amazon. While we will attempt to respect an associate's privacy, Amazon management or Human Resources may access or monitor these files if circumstances warrant.

Associates are responsible for ensuring that electronic communication is effective, ethical and lawful. The use of abusive, offensive, or profane language is prohibited. Fraudulent and obscene messages, or harassment of any kind, are also prohibited. Please keep in mind that your activity on the Internet reflects on Amazon.

Associates are expected to exercise discretion and good judgment and to demonstrate respect for each other's privacy and for company confidential information. Access to directories other than your own home directory or a shared directory for your department should be performed only with the explicit permission of the owner of that directory or when instructed by a manager.

Associates are expected to help protect the security of all files on the company's computer system. In particular, you should keep your passwords private, and you should not allow anyone outside of the company to have access to your computer account.

I have read and understand this policy.

Acknowledged by m          p    @yahoo.com (M          C    J    on 6/19/2020 3:25:27 PM)



### Working Hours Policy
### Acknowledgment Form

By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Working Hours (Non-Exempt/Hourly) Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Working Hours Policy.

- If I am an *hourly employee*, I am responsible for reporting all hours worked; taking a work free unpaid 30 minute meal period; and taking paid rest breaks. I understand that no one may allow or ask me to perform work "off the clock" without being paid.

- If I am a *salaried employee*, I understand that I may not allow or ask any hourly employee to perform work "off the clock" without being paid. This includes, but is not limited to, not interrupting meal periods or rest breaks with work related matters. I will not falsify or incorrectly report time worked for an hourly employee or advise an hourly employee to do so.

By clicking "Acknowledge" above, I also agree to notify a human resources representative, my supervisor, any other manager, the Legal Department, or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violation of the Working Hours Policy occurred.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

*Last Updated December 27, 2013*

Acknowledged by n          r@yahoo.com (M        C      J      on 8/19/2020 3:25:56 PM)



## POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

**By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.**

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

**By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:**

- Attendance Policy – US Fulfillment Center
- Cell Phone Use Policy
- Dress and Grooming Standards
- Holiday Pay Guidelines
- Holiday Blackout
- Overtime Policy
- Standards of Conduct

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

# Exhibit 8

# A. R.

# AmazonTXCare
# Employee Injury Benefit Plan

# SUMMARY PLAN DESCRIPTION

Updated and Effective as of
March 1, 2020

## TABLE OF CONTENTS

INTRODUCTION .................................................................................................... 1

IMPORTANT DEFINITIONS ................................................................................ 1

PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS ............ 3

| | | |
|---|---|---|
| Q&A 1 | Who is eligible? | 3 |
| Q&A 2 | Do I need to enroll in the Plan? | 3 |
| Q&A 3 | When does coverage cease? | 3 |
| Q&A 4 | When & how do I report an accident or injury? | 3 |
| Q&A 5 | Can I be subject to screenings? | 3 |
| Q&A 6 | How do I receive treatment? | 3 |
| Q&A 7 | What evaluations must I undergo? | 4 |
| Q&A 8 | What requirements relate to return to work? | 4 |

PLAN BENEFITS & EXCLUSIONS ....................................................................... 4

| | | |
|---|---|---|
| Q&A 9 | What are the Plan benefits? | 4 |
| Q&A 10 | Is there a limit on Plan benefits? | 4 |
| Q&A 11 | Are there exclusions from benefits under the Plan? | 4 |
| Q&A 12 | Can benefits under the Plan be forfeited? | 4 |
| Q&A 13 | Does the Plan coordinate benefits? | 6 |
| Q&A 14 | Does the Plan have subrogation and rights of recovery? | 7 |

DISABILITY BENEFITS .......................................................................................... 7

| | | |
|---|---|---|
| Q&A 15 | When am I eligible for disability benefits under the Plan? | 7 |
| Q&A 16 | What is the amount of disability benefits and how long do they continue? | 7 |
| Q&A 17 | Will other income reduce disability benefits? | 8 |
| Q&A 18 | When will disability benefits cease or be reduced? | 8 |

MEDICAL EXPENSE BENEFITS ........................................................................... 9

| | | |
|---|---|---|
| Q&A 19 | When am I eligible for medical expense benefits? | 9 |
| Q&A 20 | What are covered charges under the Plan? | 9 |
| Q&A 21 | What other limits and conditions apply to medical expense benefit payments? | 10 |
| Q&A 22 | When do medical expense benefits cease? | 11 |

AD&D BENEFITS ..................................................................................................... 11

| | | |
|---|---|---|
| Q&A 23 | When am I eligible for AD&D benefits under the Plan? | 11 |
| Q&A 24 | Are there limits on AD&D benefits? | 12 |

CLAIMS PROCEDURES .......................................................................................... 12

| | | |
|---|---|---|
| Q&A 25 | What is a Claim and how do I file a claim? | 12 |
| Q&A 26 | What if my Claim is denied? | 12 |
| Q&A 27 | What is the timeframe for a determination of Claims? | 13 |
| Q&A 28 | What type of notice of denial will I receive? | 13 |
| Q&A 29 | May I appeal the denial? | 15 |
| Q&A 30 | What is the timing of the benefit determination on review? | 16 |

**Q&A 31**     What is the notification of benefit determination on review? ........................................... 18
**Q&A 32**     Must I exhaust the Claims and Appeals procedures? ...................................................... 19
**Q&A 33**     What is my responsibility in keeping the Plan informed? ................................................. 19

**MISCELLANEOUS INFORMATION.**.................................................................................. **19**

**Q&A 34**     How is the Plan funded? ................................................................................................ 19
**Q&A 35**     Who administers the Plan? ............................................................................................ 20
**Q&A 36**     Can the Plan be amended or terminated? ..................................................................... 20
**Q&A 37**     Does the Plan modify my employment with my Employer? ............................................ 20
**Q&A 38**     Are Plan benefits transferable or assignable? ............................................................... 20
**Q&A 39**     What laws govern the Plan? .......................................................................................... 20
**Q&A 40**     Do I have any rights and protections under ERISA? ...................................................... 20

**APPENDIX A - GENERAL PLAN INFORMATION.**................................................................22

# INTRODUCTION

This is the Summary Plan Description ("SPD") of the AmazonTXCare Employee Injury Benefit Plan ("Plan") sponsored and maintained by Amazon.com Services, Inc. ("Amazon"). The Plan is an occupational accident welfare plan subject to ERISA and established to provide benefits to eligible employees of Amazon or any of its subsidiaries or affiliates that participate in the Plan (collectively referred to as the "Employer") who are injured in a work-related incident while performing their job. The Plan is the exclusive remedy for work-related injuries and provides disability and related medical expense benefits and accidental death and dismemberment benefits to participants or their beneficiaries. Amazon has engaged the party listed on Appendix A to act as third-party administrator to handle the day to day administration of the Plan and to review and decide Claims ("Claims Administrator"). Any dispute arising from a workplace injury, other than a Claim for benefits under the Plan, is covered by the Mutual Agreement to Arbitrate.

This SPD briefly describes the benefits available to you under the Plan and describes the procedures to be followed in the event you are injured in a work-related accident. The official terms are set forth in the Plan document, as it may be modified from time to time. The Plan document is available for your inspection and review from **[insert link/reference to where employees can obtain official plan document]**. In the case of any conflict between the terms and provisions of the Plan and the terms and provisions of this SPD, the Plan will control and govern.

Although Amazon currently intends to continue the benefits described in this SPD, Amazon reserves the right to amend, reduce or terminate these benefits at any time and for any reason. Amazon (and its delegates, including certain employees of Amazon) is the Plan Administrator and has specific authority to interpret the Plan provisions, to establish administrative rules and to amend the Plan. Any amendments or termination of the Plan will be made in accordance with the procedures specified in the governing documents. Amendment or termination of coverage may happen at any time. In no event will you become entitled to any vested rights under the Plan.

# IMPORTANT DEFINITIONS

The Plan contains important definitions that you should familiarize yourself with. Most of these terms are defined below and will be used throughout the SPD, but some terms are defined in those sections of the SPD to which they relate. Defined terms will be capitalized.

**"ACCIDENT"** means an injury to a participant which: (1) was unforeseen and unexpected; (2) occurred at a specifically identifiable time and place; (3) occurred by chance, unexpectedly, and/or not in the usual course of events; (4) was caused by an external factor associated with participant's work or with the workplace, (5) resulted directly in Injury to the participant; (6) occurred in the course and scope of the covered participant's assigned duties and employment with the Employer; (7) occurred during the pendency of the Plan; and (8) for which medical treatment with an Approved Provider under the Plan (not AmCare or other similar arrangements) was initiated within 30 days of the Injury producing event. Accident does not include Occupational Disease or Cumulative Trauma, except under the limited circumstances identified below. Accident does not include injuries or ordinary diseases of life to which the general public is exposed outside the participant's assigned duties in his or her Scope of Employment.

**"APPROVED PROVIDER"** means an authorized health care provider approved by the Plan Administrator who is acting within the scope of his or her license or credentials (as applicable) and

1

rendering care or treatment to a participant for his or her Injury that is appropriate for the conditions and locality. It does not include a participant or a member of the participant's immediate family or household.

**"CUMULATIVE TRAUMA"** means damage to the physical structure of the participant's body occurring as a result of repetitious, physically traumatic activities that occur in the Scope of Employment with the Employer and independent of all other causes. Cumulative Trauma does not include an Accident or Occupational Disease.

**"ELIGIBLE WAGES"** for hourly employees include base hourly rate of pay at the time of the Accident, including overtime pay, sign on bonuses and commissions (for commission eligible hourly employees). Eligible wages for salary employees includes base salary, commissions and sign on bonus. Eligible wages are calculated using an average amount of compensation over the 8 weeks prior to the Accident. Discretionary bonuses and/or other "extra" compensation are NOT included in eligible wages for disability benefit calculation purposes.

**"INJURY"** means identifiable damage or harm to the physical structure of the body that is incurred solely as the result of a covered Occurrence or Accident. The term does not include: 1) any mental trauma, emotional distress or similar injury; or 2) a heart attack, stroke, aneurysm or seizure. The Injury must be caused solely by an Accident or Occurrence. All injuries sustained by one participant in any one Accident, including all related conditions and recurrent symptoms of these injuries, are considered a single Injury.

**"OCCUPATIONAL DISEASE"** means a disease that is caused solely from the performance of the participant's regular duties of his or her job and causes damage or harm to the physical structure of the body. It does not include ordinary diseases to which the general public is exposed outside the participant's regular duties of his or her job. It does not include an Injury resulting from an Accident or Cumulative Trauma. For purposes of this Plan, the date of an Occupational Disease is deemed to be the date on which the participant was last exposed to the disease producing agent or agents in his or her occupational environment. All Occupational Diseases suffered by any one participant due to exposure to the same or related disease producing agent or agents present in his or her occupational environment within his or her Scope of Employment are deemed to be a single Occupational Disease.

**"OCCURRENCE"** means an Accident or series of Accidents arising out of one event causing Injury to one or more Participants, or an Occupational Disease or Cumulative Trauma causing Injury to one or more Participants.

**"SCOPE OF EMPLOYMENT"** means an activity of any kind or character that involves or has to do with and originates in the work, business, trade or profession of the Employer and that is performed by the employee while engaged in or about the furtherance of the affairs or business of the Employer. Travel between Employer's locations for business purposes is included in the Scope of Employment. Scope of Employment does not include deviations from regular employment. Scope of Employment includes only an activity in which an employee engages in the carrying out of the Employer's business which is reasonably foreseeable by the Employer. Scope of Employment does not include an employee's transportation to and from the employee's residence and the employee's workplace. The employee's reporting to work and leaving work are in the Scope of Employment as long as that employee is on the Employer's premises. Scope of Employment does not include Accidents occurring off the Employer's premises, such as sidewalks and parking lots, unless Employer maintains and is responsible for keeping in good working order. Scope of Employment also includes commercial aircraft to and from places and events covered by this provision.

2

# PARTICIPATION, REPORTING, CONDITIONS & REQUIREMENTS

## Q&A 1   WHO IS ELIGIBLE?

If you are coded in a participating Employer's payroll system as a W-2 employee residing in the State of Texas and you are in "active service" you are automatically a participant in this Plan. Active service means you are actively at work performing all regular duties (or restricted or modified duty at the direction of your Employer) at your Employer's place of business or someplace the Employer requires you to be in the course of your Scope of Employment. Individuals classified as leased, staffing, payroll, or temporary agency employees, consultants, or independent contractors are not eligible.

## Q&A 2   DO I NEED TO ENROLL IN THE PLAN?

No. If you are an eligible employee you are automatically a participant in the Plan if you have a workplace accident or injury. No enrollment forms are necessary.

Every participant is eligible to receive benefits under this Plan. However, initial receipt and continuing receipt of benefits is contingent upon compliance with the terms and conditions of this Plan. A participant who fails to comply with the conditions and requirements herein shall not be entitled to receive or continue to receive benefits.

## Q&A 3   WHEN DOES COVERAGE CEASE?

Your participation in the Plan generally will terminate upon the earliest of the following to occur:

- You terminate employment;
- You cease to be an eligible employee because of a change in employment status; or
- The Plan terminates.

## Q&A 4   WHEN & HOW DO I REPORT AN ACCIDENT OR INJURY?

You must immediately report any Accident from a known cause or exposure to your manager or other person designated by the Plan Administrator, and in no instance later than 3 days following the date of injury. You must report every Accident, regardless of the nature or severity. You must provide a report on an approved form by no later than the end of the shift, except in instances of an emergency that prevents completion of this report in which case the report form must be provided as soon as practical. Failure to immediately report an Accident, Occupational Disease or Cumulative Trauma may result in denial of benefits. For purposes of this reporting requirement "Immediately" with regard to an Injury due to an Accident or for a known exposure to an Occupational Disease, means no later than the end of your scheduled shift during which the Occurrence took place. For an actual Injury due to Cumulative Trauma or Occupational Disease from an unknown exposure, verbal notice must be provided within the earliest of (i) 72 hours after being medically diagnosed or (ii) 7 days after the you should have known of the Injury.

## Q&A 5   CAN I BE SUBJECT TO SCREENINGS?

Yes. In the event of an Accident requiring medical care, you may be required to submit to a drug and alcohol screen at management's request. This screen will be performed if the circumstances of the Accident suggest that drug or alcohol use was a factor in the Accident or there is reasonable suspicion you are impaired. Whether the screen is performed is within management's sole discretion. This screen will be performed prior to the rendering of medical care unless it is impractical to do so. Failure to submit to a drug and alcohol screen upon request within 24 hours of reporting the Incident may result in a denial of benefits under this Plan.

3

## Q&A 6   HOW DO I RECEIVE TREATMENT?

You must seek initial medical treatment with an Approved Provider (not AmCare) within 30 days of an Accident or Occurrence. *You are required to accept referral to an Approved Provider. If you choose to go to a physician of your choice without prior approval, the Plan will not be responsible for the expenses incurred by you in so doing.*

## Q&A 7   WHAT EVALUATIONS MUST I UNDERGO?

The Plan and/or Claims Administrator reserves the right to require that you undergo an initial and subsequent evaluation by an Approved Provider who will make the determination regarding return to work after an Accident or Occurrence. Additional medical opinions relating to any Injury may be required prior to benefits being paid or benefits being continued. You must attend scheduled appointments. If you miss one scheduled appointment, benefits may be suspended or terminated, at the Plan's discretion. If you miss a second scheduled appointment, benefits can be terminated at the Plan's discretion. Benefits will terminate if you go 60 or more consecutive days without treatment with an Approved Provider after initial treatment. If you fail to submit to an additional opinion upon request may result in denial of benefits under this Plan.

## Q&A 8   WHAT REQUIREMENTS RELATE TO RETURN TO WORK?

After initial treatment, the Approved Provider may instruct you not to return to work pending further treatment and until released at a later date. Upon being released to work or receiving a change in work status by an Approved Provider, you must report that change of work status immediately to your manager. You must report to work when directed by their manager.

If, after treatment, the Approved Provider releases you to return to work, whether at full capacity, part-time, or light duty, and you fail to return to work (or a work alternative offered by your Employer) when directed by your manager, all salary and medical benefits will immediately cease. In the case of light duty, if your Employer does not have suitable light duty available, then benefits will not cease.

# PLAN BENEFITS & EXCLUSIONS

## Q&A 9   WHAT ARE THE PLAN BENEFITS?

The Plan applies to Accidents, Cumulative Trauma and Occupational Disease sustained by participants during the Scope of Employment. Plan benefits consist of (i) disability benefits for periods of disability described in Q&As 15-18, (ii) medical expense benefits for Covered Charges by an Approved Provider described in Q&As 19-23, and (iii) applicable accidental death and dismemberment (AD&D) benefits described in Q&A 24-25.

## Q&A 10   IS THERE A LIMIT ON PLAN BENEFITS?

Yes. The combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) under this Plan shall not exceed $250,000 per Occurrence. The combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence payable because of an Accident, Occupational Disease and or Cumulative Trauma, regardless of the number of participants, shall not exceed $750,000.

## Q&A 11   ARE THERE EXCLUSIONS FROM BENEFITS UNDER THE PLAN?

Yes. The following are excluded from benefits under the Plan. No benefits will be paid for any loss resulting in whole or in part from, or contributed to by, or as a natural and probable consequence of any of the following:

- Any Claim that is not timely reported in accordance with Q&A 4 above.

4

- Repetitive motion and Cumulative Trauma Injuries unless you have worked in the job position which caused the Injury for at least 180 days.
- Pre-existing conditions unless there is evidence that the Accident or Occurrence caused a new injury (i.e. a medically diagnosed change in the physical structure of the body caused by the Accident). A pre-existing condition will not be covered under the Plan if you received treatment for the condition within the last 6 months prior to the date of the Accident or Accident or the condition has been previously diagnosed or there is no evidence of a new injury.
- Accident, Occupational Disease or Cumulative Trauma occurring while you have in your blood or urine any amount of alcohol, illegal drug, or a chemical substance that is obtained or consumed in violation of the U.S. Controlled Substances Act, or if you have in your blood or urine any prescription medication where that medication, amount of medication, or the manner of use of that medication has been prohibited by the Employer's Alcohol and Drug Policy.
- Hearing loss unless it falls under the definition of an Accident or is diagnosed by an Approved Provider as resulting solely from your job with the Employer.
- All statutory or common law causes of action as well as any liability arising out of employment relationships.
- Any workers' compensation law, unemployment compensation law, disabilities benefits law or other similar law.
- An intentionally self-inflicted Injury, Occupational Disease or Cumulative Trauma caused or intentionally aggravated by you.
- Participation in: (i) an assault or a felony, except an assault committed in defense of the Employer's business or property; (ii) any act of terrorism; (iii) any illegal act; (iv) service in the military of any country or any civilian non-combatant unit serving with such forces; or (iv) horseplay.
- Directly or indirectly, contributed by, caused by, resulting from, or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss: (i) war, invasion, terrorism, acts of foreign enemies, hostilities, or warlike operations (whether war be declared or not), civil war, mutiny, revolution, rebellion, insurrection, uprising, military or usurped power, confiscation by order of any public authority or government de jure or de facto, martial law, or; (ii) riots, strikes, or civil commotion; or (iii) an act of God.
- Accident, Occupational Disease or Cumulative Trauma to you while employed in violation of law, including but not limited to working without a valid H-1B visa or after such visa has expired, or working as an undocumented immigrant.
- The following exposure related items: (i) asbestos, asbestos fibers or asbestos products; (ii) lead or lead based products; (iii) the hazardous properties, including radioactive, toxic or explosive properties, of nuclear materials; (iv) mold; or (v) any and all medical conditions that are associated with silica related conditions, this is to include exposure to any all material, which also is known as silica dust, exposures to respirable crystalline silica, exposure to silicosis, exposure to mold, exposure to materials that may cause lung cancer, pulmonary tuberculosis, and airway diseases, autoimmune disorders, chronic renal disease, or other health conditions that are associated with exposure to silica based materials.
- Charges for: (a) biofeedback and other forms of self-care or self-help training or any related diagnostic testing; (b) hypnosis, acupuncture, chiropractic treatment or chiropractic therapy; (c) the purchase, rental or repair of environmental control devises, including but not limited to, air conditioners, humidifiers or air purifiers.
- Participation in any recreational, social or athletic activity not constituting part of your Scope of Employment, whether or not such participation occurs on the Employer's premises or during normal business hours.
- Stress, anxiety, depression, insomnia, or other similar emotional and mental disorders, even if associated with an Injury.
- A heart attack, aneurism, stroke, or seizure.

5

- Hernia, unless such hernia is an inguinal or umbilical hernia that: (a) appeared suddenly and immediately following the Accident; (b) did not exist in any degree prior to the Accident; and (c) is accompanied by pain.

## Q&A 12    CAN BENEFITS UNDER THE PLAN BE FORFEITED?

Yes. Your entitlement to benefits, however provided for, under this Plan may be forfeited, suspended, or discontinued if you fail to comply with or satisfy any of the requirements or provisions of this Plan. For example, you shall not be entitled to the benefits under this Plan if:

- The Accident or alleged Accident is not an Accident covered by the Plan, is determined to be intentional or feigned; or is determined to be an attempt to defraud the Employer;
- The Accident is not timely reported within three (3) days to your manager or designee;
- You utilize a health care provider for an Injury other than an Approved Provider;
- You fail to follow the treatment and advice prescribed by the Approved Provider;
- You do not obtain treatment within 30 days of an on-the-job Injury or Accident or 90 consecutive days elapses between treatments with an Approved Provider;
- You refuse or fail to obtain a second opinion prior to surgery, if requested to do so;
- You fail to report to your manager for work immediately upon being released in whole or in part by the Approved Provider to return to work;
- It is determined that you have any amount of illegal drugs or alcohol in your system at the time of the Accident;
- It is determined that the Accident was caused by horseplay, scuffling, fighting, altercation, or other inappropriate behavior;
- It is determined the Injury is the resulted from an intentional or willful act by you;
- The Accident arises from a non-covered pre-existing condition;
- You become employed by another employer while receiving benefits under the Plan;
- You resign employment or are terminated from employment with Company as a result of gross misconduct or a Company policy violation;
- You fail to provide a complete statement, affidavit, or deposition upon request concerning the incident that you believe resulted in an Injury;
- You were untruthful regarding any aspect of the required information supplied as part of the employment process including, without limitation, information as to physical or mental abilities to perform the job;
- You refuse to submit to drug and alcohol testing; or
- You have an unrelated/intervening, personal medical condition that occurs while you are treating under Benefit Plan, your benefits will be suspended until you are released from care for the unrelated medical condition.

## Q&A 13    DOES THE PLAN COORDINATE BENEFITS?

Yes. If you are covered under one or more other plans including, but not limited to, automobile or health insurance or coverage (excluding the Employer group health program), the benefits under this Plan incurred in a calendar year shall be reduced by the amount of any benefits payable by such other plan so that the total benefits payable with respect to any one Injury or Accident will not exceed 100% of the expenses incurred. The Claims Administrator will determine which plan is the primary plan that will pay its benefits first according to the following rules:

- When only one of the plans has a coordination of benefits provision, then the plan without such a provision will be primary.

6

- If both plans have such a provision, the plan under which the Participant is covered as an employee will be the primary plan.
- If both of the foregoing rules do not establish which plan is the primary plan, then the plan that has covered the person for the longer period of time will be the primary plan.

## Q&A 14   DOES THE PLAN HAVE SUBROGATION AND RIGHTS OF RECOVERY?

Yes. You may incur medical or other charges related to an Accident or Occurrence caused by the act or omission of another person; or another party may be liable or legally responsible for payment of charges incurred in connection with the Accident or Occurrence. If so, you may have a Claim against that other person or another party for payment of the medical expenses or other charges. In that event, the Plan will be subrogated to all rights you may have against that other person or another party and will be entitled to reimbursement. In addition, the Plan shall have the first lien against any recovery to the extent of benefits paid or to be paid and expenses incurred by the Plan in enforcing this provision. The Plan's first lien supersedes any right that you may have to be "made whole." In other words, the Plan is entitled to the right of first reimbursement out of any recovery you procure or may be entitled to procure regardless of whether you have received compensation for any of his damages or expenses, including any of your attorneys' fees or costs. Additionally, the Plan's right of first reimbursement will not be reduced for any reason, including attorneys' fees, costs, comparative negligence, limits or collectability or responsibility, or otherwise. *As a notice of this provision and you agree that acceptance of benefits is constructive notice of this provision and you agree to comply with the Claims Administrators procedures related to subrogation and rights of recovery, including, but not limited to entering into a subrogation and reimbursement agreement.*

# DISABILITY BENEFITS

## Q&A 15 WHEN AM I ELIGIBLE FOR DISABILITY BENEFITS UNDER THE PLAN?

You are eligible for disability benefits if you are disabled from performing your usual work for your Employer by an Accident, Occupational Disease and/or Cumulative Trauma. You are considered disabled if you are not able to perform any of the material and substantial duties of your occupation, business, or employment which you held at the time of Injury due to an Accident while in the Scope of Employment. Your disability must commence within 90 days of the Accident or Occurrence and be diagnosed by an Approved Provider. You must provide the Claims Administrator satisfactory proof of disability and of being under the continuous care of an Approved Provider. The Plan may require you to submit proof of continued disability as often as the Plan or Claims Administrator, in its sole discretion, considers necessary and reasonable. *Failure to submit the required proof may cause the Plan to suspend benefits until such proof is received.*

## Q&A 16 WHAT IS THE AMOUNT OF DISABILITY BENEFITS AND HOW LONG DO THEY CONTINUE?

If the conditions of the Plan are met, the Plan will pay up to 156 weeks of disability benefit payments beginning immediately after the Occurrence of Accident, calculated based on 85% of your Eligible Wages. Disability benefits payments are payable on your regularly scheduled pay period.

The amount of disability benefits counts toward the $250,000 combined benefit amount per participant of all possible benefits (disability, medical expense and AD&D) per Occurrence as well as the $750,000 combined benefit amount per Occurrence of all possible benefits (disability, medical expense and AD&D) for any Occurrence regardless of the number of participants.

## Q&A 17 WILL OTHER INCOME REDUCE DISABILITY BENEFITS?

Yes. Disability benefits payments will be reduced by **"Other Income Benefits"** which include amounts which you or your dependents receive (or are assumed to receive) under:

- Any Workers' Compensation, occupational disease, unemployment compensation law or similar state or federal law, including all permanent as well as temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted. If paid as a lump sum, these benefits will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over a five-year period. If no specific allocation of a lump sum is made, then the total sum will be an Other Income Benefit.
- Any Social Security or retirement benefits you receive or any third party receives (or is assumed to receive) on your behalf or for your dependents; or, if applicable, that your dependents receive (or are assumed to receive) because of your entitlement to such benefits.
- Any proceeds payable under any employer group health or welfare plan, group insurance or similar plan. If there is other coverage or insurance that applies to the same Claim for benefits under this Plan, and contains the same or similar provision for reduction because of other coverage or insurance, this Plan will pay its pro rata share of the total Claim. "Pro rata share" means the proportion of the total benefit under this Plan that the amount payable without other benefits, coverage or insurance, bears to the total benefits under all such sources.

## Q&A 18 WHEN WILL DISABILITY BENEFITS CEASE OR BE REDUCED?

Yes. Disability benefits are subject to the following limitations:

- If you go 60 or more consecutive  days without treatment with an Approved Provider, disability benefits will cease.
- If you return to your regular work with your Employer, disability benefits will cease.
- If you die, disability benefit will cease.
- If you leave employment for a reason other than inability to work solely because of the Injury or your Employer not having suitable light duty, disability benefits will cease.
- If you are released from care by an Approved Provider or you refuse to participate in any medically recommended rehabilitation program or if the disability is treatable by medical care that is reasonable and of a form that an ordinary prudent person in the same or similar circumstances would undergo and you have not availed yourself of the treatment, disability benefits will cease.
- If you are released to return to work without restriction or to Maximum Rehabilitative Capacity by an Approved Provider, but you do not return to work for any reason, disability benefits shall cease; **"Maximum Rehabilitative Capacity"** means the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If you remain disabled from working full time, but are able to return to work on a part-time basis or earn less than your pre-Injury wage, you will be deemed partially disabled and the disability benefit will be reduced by the amount of your earnings during the period of partial disability.
- If the Participant is placed on light duty and Company cannot accommodate the Approved Provider's restrictions for that Participant, then Participant will receive Disability Benefits until either (a) Company can accommodate the Participant's restrictions (b) Participant is placed on full duty or (3) Participants receives the maximum 156 weeks of Disability Benefits.
- If Company can accommodate Participant's light duty restrictions and the Participant refuses to return to work, Disability Benefits will cease.  This provision does not affect the Participant's Medical Expense Benefits.

8

Note: Any requests for a leave of absence or for accommodations relating to light duty or work restrictions should be directed to the Amazon Risk or Human Resources departments (for light duty requests) or Leave of Absence and Accommodations team (for leave requests).

In no event will the Plan provide coverage for successive periods of disability, resulting from entirely different and unrelated causes, unless such periods of disability are separated by at least one full day during which you are not disabled. Furthermore, the Plan will not provide coverage for successive periods of disability resulting from the same or related Accidents, unless such periods of disability are separated by at least 6 months during which you are not disabled.

# MEDICAL EXPENSE BENEFITS

## Q&A 19 WHEN AM I ELIGIBLE FOR MEDICAL EXPENSE BENEFITS?

If you incur medically necessary expenses which constitute Covered Charges under the Plan as a direct result (and from no other cause) of an Injury due to an Accident, Cumulative Trauma and/or Occupational Disease, your medical expenses will be paid by the Plan. Only Covered Charges that are a direct result of an Injury and incurred within 156 weeks of the date of the Injury are covered under the Plan. The first Covered Charges that are caused by the Accident or Occurrence must occur within 30 days from the date reported or 30 days from the last visit/treatment at AmCare.

The medical care and treatment must be ordered and rendered by an Approved Provider. In addition, the medical care or treatment must be deemed Medically Necessary by the Claims Administrator. In no event will the Plan pay a charge which is more than the Usual and Customary charge for the service, the supplies or the equipment which are needed for such care and treatment. Additionally, the Covered Charges must be incurred as a result of an Injury, Occupational Disease, or Cumulative Trauma occurring after the Plan's effective date. See Q&A 20 below for definitions of Covered Charge, Medically Necessary and Usual and Customary.

## Q&A 20 WHAT ARE COVERED CHARGES UNDER THE PLAN?

"Covered Charges" are those Medically Necessary treatments, services and supplies that are prescribed by an Approved Provider and incurred by you within 156 weeks of the date of the Injury and subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence. A Covered Charge is deemed to have been incurred on the date the Medically Necessary treatment was rendered, a service given or a supply delivered. Pre-approved expenses for mileage, transportation, food and lodging will be included as Covered Charges. The determination of whether a treatment, service or supply is a Covered Charge will be made by the Claims Administrator in its discretion.

"Medically Necessary" means that a service, procedure, medicine, prescription drug, or supply is necessary and appropriate for the diagnosis or treatment of an Injury based on generally accepted current medical practice. A service, medicine or supply will not be considered Medically Necessary if it: (i) is provided only as a convenience to you or a provider; or (ii) is not appropriate treatment for your diagnosis or symptoms; or (iii) exceeds, in scope, duration or intensity, that level of care which is needed to provide safe, adequate and appropriate diagnosis or treatment. The fact that a physician or health care provider may prescribe, order, recommend, or approve a service or supply does not make the service or supply Medically Necessary. The determination of whether a service, procedure, medicine, prescription drug, or supply is Medically Necessary will be made by the Claims Administrator in its discretion.

"Usual and Customary" means the usual charge made by a physician or other licensed health care provider acting within the scope of his or her license of treatment, services, procedures, supplies, medicine or prescription drugs that does not exceed the general level of charges made by other physicians or Approved

Providers rendering or furnishing such care or treatment within the same geographic area. The determination of whether the charge for a treatment, service, procedure, medicine, prescription drug, or supply is Usual and Customary shall be made by the Claims Administrator in its discretion.

**Mileage Reimbursement.** A Participant shall be reimbursed for mileage incurred while seeking care with an Approved Provider, subject to and applicable only if Approved Provider/Medical Facility (a) is not reasonably available within 30 miles from where the Participant lives; and (b) the distance traveled to secure medical treatment is greater than 30 miles one-way. Claims Administrator has authority to determine initial point of travel and Approved Provider designation. Reimbursement rate is based on the travel rate for State employees on the date travel occurred. Participant is responsible for submitting any/all request for reimbursement to Claims Administrator.

*No medical expense benefits will be paid for any expenses incurred that are in excess of Usual and Customary, are not Medically Necessary or any expenses that are eligible for payment or reimbursement under any other medical expense plan or policy, as determined by the Claims Administrator in its discretion.*

## Q&A 21 WHAT OTHER LIMITS AND CONDITIONS APPLY TO MEDICAL EXPENSE BENEFIT PAYMENTS?

Eligible Covered Charges are subject to the $250,000 combined benefit amount per participant and $750,000 combined benefit amount per Occurrence.

The Plan imposes certain pre-certification requirements which require you or an Approved Provider to obtain authorization from the Claims Administrator prior to incurring Covered Charges due to hospital admission (other than an admission of emergency care) physical therapy, MRI, CAT Scan, sonogram, or other such testing. Pre-certification requirements are designed to ensure that hospital admissions and lengths of stay, surgery and other medical services are Medically Necessary by having the Claims Administrator refer your file to a qualified Approved Provider to determine Medical Necessity. Your physician must request pre-certification at least 3 days prior to a non-emergency admission or treatment. If admission or treatment is for emergency care, notice to the Claims Administrator must be given: (i) within 24 hours after the Occurrence or Accident occurs; or (ii) on the first business day after admission or treatment on a weekend or legal holiday; or (iii) the earliest possible time thereafter.

The Claims Administrator may consult with the Approved Physician, hospital, or other facility to determine if the hospital stay or treatment is required for the Injury. If the Claims Administrator decides that the treatment you require could be provided just as effectively through a less expensive treatment plan, you will be notified of the decision. If you proceed with the treatment plan without asking for pre-certification or being given a pre-certification notice, your medical expense benefit will be denied entirely.

## Q&A 22 AM I ENTITLED TO CONTINUING MEDICAL EXPENSE BENEFITS IF MY SEASONAL OR TEMPORARY ASSIGNMENT ENDS?

Yes. Medical Expense Benefits for Temporary/Seasonal Associates will continue after their assignment ends with Company subject to the provisions cited in this Plan that relate to medical treatment. Disability Benefits cease on the date the Temporary/Seasonal Associate's assignment with Company ends. All Benefits terminate if a Temporary/Seasonal Associates resigns or is terminated from employment the Company as a result of gross misconduct or a Company policy violation.

10

## Q&A 23 WHEN DO MEDICAL EXPENSE BENEFITS CEASE?

Medical expense benefits shall cease upon the earliest of:

- The date Maximum Rehabilitative Capacity is achieved, i.e. the earliest date after which, based upon reasonable medical probability, further material recovery from or lasting improvement to an injury can no longer reasonably be anticipated.
- If the Participant goes 60 or more consecutive day without treatment from an Approved Provider after initial treatment.
- 156 weeks from the date of the Occurrence or Accident.
- The date the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached (see Q&A 10 above).
- Any other limitation or terminating event in this Plan.
- You leave employment (1) for some reason other than your Employer not having suitable light duty or (2) solely because of inability to work because of your Injury.
- Benefits can be terminated based on the results of a second opinion from an Approved Provider or Independent Medical Exam ("IME").
- Medical Benefits cease immediately if Participant seeks treatment from a non-Approved Provider while receiving treatment from an Approved Provider.

# AD&D BENEFITS

## Q&A 24 WHEN AM I ELIGIBLE FOR AD&D BENEFITS UNDER THE PLAN?

You are eligible for accidental death and dismemberment (AD&D) benefits if as the result of an Accident you suffer any of the losses below within 365 days of the Occurrence or Accident.  AD&D benefits are the lesser of 10 times your annualized Eligible Wages or the percentage of $250,000 shown in the table below for that loss.  If multiple losses occur, only one benefit amount (the largest) will be paid.

| Loss | Benefit Amount |
|---|---|
| Life | 100% |
| Quadriplegia | 100% |
| Two or more Members | 100% |
| One Member | 50% |
| Hemiplegia | 50% |
| Paraplegia | 50% |
| Loss of Hearing or Speech | 50% |
| Thumb and Index Finger of the Same Hand | 25% |
| Four Fingers of the Same Hand | 25% |
| Single Finger or Toe | 10% |

"Quadriplegia" means total Paralysis of both upper and lower limbs. "Hemiplegia" means total Paralysis of the upper and lower limbs on one side of the body. "Paraplegia" means total Paralysis of both lower limbs or both upper limbs. "Paralysis" means total loss of use. An Approved Provider must determine the loss of use to be complete and not reversible at the time the Claim is submitted.  The loss of use must commence within 365 days of the date of the Accident or Occurrence and continue without interruption for a period of not less than 365 consecutive days.  The loss of use must be total and irrevocable and beyond remedy by surgical or other means.

"Member" means Loss of Hand or Foot, Loss of Sight, Loss of Speech, and Loss of Hearing. "Loss of Hand or Foot" means complete Severance through or above the wrist or ankle joint. "Loss of Sight"

11

means the total, permanent Loss of Sight of one eye. **"Loss of Speech"** means total and permanent loss of audible communication that is irrecoverable by natural, surgical or artificial means. **"Loss of Hearing"** means total and permanent Loss of Hearing in both ears that is irrecoverable and cannot be corrected by any means. **"Loss of a Thumb and Index Finger of the Same Hand"** or **"Loss of Four Fingers of the Same Hand"** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand). **"Severance"** means the complete and permanent separation and dismemberment of the part from the body.

20% of the AD&D benefit amount will be paid in an initial lump sum and the remaining benefit amount will be paid out over the course of 36 months.

## Q&A 25 ARE THERE LIMITS ON AD&D BENEFITS?

Yes. AD&D benefits are subject to the $250,000 combined benefit amount per participant or the $750,000 combined benefit amount per Occurrence is reached and any other limitation or exclusion contained in the Plan.

# CLAIMS PROCEDURES

## Q&A 26 WHAT IS A CLAIM AND HOW DO I FILE A CLAIM?

A **"Claim"** is any request for a benefit made by you (a participant) or beneficiary or by an authorized representative of you or a beneficiary that complies with the Plan procedures for making a benefit claim with the Claims Administrator. An **"Urgent Care Claim"** means a Claim for medical care or treatment that, if not received, (i) could seriously jeopardize the life or health of the participant or the ability of the participant to regain maximum function; or (ii) in the opinion of an Approved Provider with knowledge of the participant's medical condition, would subject the participant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. If an Approved Provider with knowledge of the participant's medical condition deems the medical care or treatment urgent, then the claim is an Urgent Care Claim. This does not include routine medical care that takes place at an urgent care clinic.

You must file a Claim with the Claims Administrator who will make a Benefit Determination in accordance with the claims procedures that comply with ERISA. A **"Benefit Determination"** means a determination by the Claims Administrator on a Claim for benefits under the Plan, whether or not an Adverse Benefit Determination. A participant or beneficiary or duly authorized representative (referred to as a **"claimant"**) must follow the procedures of the Claims Administrator, including, without limitation, requirements related to time frames for providing notice of an Accident or Occurrence, time frames for filing Claims or appeals, use of specific forms, protocols, and other procedures. If the Claims Administrator denies a Claim in whole or in part, the claimant will receive a written notification setting forth the reasons for the denial and describing rights, including a right to appeal the denial. A claimant must appeal the denial within certain timeframes. The Plan Administrator or its designee will decide the appeal in accordance with its reasonable claims procedures, as required by ERISA, and provide the claimant written notification of its decision. The decisions of the Plan Administrator or its designee on appeal are final and binding.

The Plan will be deemed to have received a Claim for benefits if a claimant submits a written communication, except in the case of an Urgent Care Claim, in which case the Claim may be communicated orally, reasonably calculated to bring a request for a Claim to the attention of the Claims Administrator. If the Claims Administrator provides a form, such form must be used and no other written communication will be considered a Claim.

## Q&A 27 WHAT IF MY CLAIM IS DENIED?

An "**Adverse Benefit Determination**" means any of the following: (i) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for a benefit under the Plan, including any such denial, reduction, termination, or failure to provide or make payment that is based on a determination of eligibility to participate in the Plan; (ii) a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit under the Plan, resulting from the application of Pre-Certification procedures or other utilization review procedures; and (iii) a failure to cover an item or service for which benefits under the Plan are otherwise provided because it is determined to be experimental and/or investigational or not Medically Necessary or because another exclusion applies under the Plan.

If your Claim is denied you will receive a notice of the denial within certain time frames. The deadline for providing the notice of a Claims denial depends on the type of Claim being denied and the reason the Claim is being denied, as set forth below.

1. If the Claim is being denied because the claimant did not follow the Plan's procedure for submitting the Claim, the Claims Administrator must notify the claimant of the correct procedure within five days after the Claim is received. Exception for Urgent Care: If the Claim is for urgent care, the notification must be given within 24 hours after the Claim is received.

2. If the Claim is being denied because the claimant followed Plan procedures but did not submit sufficient information for the Claims Administrator to determine whether the Claim is covered or payable by the Plan, the Claims Administrator shall notify the claimant of the additional information needed within five days after receipt of the Claim, and the claimant shall be given 45 days after the date the notice is received to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 15 days after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 45-day response period, the Claims Administrator shall send a notice of the Claim's denial within 15 days after the end of the 45-day period. Exception for Urgent Care: If the Claim is for urgent care, the Claims Administrator shall notify the claimant of the additional information needed within 24 hours after the Claim is received, and the claimant shall be given 48 hours to provide the missing information. The Claims Administrator shall then review the additional information and notify the claimant within 48 hours after the additional information is received of the Plan's determination with regard to the Claim. If no additional information is received during the 48-hour response period, the Claims Administrator shall provide a notice of denial of the claim within 48 hours after the end of the response period.

3. If the claimant has followed Plan procedures and has submitted sufficient information for a determination to be made, but the Claims Administrator has determined that the Claim is to be denied, then the deadline for the Claims Administrator to provide the notice of denial is 90 calendar days after the receipt of the Claim (45 days for disability claims). Exception for Urgent Care Claims: If the Claim being denied is an Urgent Care Claim, then the deadline for providing the notice of denial is 72 hours after receipt of the Claim.

Notice given in writing shall either be sent by first class mail or by hand delivery. Notice may only be given electronically (that is, by email) if the Claims Administrator ensures that using email complies with ERISA's requirements applicable to electronic communication.

## Q&A 28 WHAT IS THE TIMEFRAME FOR A DETERMINATION OF CLAIMS?

1. <u>Concurrent Care Decisions</u>. In the case of a Claim review of a treatment or course of treatment before the end of a prescribed period of time or which is in addition to other treatments, if that

review results in an Adverse Benefit Determination, the Claims Administrator shall notify the claimant of the Adverse Benefit Determination at a time sufficiently in advance of the reduction or termination to allow the claimant to appeal and obtain a Benefit Determination on Review of that Adverse Benefit Determination before the benefit is reduced or terminated.

In the event of a concurrent care decision which is a request by a claimant to extend the course of treatment beyond the period of time or number of treatments and is an Urgent Care Claim, such concurrent care decision shall be decided as soon as possible, taking into account the medical exigencies. The Claims Administrator shall notify the claimant of the Benefit Determination, whether or not adverse, within twenty-four (24) hours after receipt of the Claim by the Plan, provided that any such Claim is made to the Plan at least twenty-four (24) hours prior to the expiration of the prescribed period of time or number of treatments. Notification of any Adverse Benefit Determination concerning a request to extend the course of treatment, whether or not involving an Urgent Care Claim, shall be made in accordance with this Plan.

2.  Other Medical Care Claims.  In the case of a medical care Claim that is neither an Urgent Care Claim nor a Claim involving a concurrent care decision, the Claims Administrator shall notify the claimant of the Plan's Benefit Determination, as follows:

    a.  Pre-service Claim.  The Claims Administrator will render a Benefit Determination and provide notice to the claimant of such Benefit Determination (whether or not adverse) within a reasonable period of time appropriate to the medical circumstances, but not later than fifteen (15) days after receipt of the pre-service Claim by the Plan. This period may be extended one time by the Plan for up to fifteen (15) days, provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial fifteen (15) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a claimant's failure to submit the information necessary to decide the Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from the receipt of the notice within which to provide the specified information.

    In the event that the claimant fails to follow the Plan's procedures for filing a pre-service Claim, the claimant shall be notified of such failure and of the proper procedures to be followed in filing such a Claim. The notification shall be provided to the claimant as soon as possible, but not later than five (5) days following the failure. Notification may be oral, unless written notification is requested by the claimant. For the purposes of this section, a failure to follow the Plan's procedures for filing shall mean only such a failure that is (i) a communication by claimant that is received by a person or organizational unit customarily responsible for handling benefit matters under the Plan; and (ii) a communication that names a specific Participant, a specific medical condition or symptom, and a specific treatment, service, or product for which approval is requested.

    Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan

    b.  Post-service Claim.  The Claims Administrator shall render a Benefit Determination and provide written notice to the claimant of any such Adverse Benefit Determination within a reasonable period of time, but not later than thirty (30) days after receipt of the post-service Claim. This period may be extended one time by the Plan for up to fifteen (15) days,

provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial thirty (30) day period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If such an extension is necessary due to a failure of the claimant to submit the information necessary to decide the post-service Claim, the notice of extension shall specifically describe the required information, and the claimant shall be afforded at least forty-five (45) days from receipt of the notice within which to provide the specified information.

Notification of an Adverse Benefit Determination made hereunder shall be made in accordance with this Plan.

3. <u>Disability Claims</u>. If a disability Claim is submitted, the Claims Administrator will render a Benefit Determination and provide notice to the claimant of any Adverse Benefit Determination within a reasonable period of time, but not later than forty-five (45) days after receipt of the disability Claim (the **"Initial Period"**). The Initial Period may be extended by the Plan for up to thirty (30) days (the **"First Extension"**), provided that the Claims Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan, and notifies the claimant, prior to the expiration of the Initial Period, of the circumstances requiring the First Extension and the date by which the Plan expects to render a decision.

If, prior to the end of the First Extension, the Claims Administrator determines that, due to matters beyond the control of the Plan, a decision cannot be rendered within the First Extension, the period for making the determination may be extended for up to an additional thirty (30) days (the **"Second Extension"**), provided that the Claims Administrator notifies the claimant, prior to the expiration of the First Extension, of the circumstances requiring the Second Extension and the date as of which the Plan expects to render a decision.

In the case of any extension under this section, the notice of extension shall specifically explain (i) the standards on which entitlement to a benefit is based, (ii) the unresolved issues that prevent a decision on the Claim, and (iii) the additional information needed to resolve those issues, and the claimant shall be afforded at least forty-five (45) days within which to provide the specified information.

Notification of any Adverse Benefit Determination with respect to a disability Claim shall be made in accordance with this Plan.

## Q&A 29 WHAT TYPE OF NOTICE OF DENIAL WILL I RECEIVE?

Except as otherwise provided, the Claims Administrator shall provide a claimant with written or electronic notification of any Adverse Benefit Determination. Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended. The notification shall set forth in a manner calculated to be understood by the claimant:

1. The specific reason or reasons for the Adverse Benefit Determination, including the nature of the injury/condition, relevant facts, and rationale for the denial;

2. Reference to the specific Plan provisions upon which the determination is based;

3. A description of additional material or information necessary for the claimant to perfect the Claim and an explanation of why such material or information is necessary;

15

4. A description of the Plan's appeal procedures and time limits applicable to such procedures, including, in the case of an Urgent Care Claim, a description of the expedited review process applicable to such Claims, along with a statement of the right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on review;

5. In the case of an Adverse Benefit Determination regarding a disability Claim or a medical care Claim, if the Adverse Benefit Determination is based upon:

   a. An internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such a rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination and that a copy of such rule, guideline, protocol, or other criterion will be provided free of charge to the claimant upon request; or

   b. A medical necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the case of an Adverse Benefit Determination involving an Urgent Care Claim, the information described in above may be provided to the Participant orally, provided that a written or electronic notification is furnished to the claimant not later than three (3) days after the oral notification is provided.

## Q&A 30 MAY I APPEAL THE DENIAL?

Yes, you may appeal the denial of your Claim. If a claimant disagrees with an Adverse Benefit Determination the claimant shall file an appeal of an Adverse Benefit Determination to the Plan Administrator, or its designee, within one-hundred eighty (180) days following receipt of notification of an Adverse Benefit Determination. The claimant shall be provided a reasonable opportunity for full and fair review of an Adverse Benefit Determination, in accordance with the provisions of this Section.

1. General Review Procedures.

   a. Each claimant shall have the opportunity to submit written comments, documents, records, and other information relating to the Claim which is the subject of the appeal.

   b. Each claimant shall be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's Claim for benefits under the Plan.

   c. The appeal shall take into account all comments, documents, records, and other information submitted by the claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial Benefit Determination.

   d. Any new evidence considered at the appeal stage must be provided to the claimant, along with a notice to the claimant of his/her right to respond to the new information.

2. Disability Claims and Medical Care Claims Review Procedures. The following review procedures, in addition to those set forth herein shall apply to appeals of disability Claims and medical care Claims:

16

a. The appeal shall not afford deference to the initial Adverse Benefit Determination and shall be conducted by a decision maker who is neither the individual who made the initial Adverse Benefit Determination that is on appeal nor any subordinate of such decision maker.

b. In deciding an appeal of an Adverse Benefit Determination that is based in whole or in part on a medical judgment, the decision maker shall consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment.

c. All medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination on appeal shall be identified without regard to whether the advice was relied upon in making the Adverse Benefit Determination.

d. All health care professionals engaged for purposes of consultation shall be an individual who is neither an individual who was consulted in connection with the Adverse Benefit Determination that is on appeal, nor the subordinate of such individual.

In the case of an Urgent Care Claim, a request for an expedited appeal of an Adverse Benefit Determination may be submitted orally or in writing by the claimant, and all necessary information, including the Plan's Benefit Determination on review, shall be transmitted between the Plan and the claimant by telephone, facsimile, or other available similarly expeditious method.

## Q&A 31 WHAT IS THE TIMING OF THE BENEFIT DETERMINATION ON REVIEW?

1. <u>Urgent Care Claim</u>. In the case of an Urgent Care Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the appeal of an Adverse Benefit Determination by the Plan.

2. <u>Pre-service Claims</u>. In the case of a pre-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time appropriate to the medical circumstances. Such notification shall be provided not later than thirty (30) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

3. <u>Post-service Claims</u>. In the case of a post-service Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination.

4. <u>Disability Claims</u>. In the case of a disability Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than forty-five (45) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial forty-five (45) day period. In no event shall such extension exceed a period of forty-five (45) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

5. <u>Non-health Claims</u>. In the case of a non-health Claim, the Plan Administrator or its designee shall notify the claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than sixty (60) days after receipt by the Plan of the appeal of an Adverse Benefit Determination, unless the Plan Administrator or its designee determines that special circumstances require an extension of time for processing the Claim. If the Plan Administrator or its designee determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial sixty (60) day period. In no event shall such extension exceed a period of sixty (60) days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the Plan expects to render the Benefit Determination on review.

**Q&A 32 WHAT IS THE NOTIFICATION OF BENEFIT DETERMINATION ON REVIEW?**
The Plan Administrator or its designee shall provide a claimant with written or electronic notification of the Plan's Benefit Determination on review. Any electronic notification shall comply with the standards imposed by 29 CFR 2520.104b-1(c)(1)(i), (iii), and (iv), as amended. In the case of an Adverse Benefit Determination on review, the notification shall set forth in a manner calculated to be understood by the claimant:

1.    The specific reason or reasons for the Adverse Benefit Determination on review;

    a.    Reference to the specific Plan provisions upon which the Adverse Benefit Determination on review is based;

    b.    A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claim for benefits under the Plan.

2.   A statement of the right to bring an action under Section 502(a) of ERISA;

3.   In the case of an Adverse Benefit Determination on review regarding a disability Claim or a medical care Claim:

    a.   If the Adverse Benefit Determination on review is based upon an internal rule, guideline, protocol, or other similar criterion, either the specific rule, guideline, protocol, or other similar criterion, or a statement that such rule, guideline, protocol, or other similar criterion was relied upon in making the Adverse Benefit Determination on review and that a copy of the rule, guideline, protocol, or other similar criterion will be provided, free of charge, to the claimant upon request; or

    b.   If the Adverse Benefit Determination on review is based upon a Medical Necessity or experimental and/or investigational treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Participant's medical circumstances, or a statement that such explanation will be provided, free of charge, upon request.

A document, record, or other information shall be considered "relevant" to a claimant's Claim if such document, record, or other information:

1.   was relied upon in making the Benefit Determination;

2. was submitted, considered, or generated in the course of making the Benefit Determination, without regard to whether such document, record, or other information was relied upon in making the Benefit Determination;

3. demonstrates compliance with any administrative processes and safeguards in making the Benefit Determination; or

4. in the case of a disability Claim or a medical care Claim, constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment option or benefit for the Participant's diagnosis, without regard to whether such advice or statement was relied upon in making the Benefit Determination.

## Q&A 33 MUST I EXHAUST THE CLAIMS AND APPEALS PROCEDURES?

Yes. A participant or beneficiary must exhaust the claims procedures. No action at law or in equity may be brought to recover benefits under the Plan until all administrative remedies, including the full Claims and appeal procedures, have been exhausted. If a participant or beneficiary fails to file a timely Claim, or fails to request a review in accordance with the reasonable Claim procedures, such claimant shall have no right of review and shall have no right to bring any action in any court. The denial of the Claim shall become final and binding on all persons for all purposes. **A participant or beneficiary who has exhausted the Plan's Claims and Appeals procedures has the right to bring a civil action under Section 502(a) of ERISA provided the civil action is filed within 1 year after the final determination upon appeal under the Plan's Claims and Appeals procedures.**

## Q&A 34 WHAT IS MY RESPONSIBILITY IN KEEPING THE PLAN INFORMED?

In addition to the duties to report Accidents, Occupational Disease and/or Cumulative Trauma, and comply with all of the requirements to receive benefits under the Plan, each participant or beneficiary shall be responsible for providing the Claims Administrator and/or the Employer with the participant's or beneficiary's current U.S. mailing address and electronic address. Any notices required or permitted to be given hereunder shall be deemed given if directed to such address furnished by the participant or beneficiary and mailed by regular United States mail or by electronic means as specified in 29 CFR 2520.104b-l of ERISA. The Claims Administrator, Plan Administrator, the Employer shall not have any obligation or duty to locate a participant or beneficiary. In the event that a participant or beneficiary becomes entitled to a payment under the Plan and such payment is delayed or cannot be made:

- Because the current address according to the Claims Administrator's records is incorrect;
- Because the participant or beneficiary fails to respond to the notice sent to the current address according to the Claims Administrator's records;
- Because of conflicting claims to such payments; or
- For any other reason,

The amount of such payment, if and when made, shall be determined under the provisions of the Plan without payment of any interest or earnings.

# MISCELLANEOUS INFORMATION

## Q&A 35 HOW IS THE PLAN FUNDED?

The benefits provided under the Plan are paid from the general assets of Amazon. Nothing in the Plan requires the Amazon, any Employer or the Plan Administrator to maintain any fund or to segregate any amount for the benefit of any participant and no participant or other person has any claim against, right to, or security or other interest in any fund, account or assets of Amazon.

### Q&A 36 WHO ADMINISTERS THE PLAN?

The Administrator of the Plan is Amazon. Amazon has contracted with the Claims Administrator listed on General Plan Information Page (the last page of this document) for the administration of the Plan. The Plan Administrator is responsible for ongoing administration of the Plan, such as establishing eligibility, setting procedures, interpreting Plan provisions, amending the Plan, and developing and distributing notices, governmental filings, and communications. The Claims Administrator is responsible for reviewing claims and determining entitlement to benefits.

### Q&A 37 CAN THE PLAN BE AMENDED OR TERMINATED?

While it is Amazon's intention to maintain the Plan indefinitely, Amazon has exclusive and discretionary authority to amend or terminate the Plan at any time. The Plan may be amended or terminated by a written instrument signed by a duly authorized representative of Amazon. Upon termination, the right of participants to benefits is limited to claims incurred up to the date of termination.

### Q&A 38 DOES THE PLAN MODIFY MY EMPLOYMENT WITH MY EMPLOYER?

No. The adoption and maintenance of the Plan is not a contract of employment between the Employer and any employee or other individual. Nothing in the Plan document or this SPD gives any employee or other individual the right to be retained in the employ of the Employer or to interfere with the right of the Employer to discharge any employee (or terminate a relationship with any other individual) at any time, with or without cause, nor does the Plan give the right to the Employer to interfere with an employee's right to terminate his or her employment at any time.

### Q&A 39 ARE PLAN BENEFITS TRANSFERABLE OR ASSIGNABLE?

None of the payments, benefits, proceeds, claims or other rights afforded to any employee, participant or beneficiary under this Plan are subject to the any claim of any creditor, and, to the fullest extent permitted by law, shall be free from attachment, garnishment, trustees' process, or any other legal or equitable process available to any creditor. No employee, participant, or beneficiary shall have the right to alienate, anticipate, pledge, encumber, hypothecate, or assign any benefit, payment, proceed, claim, or other right, contingent or otherwise, which she or she may be entitled to expect to receive or assert under this Plan.

### Q&A 40 WHAT LAWS GOVERN THE PLAN?

The Plan shall be construed, administered and governed in all respects in accordance with the laws of the State of Texas to the extent not preempted by ERISA.

### Q&A 41 DO I HAVE ANY RIGHTS AND PROTECTIONS UNDER ERISA?

You are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits (as applicable)**

1. Examine, without charge, at the Administrator's office, and at other specific locations, such as work sites, all plan documents and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the United States Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

2. Obtain, upon written request to the Administrator, copies of documents governing the operation of the plan, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Administrator may make reasonable charges for the copies.

3. Receive a summary of the plan's annual financial report. The Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Fiduciaries**

In addition to creating rights for plan participants and their beneficiaries, ERISA imposes obligations upon the persons who are responsible for the operation of the plan. The people who operate the plan, called fiduciaries of the plan, have a duty to do so prudently and in the interest of plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If a claim for benefits is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial all within certain time schedules.

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request a copy of plan documents on the latest annual report from the Administrator and do not receive them in 30 days, you may file a suit in federal court. In such a case, the court may require the Administrator to provide the materials, and pay you up to $110 per day until you receive the materials, unless the materials are not sent because of reasons beyond the control of the Administrator. If a claim for benefits is denied or ignored in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the United States Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds the claim is frivolous.

**Assistance with Your Questions**

If you have questions about your plan, you should contact the Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# APPENDIX A
## GENERAL PLAN INFORMATION

**Name of Plan:** AmazonTXCare Employee Injury Benefit Plan

**Type of Plan:** Welfare benefit plan

**Plan Sponsor:** Amazon.com Services, Inc.

410 Terry Ave. N, Seattle, WA 98109

**Plan Administrator:** Amazon.com Services, Inc.

410 Terry Ave. N, Seattle, WA 98109

**Plan Number:** 502

**Employer Tax ID#:**

**Plan Year:** 12-month period commencing April 1 and ending March 31

**Agent for Legal Process:** Corporation Service Company
d/b/a/ CSC – Lawyers Incorporating Service
211 East 7th Street,
Suite 620
Austin, TX 78701-3218

**Claims Administrator:** Anchor Risk & Claims Management

**Effective Date:** February 1, 2019; updated March 1, 2020

**Source of Contributions:** This Plan is funded entirely from the general assets of the Plan Sponsor

## MUTUAL AGREEMENT TO ARBITRATE

1. **Effective Date and Acceptance Date.**

The effective date of this Mutual Agreement to Arbitrate Claims ("Agreement") is February 1, 2019. Company and Employee/ Claimant (as those terms are defined herein) mutually agree to resolve any Covered Claims which occur on or after the effective date according to the terms and conditions of this Agreement.

2. **Acts of Acceptance.**

Any one of the following actions shall constitute acceptance of the terms and conditions of this Agreement:
a. If Employee receives notice of this Agreement prior to commencing work at Company, Employee's commencement of work at Company shall constitute acceptance; or
b. If Employee receives notice of this Agreement after commencing work at Company, Employee's continuation of employment at Company constitutes acceptance if Employee continues to work for three (3) days after receipt of the notice; or
c. If Employee incurs an injury within the Course and Scope of Employment and has not previously accepted under subsection (a) or (b) above, notice of this Agreement may be provided to Claimant. If such notice is provided, Employee's subsequent receipt of any benefit payable under the Company's Employee Injury Benefit Plan shall constitute acceptance.
d. For an Employee who hauls goods, merchandise, and equipment interstate, in addition to coverage under this Agreement by virtue of continued employment after receiving notice of this Agreement, Employee's receipt of benefits under the AmazonTXCare Employee Injury Benefit Plan (the "Plan") forms the consideration for enforcement of this Agreement as to Employee.

3. **Definitions.**

a. "Company" includes Amazon.com Services, Inc. and any of its affiliates or associated entities, and all of their officers, directors, agents, franchisors, franchisees, successors, representatives, predecessors.

b. "Employee" means a person who is employed by Company and has a Covered Claim. "Claimant" shall mean an Employee or an Employee's spouse, children, parents, estate, successors and assigns.
c. "Course and Scope of Employment" means an activity of any kind or character that has to do with or originates in the work, business, trade, or profession of Company and that is performed by Employee while engaged in or about the furtherance of the affairs or business of Company. The term includes an activity conducted on the premises of Company or at other locations.

d. "Covered Claim" or "Covered Claims" means any and all claims included or described in Paragraph 6(a) of this Agreement.

4. **Federal Arbitration Act Applies.**

Company is engaged in "commerce" as that term is defined in Section 1 of the Federal Arbitration Act ("FAA"). The FAA governs all aspects of this Agreement, including conduct of the arbitration and all procedures following an arbitrator's award.

5. **Arbitration is Mandatory for Covered Claims.**

Covered Claims shall be exclusively resolved by binding arbitration. While Employee, Claimant, and Company retain all substantive legal rights and remedies under this Agreement, Employee, Claimant and Company are waiving all rights they may have with regard to trial, whether jury or non-jury, in state or federal court for any Covered Claim.

6. **Scope of Arbitration Agreement.**

a. **Claims Covered by This Agreement.**
(i) This Agreement is mutual, covering all claims that Company or Employee/ Claimant may have which arise from: any injury suffered by Employee while in the Course and Scope of Employee's employment with Company, including but not limited to, claims for negligence, gross negligence, and all claims for personal injuries, physical impairment, disfigurement, pain and suffering, mental anguish, wrongful death, survival actions, loss of consortium and/or services, medical and hospital expenses, expenses of transportation for medical treatment, expenses of drugs and medical appliances, emotional distress, exemplary or punitive damages and any other loss, detriment or claim of whatever kind and character

(ii) This Agreement covers all Claims and causes of action arising under the federal and state employment laws. This includes, but is not limited to, claims under Title VII of the Civil Rights Act, the Fair Labor Standards Act, the Texas Commission on Human Rights Act, the Americans with Disability Act, the Family and Medical Leave Act, the Age Discrimination in Employment Act, as well as all common law claims, including those for discrimination, retaliation, harassment, tortious interference and wrongful discharge.
(iii) Employee/ Claimant is also obligated to arbitrate any action against a current or former supervisor or other agent of Company in his or her individual capacity based upon any claim arising out of Employee's employment or termination from employment.
b. **Claims Not Covered by This Agreement.** This agreement does not apply to:
(i) Claims for benefits under the Company's Employee Injury Benefit Plan;

(ii) Workers' Compensation Benefits under the Texas Workers' Compensation Act or any other similar state or federal law;

(iii) Claims based upon Company's pension or benefit plan that contains an arbitration or other non-judicial resolution procedure, in which case the provisions of that plan shall apply;

(iv) Claims covered by a collective bargaining agreement, in which case the terms, conditions and procedures of that collective bargaining agreement shall control.

(v) Claims for Unemployment Compensation Benefits.

(vi) Claims under the National Labor Relations Act.

Nothing in this Agreement precludes the parties from agreeing to resolve claims that are otherwise not covered by this Agreement the same as if they were Covered Claims.

c. **Arbitrability of Particular Disputes.** Any question as to the arbitrability of any particular claim shall be arbitrated pursuant to the procedures set forth in this Agreement.

d. **Class Action Waiver.** By this Agreement, Employee/ Claimant waives the right to pursue any claim covered by this Agreement through a joint, collective or class action process in any forum, whether arbitral or judicial. As such, Employee/ Claimant can pursue any Covered Claim only in his/ her own capacity and behalf and not on the behalf of other Company employees.

7. **Procedure.**

a. **Who Shall Arbitrate?** All arbitrations under this Agreement shall be administered by the American Arbitration Association ("AAA") under its rules for the resolution of disputes. In the event that AAA is unable or unwilling to administer the arbitration, Judicial Arbitration and Mediation Services ("JAMS") shall administer the arbitration under its rules for the resolution of disputes. Or, the parties may utilize any arbitrator that is mutually agreeable to Employee and Company. For any arbitration under this Agreement, a single arbitrator shall be appointed. Company and Employee/ Claimant are to participate in the selection of a neutral arbitrator as follows: The parties shall be presented a panel with a minimum of three different arbitrators. Company and Employee/ Claimant may agree to the selection of one arbitrator from the panel. If agreement is not reached, Company and Employee/ Claimant shall have an equal number of strikes. The parties shall continue to strike arbitrators from the panel until one arbitrator remains. That person shall then arbitrate the claim. Any arbitrator must be neutral as to all parties. Standards for the recusal of an arbitrator shall be the same standards under which trial judges are recused under Texas law.

b. **Where Shall the Arbitration Take Place?** The arbitration shall take place within 25 miles of the location

where Employee worked for Company at the time of the injury.

c. **Payment of Fees and Expenses.** Company shall be responsible for the fees of the arbitrator and the cost of a stenographic record of the arbitration hearing. Employee/ Claimant must pay the initial filing fee for the Arbitration.

d. **Discovery and Pre-Arbitration Motions.** All parties are entitled to pre-arbitration discovery under the Texas Rules of Civil Procedure. The same discovery devices and scope of discovery as set forth in those rules shall apply. All parties are entitled to file any motions, including dispositive motions, set forth in the Texas Rules of Civil Procedure.

e. **Remedies and Defenses.** All parties are entitled to allege any claim, obtain any remedy and assert any legal or equitable defense that the party could allege, obtain, or assert in a Texas state or federal court. With respect to any claim which allows for an award of attorneys' fees, the arbitrator must award attorney fees, if any, that bear a reasonable relationship to (1) the amount of the damages award and (2) the time, effort, and efficiency expended by the attorney in securing the damage award.

f. **Record.** A stenographic record may be taken of the arbitration hearing upon the request of either party or the arbitrator.

g. **Written Award.** Within a reasonable time after the conclusion of the arbitration hearing, the arbitrator shall issue an award and send a copy to all parties. Either party can appeal the award under the standards provided in the Federal Arbitration Act.

h. **Judgment.** Any party to an arbitration award may file the award in an appropriate Texas state court and move that a judgment be entered on the arbitration award.

i. **Confidentiality.** The parties agree that any settlement or arbitration of a Covered Claim shall be kept confidential except:

(i) Communications made, pleadings filed and materials submitted in connection with the entry or appeal of an award of the arbitrator;

(ii) Communications or reporting to the Internal Revenue Service;

(iii) If Employee or Company is compelled to testify by subpoena.

8. **Consideration.**

In addition to any other consideration that may exist for the agreement to arbitrate, Company's and Employee's/ Claimant's mutual promise to resolve claims and controversies by arbitration in accordance with the provisions of this Agreement constitutes consideration for this Agreement. Employee's continued employment with Company after receiving notice of the institution of the Agreement also constitutes consideration for this Agreement. Finally, this Agreement is presented in connection with Company's Employee Injury Benefit Plan. Payments made under that Plan also constitute consideration for this Agreement.

9. **Enforceability**.

If any provision of this Arbitration Program is adjudged to be invalid, illegal or unenforceable, in whole or in part, the balance of this Agreement shall remain in effect.

10. **Not an Employment Agreement**.

This Agreement is not, and shall not be construed to create, any contract of employment, express or implied, nor shall the Agreement be construed in any way to change the employment status of any Employee of Company from at-will status.

11. **Termination and Modification of Agreement**.

Company shall have the right to prospectively terminate and modify this Agreement. Termination or modification is not effective for Covered Claims which accrued or occurred prior to the date of the termination. Termination and modification are also not effective until ten (10) days after reasonable notice is given to Claimant.

12. **Term**.

This Agreement commences on the Acceptance Date and applies to all Covered Claims which occurred on or after the effective date.

This Agreement shall survive the employer-employee relationship between the Company and the Employee and shall apply to any Covered Claim whether it arises or is asserted during or after separation of the Employee's employment with the Company or the expiration of any benefit plan.

13. **Sole and Entire Agreement**.

This Program Agreement constitutes the parties' complete agreement and supersedes any prior agreement regarding arbitration of Covered Claims which occur during the Term of this Agreement.

14. **Applicability of This Agreement to Others**.

Employee and Company intend and expressly agree that any Covered Claim of Employee's spouse, children, parents, estate, successors and/or assigns that now exists or that may come into existence in the future which arises from, relates to, or is derivative of any Covered Claim, shall be resolved according to the terms and conditions of this Agreement.

Employee and Company intend and expressly agree that any Covered Claim of Company's officers, directors, agents, predecessors, successors, and affiliated companies that arises from, relates to, or is derivative of any Covered

Claim of Company, shall be resolved according to the terms and conditions of this Agreement.

15. **Spanish Language Version**.

This Agreement has been translated into Spanish. In the event of any discrepancy or conflict between the English and Spanish versions of this Agreement, the terms of the English language version shall control.

**Si usted necesita el documento en espanol, consulte con recursos humanos.**

Si usted necesita el documento en espanol, consulte con recursos humanos.

---

## AMAZON[1]

---

### RECEIPT AND ACKNOWLEDGMENT OF SUMMARY PLAN DESCRIPTION AND MUTUAL AGREEMENT TO ARBITRATE

By my signature below, I acknowledge that I have received and read (or had the opportunity to read) the Summary Plan Description (the "SPD") for the AmazonTXCare Employee Injury Benefit Plan (the "Plan"), updated and effective March 1, 2020; and Mutual Agreement to Arbitrate, effective February 1, 2019.

**INJURY NOTICE AND MEDICAL PROVIDERS.** I understand and agree that if I am injured on the job, <u>I must notify my manager or manager on duty immediately</u> and in no instance later than 3 days following the date of the accident causing the injury; and I must receive any medical care from a Plan-approved physician ("Approved Provider") in order to receive benefits under the Plan.

I agree to perform my job according to Amazon safety rules. I also agree to immediately report to my manager any accident that involves another employee, a customer, a vendor, or me. I will also immediately report to my manager or the manager on duty any unsafe act, condition or equipment. I will also cooperate with any accident investigations, and actively participate in any safety training programs provided by Amazon.

<u>MUTUAL AGREEMENT TO ARBITRATE.</u> I understand that certain disputes between me and Amazon will be referred to mandatory binding arbitration rather than to a judge or jury. My signature below acknowledges receipt of and agreement to the Mutual Agreement to Arbitrate.

Employee Signature: *A. R.*

Date: Aug 16, 2020

Employee Name: A R

5127709_1.docx

---

[1] Amazon shall refer to Amazon.com Services, Inc. and its affiliates that are participating employers in the Plan (as it may be amended) of the AmazonTXCare Employee Injury Benefit Plan.

AMAZON.COM, INC.

## CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT

This Confidentiality and Invention Assignment Agreement ("**Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and ___A____ R_____ ("**Employee**").

### RECITALS

A. Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

B. As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C. Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D. Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

### AGREEMENTS

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1. **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

2. **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3. **CONFIDENTIAL INFORMATION.**

   3.1 **Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential

1

business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, **"Customer"** means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and **"Business Partner"** means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.2 restricts Employee from exercising rights protected under the National Labor Relations Act.

5. **INTELLECTUAL PROPERTY.**

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such

US Nonexempt Standard
Updated 2020

document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

   7.1 **Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

   7.2 **Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

   7.3 **Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the state in which Employee's employment with Employer was based at the time Employee signed this Agreement or, if signed in connection with a move to a new base after inception of employment, in accordance with the laws of the state where the new base is located. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

   7.4 **Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

   7.5 **Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a

4

way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants**. The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment**. This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement**. This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, with the exception of any existing obligations Employee may have to Amazon under any other written, executed agreement(s), which obligations remain in full force and effect. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.com, Inc.

**7.9 Counterparts**. This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS**. Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL**. Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

US Nonexempt Standard
Updated 2020

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

AMAZON.COM, INC.                                      EMPLOYEE

Signature: *Beth Galetti*                             Signature: _A____R.____

Name: Beth Galetti                                    Name: __A___R·___

Title: SVP, Human Resources                           Date: _____
                                                            Aug 16, 2020

6



P.O. BOX 81226, SEATTLE, WA, 98108-1226

8/16/2020

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180

A       R

Dear A       :

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the position of Seasonal Sortation Associate. This letter clarifies and confirms the terms of your temporary employment with the Company.

## Start Date and Compensation

Unless we mutually agree otherwise in writing, you will commence employment on August 31, 2020 ("Start Date"). As a seasonal employee, your assignment with Amazon is temporary with no pre-determined end date. Your salary will be $15.00 per hour and a $1.00 per hour shift differential where applicable, payable weekly in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

## Department, Manager and Shift

Department: 1092 DHX3 USA Amazon.com Services LLC
Manager: Angeletta Smith
Shift Pattern: NN2-0120 -

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

## Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with





personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your temporary employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

A.     , we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,


Angeletta Smith
Manager II, Operations

  

## ACCEPTANCE

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

*A   R *

_____
Signature

<u>Aug 16, 2020</u>
Date

A     R





Acknowledged by a    n    @yahoo.com (A:    Fi    on 8/17/2020 6:47:14 PM)

The Amazon Security Awareness Checklist for Fulfillment Center Employees

The continued success of Amazon depends on our customers trusting that we will not lose their personal information which is considered **Critical and Confidential Data** under Amazon's Information Security Policy. This document helps Fulfillment Center Associates understand their responsibilities when it comes to keeping customer data secure.

- A written-down password can be found by someone and used without your consent. Lock your passwords in a drawer or keep them on your person.
- Sequential passwords (1111, abcd, qwerty) or personally-identifiable passwords (name, nickname, family names) are easy to hack. To be secure, passwords should have eight characters. Use letters, numbers, and some symbols.
- Sharing your passwords defeats the purpose of having passwords. While we're all looking for ways to make work easier, someone committing a crime by using your password makes you responsible.
- Logging in for other people distorts who is performing transactions and can lead to shared responsibility.
- Shred all Critical and Highly Confidential Data. Identity thieves dumpster-dive to obtain customer credentials.

| Critical Data | Highly Confidential Data |
|---|---|
| <ul><li>Credit card numbers</li><li>Gift messages</li><li>Customer bank account numbers</li><li>Multiple customers order history</li><li>Customer subscriptions</li><li>Customer Social Security Number, or National ID Number</li></ul> | <ul><li>Vendor or seller bank account numbers</li><li>Claim codes</li><li>Customer 9-digit (Zip + 4) postal code, or foreign equivalent</li></ul> |

Victims of **social engineering** use flawed reasoning to trust individuals, and that misplaced trust can be used to get information from you. Avoid being a victim. Do not discuss Amazon information with strangers in the parking lot or elsewhere. Be aware of your surroundings when discussing work projects, such as in a restaurant or bar.

Many believe the following myths:

- **I'm not technical, so information security doesn't apply to me.** Security is essential at every level of the company. Attacks and security breaches are not confined to technical environments and computer systems.
- **Someone else takes care of security at Amazon.** Amazon's success is a joint effort from all employees. Therefore it is your responsibility to keep the data you handle secure. Shred customer data.
- **I don't have access to anything an attacker would want.** You would be amazed by what attackers would want! Every Amazon employee has access to valuable information. Attackers are waiting for you to mishandle it!

By reading this document and clicking acknowledge above, you confirm understanding that security is our shared responsibility at Amazon. If you have any questions about how you can follow these best practices, or if you feel you've been a victim of social engineering please contact your HR Representative who will work with you to contact https://phishing.amazon.com/.

Acknowledged by a    n    @yahoo.com (A    R    on 8/17/2020 5:52:42 PM)

<u>Attendance Policy</u>                                                                                      Amazon

### Amazon Fulfillment Center
### Seasonal Attendance Policy

Regular and reliable attendance is an essential function of all positions at Amazon. The Attendance Policy is a "no fault" policy. Associates are expected to self-manage time off to cover absences and to provide timely notice when they will miss work or need to leave work. This document describes the expected behavior and consequences regarding attendance to ensure a fair and consistent process.

### Attendance Expectations

Associate Expectations:

- Complete all scheduled shifts, including overtime
- Adhere to scheduled breaks and lunch periods

Manager Expectations:

- Communicate work schedules no less than one week prior to the scheduled shift
- Communicate overtime work schedules consistent with the overtime policy

### Attendance Points

Associates who miss work (late, miss, or leave early) must offset the time missed with paid personal time, or be on an approved leave of absence, or they will accrue attendance points as set out below. Points expire 90 calendar days after the date of the offense.

| Offense | Definition | Points |
|---|---|---|
| Late for Shift or Return from Lunch (1 hr or less) | Late by less than or equal to 1 hour | 0.5 point |
| Left Shift Early (1 hr or less) | Leaving w/in 1 hour or less at end of shift | 0.5 point |
| Late for Shift or Return from Lunch (more than 1hr) | Late by more than 1 hour | 1 point |
| Left Shift Early (more than 1hr) | Leaving more than 1 hour before end of shift | 1 point |
| Absent From Shift | Failure to attend entire shift | 1.5 points |
| Shift Abandonment | Failure to complete shift without notifying manager (walking off the job) | Termination |

Excessive absenteeism or tardiness at any level in combination with other performance, misconduct, or safety issues may be grounds for disciplinary action, up to and including termination, at the discretion of Amazon. Point waivers, or attendance exceptions, will not be provided on an individual basis; sites may grant waivers for shifts or the entire building for inclement weather, significant traffic barriers, natural disasters, or other similar issues.

### Providing Notice of Absences

Associates are required to call the attendance hotline as soon as they know they are going to miss a shift or be late. Unless an associate is on an approved leave of absence, they must call in every day they miss a shift or are late

Associates must also seek permission to leave their shift early from their manager at least one hour prior to departing unless an emergency situation makes it impossible to request to leave one hour early. Associates who fail to personally inform their direct manager that they are leaving their shift early will face automatic termination for shift abandonment.

### Discipline Progression

Associates are responsible for tracking their attendance points. When an associate reaches five points, a Final Written Warning will be issued to the associate. Termination of employment will occur if an associate accumulates six points, even if the associate does not receive a Final Written Warning. Three Final Written Warnings in one twelve-month period will result in termination of employment.

### Documented Medical Absences Points Waiver

Twice in a calendar year, associates who miss work because of personal illness or injury will have attendance points waived if they present adequate medical documentation at their first shift returning to work. The medical documentation must provide (a) date(s) of treatment; (b) date(s) the associate was incapacitated; and (c) a statement that the associate is medically fit to return to work (including, if applicable, that they are no longer contagious). Associates providing this medical documentation may apply accrued, paid personal time at their option to receive pay during these absences. Associates may seek an attendance waiver for personal illness or injury for two incidents per calendar year; an "incident" is a period of absence of six or less calendar days. The waiver is only applicable to associates' own personal illness or injury.

### Leaves of Absence

Absences of seven or more calendar days may qualify as a medical leave of absence. Associates who miss work for seven or more calendar days (regardless of number of shifts missed) will begin to accumulate attendance points for each absence unless they provide to Human Resources a completed request for a Leave of Absence on or before their seventh calendar day of absence. If the leave of absence is denied, each absence will count as an individual attendance infraction. Associates will not receive attendance points for approved leaves of absence. Personal medical absences that qualify for approved FMLA or are caused by a work-related injury or illness are covered through our leave of absence policies. Please review the FMLA and non-FMLA leave of absence policies or contact the Employee Resource Center or your local HR team for more information.

Acknowledged by a    n    @yahoo.com (A    R    on 8/17/2020 5:49:08 PM)

# Approved Time-Off Policy

The policy allows for seasonal associates to accrue a maximum amount of Approved Time Off and excused Late Passes under 1 hour based on the number of hours the associates were hired to work.  Please see the details below for accrual and the process for requesting ATO.

Seasonal Associates are eligible to request ATO and excused Late Passes upon completion of 21 calendar days on an assignment. The amount of ATO hours and number of excused Late Passes accrued is dependent on the number of hours the associates were hired to work. These are to be used over the next 3 months/90 days. If ATO is not used within the first 3 months it will carry over into the remainder of the assignment.

At the beginning of the associates' 4th month of an assignment (91st day), associates will receive a second bank of ATO hours based on the number of hours the associates were hired to work. However, at this time associates will NOT receive a 2nd set of Late Passes.

| Associate Type | ATO Accrual 21st Day | ATO Accrual 91st Day | Late Pass Accrual 21st Day |
|---|---|---|---|
| Full Time Seasonal (40 hours/week) | 20 hours | 20 hours | 2 |
| Reduced Time Seasonal (30-39 hours/ week) | 10 hours | 10 hours | 1 |
| Part Time Seasonal (20-29 hours/week) | 10 hours | 10 hours | 1 |

*For Flex Time Seasonal associates (less than 20 hours/week), ATO accrual amounts and schedules will be shared at orientaiton.

There is maximum amount of ATO and late passes per 1200 hour/11 month assignment dependent on number of hours the associates' were hired to work. The maximum amount is 40 hours of ATO and 2 Late Passes for Amazon's full time seasonal associates. The maximum amount for reduced or part time seasonal associates is 20 hours of ATO and 1 excused Late Pass.

ATO and Excused Lateness are UNPAID. Requests for ATO are subject to approval from the Seasonal Staffing and HR teams. Approval is based upon workloads, staffing, and volume predictions for the day(s) in request. All ATO requests must be made in either half or whole shift increments. 24 hour notice is NOT required; however, failure to comply with the timely request for ATO may result in a denial of the requested ATO.

ATO requests must be made by completing a Time-Off Request form. ATO can also be used AFTER an absence, ONLY if an associate Call-Outs. If using ATO to cover a call out absence, this form must be completed within 24 hours or by the end of the next scheduled shift. Failure to call out will result in a No Call/No Show; ATO cannot be used to cover a No Call/No Show. The completed form must be submitted directly to a respresentative of the Seasonal Staffing or HR team.

If the request for ATO is approved, the associate will not receive points under the Attendance Policy for the time missed the s/he requested off. However, if the request is denied, the associate will receive points as per the Attendance Policy for any time missed during the scheduled work shift.

The associate is required to contact the Seasonal Staffing of HR team prior to taking ATO to ensure the request has been approved. Failure to confirm with the Seasonal Staffing or HR team whether the request was approved or denied may result in the accrual of points under the Attendance Policy for any unapproved time.

Seasonal Staffing or the HR team will send daily notification of ATO requests and approvals to all Amazon AMs and Ops.

ATO is not available during Amazon's "black-out periods" which are determined based on business needs throught the year. This policy is subject to change without notice.

Acknowledged by o  n  @yahoo.com (A  Ru  on 8/17/2020 6:54:54 PM)

## Your Amazon Access/ID Badge and Visitors

Your Amazon badge serves as both an access card to unlock doors and an ID card.

To open doors, hold the card up to the reader by the door. A green light will flash 3 times indicating that access has been granted and the door will unlock. If you receive a single green flash or just a red light your card is not working and you should contact reception or security.

**Your Access/ID card:**

- Must be worn at all times while in any Amazon facility.
- Must be worn in a conspicuous place on the front of your body between your shoulders and waist.
- Must not be loaned to anyone.
- Must not be used to allow another person to enter access-controlled areas – e.g. letting someone in that does not have access or does not want to swipe their badge (tailgaters).
- If lost, stolen, or damaged, must be reported to reception or security immediately.
- Must not have any additional holes punched in it due to the potential to damage internal components.
- Your Amazon badge is Amazon property and must be returned upon request or separation from the company.

**Your Visitors:**

- Associates are responsible for the conduct of their visitors and are to ensure that at no times are they left unattended.

- Unattended visitors may be asked to display their visitor pass, confirm their identity, their sponsor and the purpose of their visit. Unattended visitors may be escorted from the premises by Security.

By clicking above, I acknowledge I have reviewed and understand the above guidelines for my Amazon badge as well as my responsibility for visitors I invite to any Amazon facility.

Acknowledged by an n @yahoo.com (A R on 8/17/2020 8:00:08 PM)

# Computer Use Policy

Amazon provides some associates with computers and computer accounts to assist in the performance of job duties and to assist in intra-company communication. A computer account gives you access to Amazon's computer and email systems, as well as access to the Internet. As a condition of this access, you are expected to respect the obligations and responsibilities associated with having an Amazon computer account. In addition to your own good judgment and common sense; the following will serve as general guidelines for appropriate use of your Amazon.com computer account and the company's computers.

These guidelines apply to all computer use, including email, world wide web access, and other Internal access (including electronic bulletin boards); to both personal and business use; and to both internal and external correspondence.

General computer system access has been provided for work-related purposes. While it is understood that associates may occasionally use their Amazon computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.

Your manager is responsible for ensuring that you are included in the appropriate business-related email distribution lists, as required by your job duties. While you are able to sign up for other lists of general interest (such as yumyum), please do not sign up for any business related list whose content is not appropriate for your job. Please ask your manager if you have any questions regarding which lists are appropriate for subscription.

Associates should generally refrain from sending email to the group distribution list Amazon or other general lists such as dawson or downtown unless directed by a manager. In particular, do not send personal messages, such as messages regarding items for sale or items sought, to any email list other than one intended specifically for such purpose (such as for sale)

All email correspondence and other computer files created, stored, or transmitted on the company's systems are the property of Amazon. While we will attempt to respect an associate's privacy, Amazon management or Human Resources may access or monitor these files if circumstances warrant.

Associates are responsible for ensuring that electronic communication is effective, ethical and lawful. The use of abusive, offensive, or profane language is prohibited. Fraudulent and obscene messages, or harassment of any kind, are also prohibited. Please keep in mind that your activity on the Internet reflects on Amazon.

Associates are expected to exercise discretion and good judgment and to demonstrate respect for each other's privacy and for company confidential information. Access to directories other than your own home directory or a shared directory for your department should be performed only with the explicit permission of the owner of that directory or when instructed by a manager.

Associates are expected to help protect the security of all files on the company's computer system. In particular, you should keep your passwords private, and you should not allow anyone outside of the company to have access to your computer account.

I have read and understand this policy.

Acknowledged by a:      n      @yahoo.com (A      R:      on 8/17/2020 0:16:54 PM)



**WORKING HOURS POLICY**
**ACKNOWLEDGMENT FORM**

By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Working Hours (Non-Exempt/Hourly) Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Working Hours Policy.

- If I am an *hourly employee*, I am responsible for reporting all hours worked; taking a work free unpaid 30 minute meal period; and taking paid rest breaks. I understand that no one may allow or ask me to perform work "off the clock" without being paid.

- If I am a *salaried employee*, I understand that I may not allow or ask any hourly employee to perform work "off the clock" without being paid. This includes, but is not limited to, not interrupting meal periods or rest breaks with work related matters. I will not falsify or incorrectly report time worked for an hourly employee or advise an hourly employee to do so.

By clicking "Acknowledge" above, I also agree to notify a human resources representative, my supervisor, any other manager, the Legal Department, or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violation of the Working Hours Policy occurred.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

*Last Updated December 27, 2013*

Acknowledged by e. n @yahoo.com (A R. on 8/17/2020 6:17:48 PM)



## POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs

By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:

- Attendance Policy – US Fulfillment Center
- Cell Phone Use Policy
- Dress and Grooming Standards
- Holiday Pay Guidelines
- Holiday Blackout
- Overtime Policy
- Standards of Conduct

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

# Exhibit 9

## S. T.

# RECEIPT AND ARBITRATION ACKNOWLEDGEMENT

**RECEIPT OF MATERIALS.** By my signature below, I acknowledge that I have received and read (or had the opportunity to read or will read the plan on
https://w.amazon.com/bin/view/Main/Risk_Management/Workers_Compensation/) the Benefits Schedule, Summary Plan Description (the "SPD") for the Employee Injury Benefit Plan, effective on the Effective Date specified in Item 8 of the Benefits Schedule.

**ARBITRATION.** I acknowledge that this SPD includes a mandatory company policy requiring that certain **claims or disputes (that cannot otherwise be resolved between the Company and me) must be submitted to an arbitrator, rather than a Judge and jury in court.** I understand that by receiving this SPD and becoming employed (or continuing my employment) with the Company at any time on or after the Effective Date specified in Item 8 of the Benefits Schedule, I am accepting and agreeing to comply with these arbitration requirements. I understand that the Company is also accepting and agreeing to comply with these arbitration requirements. All covered claims brought by my spouse, children, parents, estate, successors and assigns are also subject to these arbitration requirements, and any decision of an arbitrator will be final and binding on such persons and the Company.

∫    T̶

Employee Signature

May 6, 2020

Date

S.    T.

Employee Printed Name

NAC Revised 12/23/20

## AMAZON.COM, INC.

### CONFIDENTIALITY AND INVENTION ASSIGNMENT AGREEMENT

This Confidentiality and Invention Assignment Agreement ("Agreement") is made by and between Amazon.com, Inc., a Delaware corporation, and _____ ("Employee").

### RECITALS

A. Employee enters into this Agreement in connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and any future employment with Amazon.com, Inc. or another of its subsidiaries or affiliates (depending on the circumstances, each an **"Employer"**);

B. As used in this Agreement, **"Amazon"** means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

C. Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

D. Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

### AGREEMENTS

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

1. **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends (**"Separation Date"**), regardless of the reason for separation or whether it was voluntary or involuntary.

2. **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's time, ability, attention, and effort to furthering Amazon's best interests and will consult and comply with the Amazon Outside Activities policy for Employee's business or division as it pertains to engaging in outside work.

3. **CONFIDENTIAL INFORMATION.**

    3.1 **Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, **"Confidential Information"** means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential

US Nonexempt Standard
Updated 2020

business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. Nothing in this Agreement prohibits non-supervisory employees' communications about their own or their coworkers' wages, hours or working conditions.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

2

**4.2 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.2 restricts Employee from exercising rights protected under the National Labor Relations Act.

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such

3

document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

   7.1 **Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

   7.2 **Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

   7.3 **Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the state in which Employee's employment with Employer was based at the time Employee signed this Agreement or, if signed in connection with a move to a new base after inception of employment, in accordance with the laws of the state where the new base is located. Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County, Washington with respect to any action, claim, or proceeding arising out of or in connection with this Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made immediately binding against the party sought to be enjoined by the state and federal courts located in King County, Washington.

   7.4 **Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

   7.5 **Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such obligation will be extended by a period of no less than the duration of the breaching conduct. This Agreement should be interpreted in a

4

way that provides the maximum protection to Amazon's Confidential Information and other business interests, and should not be interpreted against any party as its drafter.

**7.6 Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

**7.7 Assignment.** This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique and personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, with the exception of any existing obligations Employee may have to Amazon under any other written, executed agreement(s), which obligations remain in full force and effect. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.com, Inc.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

8. **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9. **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

US Nonexempt Standard
Updated 2020

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**

Signature: *Beth Galetti*

Name: Beth Galetti

Title: SVP, Human Resources

**EMPLOYEE**

Signature: S T

Name: S T

Date: May 6, 2020

6

Si    Ti



P.O. BOX 81226, SEATTLE, WA, 98108-1226

4/27/2020

Amazon.com Services LLC
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center:  (888) 892-7180

Si    T

Dear S      :

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you the position of Seasonal Fulfillment Associate. This letter clarifies and confirms the terms of your temporary employment with the Company.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on May 4, 2020 ("Start Date"). As a seasonal employee, your assignment with Amazon is temporary with no pre-determined end date. Your salary will be $15.00 per hour and a $2.90 per hour shift differential where applicable, payable weekly in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1299040 SAT2 USA Amazon.com Services LLC
Manager: Joel Abbott II
Shift Pattern: RT678-4 -

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts

  

include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

## Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

## Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

## Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

## Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your temporary employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

S       , we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,



Joel Abbott II
Manager I, Operations





## ACCEPTANCE

I accept employment with Amazon.com Services LLC under the terms set forth in this letter.

$\int$    $7.$

_____
Signature

May 6, 2020
_____
Date

S.    T.





Acknowledged by        @yahoo.com (S    ,T    on 5/4/2020 10:20:51 PM)

## Your Amazon Access/ID Badge and Visitors

Your Amazon badge serves as both an access card to unlock doors and an ID card.

To open doors, hold the card up to the reader by the door. A green light will flash 3 times indicating that access has been granted and the door will unlock. If you receive a single green flash or just a red light your card is not working and you should contact reception or security.

### Your Access/ID card:

- Must be worn at all times while in any Amazon facility.
- Must be worn in a conspicuous place on the front of your body between your shoulders and waist.
- Must not be loaned to anyone.
- Must not be used to allow another person to enter access-controlled areas – e.g. letting someone in that does not have access or does not want to swipe their badge (tailgaters).
- If lost, stolen, or damaged, must be reported to reception or security immediately.
- Must not have any additional holes punched in it due to the potential to damage internal components.
- Your Amazon badge is Amazon property and must be returned upon request or separation from the company.

### Your Visitors:

- Associates are responsible for the conduct of their visitors and are to ensure that at no times are they left unattended.

- Unattended visitors may be asked to display their visitor pass, confirm their identity, their sponsor and the purpose of their visit.  Unattended visitors may be escorted from the premises by Security.

By clicking above, I acknowledge I have reviewed and understand the above guidelines for my Amazon badge as well as my responsibility for visitors I invite to any Amazon facility.

Acknowledged by        @yahoo.com [S     1     on 6/4/2020 10:23:22 PM)

## Computer Use Policy

Amazon provides some associates with computers and computer accounts to assist in the performance of job duties and to assist in intra-company communication. A computer account gives you access to Amazon's computer and email systems, as well as access to the internet. As a condition of this access, you are expected to respect the obligations and responsibilities associated with having an Amazon computer account. In addition to your own good judgment and common sense; the following will serve as general guidelines for appropriate use of your Amazon.com computer account and the company's computers.

These guidelines apply to all computer use, including email, world wide web access, and other internal access (including electronic bulletin boards); to both personal and business use; and to both internal and external correspondence.

General computer system access has been provided for work-related purposes. While it is understood that associates may occasionally use their Amazon computer account for personal use, such personal use should be limited to non-working hours and should not interfere with an associate's job duties or productivity; and as always, such use should not be undertaken with the expectation of privacy.

Your manager is responsible for ensuring that you are included in the appropriate business-related email distribution lists, as required by your job duties. While you are able to sign up for other lists of general interest (such as yumyum), please do not sign up for any business related list whose content is not appropriate for your job. Please ask your manager if you have any questions regarding which lists are appropriate for subscription.

Associates should generally refrain from sending email to the group distribution list Amazon or other general lists such as dawson or downtown unless directed by a manager. In particular, do not send personal messages, such as messages regarding items for sale or items sought, to any email list other than one intended specifically for such purpose (such as for sale)

All email correspondence and other computer files created, stored, or transmitted on the company's systems are the property of Amazon. While we will attempt to respect an associate's privacy, Amazon management or Human Resources may access or monitor these files if circumstances warrant.

Associates are responsible for ensuring that electronic communication is effective, ethical and lawful. The use of abusive, offensive, or profane language is prohibited. Fraudulent and obscene messages, or harassment of any kind, are also prohibited. Please keep in mind that your activity on the internet reflects on Amazon.

Associates are expected to exercise discretion and good judgment and to demonstrate respect for each other's privacy and for company confidential information. Access to directories other than your own home directory or a shared directory for your department should be performed only with the explicit permission of the owner of that directory or when instructed by a manager.

Associates are expected to help protect the security of all files on the company's computer system. In particular, you should keep your passwords private, and you should not allow anyone outside of the company to have access to your computer account.

I have read and understand this policy.

Acknowledged by          @yahoo.com (S     I     on 5/4/2020 10:21:25 PM)



### WORKING HOURS POLICY
### ACKNOWLEDGMENT FORM

By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the <u>Working Hours (Non-Exempt/Hourly) Policy</u> through MyDocs and that I am responsible for reading, understanding, and complying with the Working Hours Policy.

- If I am an *hourly employee*, I am responsible for reporting all hours worked; taking a work free unpaid 30 minute meal period; and taking paid rest breaks. I understand that no one may allow or ask me to perform work "off the clock" without being paid.

- If I am a *salaried employee*, I understand that I may not allow or ask any hourly employee to perform work "off the clock" without being paid. This includes, but is not limited to, not interrupting meal periods or rest breaks with work related matters. I will not falsify or incorrectly report time worked for an hourly employee or advise an hourly employee to do so.

By clicking "Acknowledge" above, I also agree to notify a human resources representative, my supervisor, any other manager, the Legal Department, or <u>Amazon's Ethics Line</u> immediately in the event I have reason to believe that any violation of the Working Hours Policy occurred.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.

*Last Updated December 27, 2013*

Acknowledged by    @yahoo.com (3    T    on 5/4/2020 10:21:57 PM)



## POLICIES AND PROCEDURES ACKNOWLEDGMENT FORM – NAFC

By clicking "Acknowledge" above, I acknowledge that I have access to copies of the following selected policies through MyDocs and that I am responsible for reading, understanding, and complying with these polices.

- The Owner's Manual and Guide to Employment
- Leave of Absence (LOA)
- U.S. Background Check Policy
- Insider Trading Guidelines and FAQs.

By clicking "Acknowledge" above, I also understand that I am responsible for compliance with all Amazon Policies, which are available online at Inside Amazon > English > Employment > US Policies. These policies include, but are not limited to:

- Attendance Policy – US Fulfillment Center
- Cell Phone Use Policy
- Dress and Grooming Standards
- Holiday Pay Guidelines
- Holiday Blackout
- Overtime Policy
- Standards of Conduct

I further acknowledge that Amazon may change, rescind, or add to any policies, benefits, procedures, or practices from time to time at its sole and absolute discretion, with or without prior notice. I agree that this document is not intended to be an express or implied contract; rather, it is a general statement of Amazon's policies. I understand and agree that my employment at Amazon is at will and may be terminated by either me or Amazon at any time for any reason, with or without cause, and with or without prior notice or warning.

I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.