IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TERI EDWARDS** | § | |
| | § | |
| VS. | § | **CAUSE NO. 4:23-CV-2037** |
| | § | |
| **AMAZON.COM, INC;** | § | |
| **AMAZON.COM SERVICES, LLC;** | § | |
| **AND AMAZON LOGISTICS, INC.** | § | |

## DECLARATION OF MARK BROWN

1. My name is Mark Brown II. I am a Senior Risk Manager for the Defendant, **AMAZON.COM SERVICES, LLC.**, hereinafter, **AMAZON**.

2. When I completed the declaration on August 11, 2023 and reviewed the signature properties of the Edwards Arbitration Acknowledgment set forth below, I was unaware of the significance of the 05'00' after the military time of 15:07:25. I am now told that the 05'00' signifies that the signing time was five hours later.



3. I declare under the penalty of perjury and the laws in the State of Texas and the United States of America that the foregoing is true and correct.

1

DocuSign Envelope ID: 3D46A7C2-7E5C-45B1-877D-DC0710446TCF

**EXECUTED THIS** <u>15th</u> day of November, 2023, at <u>Midlothian</u>, <u>Virginia</u>.

*Mark Brown II (Rish)*
_____
**MARK BROWN II**