# EXHIBIT A



Curtis (Curt) W. Fenley, III ◆
Warren T. McCollum +
Caitlin A. Morrell
~~~~~~~~~~~~~~~~~~~~~~~~~
Herman E. Bate Of Counsel + ◆
Constance T. Slocomb Of Counsel ❖

∗Fellow of the American College of Trust and Estate Counsel

◆Board Certified Civil Trial Law  Texas Board of Legal Specialization

+Board Certified Personal Injury, Trial Law, Texas Board of Legal Specialization

❖Certified Public Accountant

office@fenley-bate.com
www.fenley-bate.net

Curtis W. Fenley, Sr.
(1900-1980)

*Curtis W. Fenley, Jr.
(1933-2016)

December 4, 2023

Jonathan D. Sneed                                              Via E-mail:  jsneed@awtx.law.com
Abraham, Watkins, Nichols, Agosto, Aziz & Stogner
800 Commerce Street
Houston, Texas 77002-1776

Re: Civil Action No: 4:23-cv-02037; Teri Rene Edwards vs. Amazon.com, Inc., et al in the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Sneed:

I am in receipt of your email of December 1, 2023. First, I cannot produce the native version of the files without disclosing the names and in some cases, personal identifying information for the comparator employees. If I try to redact that information out, it will destroy the native character of the agreement or acknowledgement.  David Cowen tells me that he can produce the metadata from the different agreements and acknowledgments. In producing the metadata, I would ask that you confer with your expert to determine whether or not this is sufficient for his purposes.  If it is sufficient, then we can confer as to methodology, content and some form of a protocol.

FENLEY & BATE, L.L.P.

*WTM*

WARREN T. MCCOLLUM
Email: wmccollum@fenley-bate.com
WTM/lw

**Lufkin Office**
224 E. Lufkin Avenue
Lufkin, Texas 75902-0450
TPN: (936) 634-3346
FAX: (936) 639-5874

**Houston Office**
3663 N. Sam Houston Parkway E
Suite 600
Houston, Texas 77032
TPN: (832) 234-4220

**Livingston Office**
**308 W. Church St.**
Livingston, Texas 77351
TPN: (936) 327-1100
FAX: (936) 327-1107