# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TERI RENE EDWARDS** § | |
| § | |
| v.  § | CASE NO. 4:23-CV-02037 |
| § | |
| **AMAZON LOGISTICS, INC** § | |
| **AMAZON.COM SERVICES, LLC.** § | |
| **AMAZON.COM INC** § | |

## NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DESIGNATION

This will serve as notice to the court that on March 28, 2024, Plaintiff served her Designation of Expert Witnesses on Defendants in this matter.

Dated: March 28, 2024

        Respectfully submitted,

        **ABRAHAM, WATKINS, NICHOLS,**
        **AGOSTO, AZIZ, & STOGNER**

        By:   *Jonathan D. Sneed*
               Brant J. Stogner
               State Bar No. 24038389
               Fed. Bar No.: 747984
               bstogner@awtxlaw.com
               Jonathan D. Sneed
               State Bar No. 24085594
               Fed. Bar No.: 2979760
               jsneed@awtxlaw.com
               800 Commerce Street
               Anita J. Creech
               State Bar No. 24133433
               Federal Bar No.3862161
               acreech@awtxlaw.com
               Houston, Texas 77002-1776
               (713) 222-7211 - telephone
               (713) 225-0827 - facsimile

**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 28, 2024, a true and correct copy of the foregoing document was served on all counsel of record in compliance with the Federal Rules of Civil Procedure.

Warren T. McCollum
Fred Wilson
Fenley & Bate, LLP
P.O. Box 450
Lufkin, TX 75902-0450
Telephone: (936) 634-3346
Facsimile: (936) 639-5874
Email: wmccollum@fenley-bate.com
**ATTORNEYS FOR DEFENDANTS**

                                          By:   *Jonathan D. Sneed*
                                                      Jonathan D. Sneed