**Exhibit 2**

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3   TERI RENE EDWARDS              )
                    Plaintiff      )
 4                                  )
     VS.                           )CAUSE NO. 4:23-CV-2037
 5                                  )
     AMAZON LOGISTICS, INC.,        )
 6   AMAZON.COM SERVICES, LLC,      )
     AMAZON.COM, INC.               )
 7                    Defendants    )

 8

 9   ********************************************************

10              ORAL AND VIDEO DEPOSITION OF

11                  TERI RENE EDWARDS

12                    MARCH 1, 2024

13   ********************************************************

14

15

16       ORAL AND VIDEO DEPOSITION OF TERI RENE EDWARDS,

17   produced as a witness at the instance of the Defendant

18   and duly sworn, was taken in the above-styled and

19   numbered cause on March 1, 2024, from 10:00 a.m. to

20   4:23 p.m., before Bonnie L. Rodriguez, CSR in and for

21   the State of Texas, reported by machine shorthand, at

22   Abraham, Watkins, Nichols, Agosto, Aziz & Stogner, 800

23   Commerce Street, Houston, Texas 77002-1776 pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record.
```

```
 1                   A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3          Mr. Jonathan D. Sneed
            ABRAHAM, WATKINS, NICHOLS
 4          AGOSTO, AZIZ & STOGNER
            800 Commerce Street
 5          Houston, Texas 77002-1776
            (713) 222-7211
 6          jsneed@awtxlaw.com

 7


 8

      FOR THE DEFENDANTS:
 9
            Mr. Warren T. McCollum
10          FENLEY & BATE, LLP
            PO Box 450
11          Lufkin, Texas 75902-0450
            (936) 634-3346
12          wmccollum@fenley-bate.com

13

14    ALSO PRESENT:

15          Mr. Aaron Marcia, Videographer

16

17

18

19

20

21

22

23

24

25
```

**Teri Rene Edwards** 3

```
 1                        INDEX

 2        ORAL and VIDEO DEPOSITION OF TERI RENE EDWARDS
                       MARCH 1, 2024
 3                                              PAGE

 4   Appearances.......................................2

 5   Index.............................................3

 6   Exhibit Index.....................................4

 7   WITNESS:

 8   TERI RENE EDWARDS
          Examination by Mr. McCollum...................5
 9        Examination by Mr. Sneed.....................193

10

11   Signature and Changes............................200

12   Reporter's Certificate...........................201

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MSG**Legal

Teri Rene Edwards                                                                           5

1           THE VIDEOGRAPHER:  We are now on the

2    record.  Today's date is March the 1st, 2024.  The time

3    now is 10:00 a.m., and we are beginning the deposition

4    Teri Rene Edwards.

5           At this time, will all counsels please

6    identify themselves for the record?

7           MR. SNEED:  Jonathan Sneed for the

8    Plaintiff, Rene Edwards.

9           MR. MCCOLLUM:  Warren McCollum for the

10   Defendants, Amazon.

11          THE VIDEOGRAPHER:  At this time, will the

12   court reporter please swear in the witness.

13               (Witness sworn.)

14          THE VIDEOGRAPHER:  You may begin.

15            TERI RENE EDWARDS,

16   having been duly sworn, testified to the following:

17               EXAMINATION

18   QUESTIONS BY MR. MCCOLLUM:

19       Q    Would you tell the Court who you are?

20       A    My name is Teri Rene Edwards.

21       Q    And what is your address?

22       A    ████████████████████████████████████

23   ██████████████

24       Q    ████████████████████████████████

25       A    ████████████████████████████████████

**MSG**Legal

936-637-7594

```
 1        A     2019 killed me financially.  Then we had COVID
 2   and it was shut down and I needed the income.  I'm the
 3   sole bread winner of my household.
 4        Q     Okay.  So what was shut down?
 5        A     The toll road was shut down.  It closed in
 6   March of 2020.
 7        Q     So when did you start back up with the toll
 8   road?
 9        A     It was work from home.
10        Q     Okay.  So in April of 2020 when you were
11   reviewing things at Amazon, had you reviewed -- before
12   you started work, you were working from home?
13        A     What do you mean reviewed?
14        Q     Well, there's some paperwork that Amazon had
15   you review through MyDocs.
16        A     Okay.
17        Q     Okay.  Do you recall that?
18        A     I just -- I don't know what -- what app it was
19   through.  It was a -- you get an e-mail and it has a
20   link.  You click on the link.  You sign in.
21        Q     Okay.  But during that time period, you were
22   working from home?
23        A     Correct.
24        Q     Okay.
25        A     The way that they had set it up -- now in the
```

**Teri Rene Edwards**                                                49

```
 1  beginning, a lot of times you had to -- they had you do
 2  training because they were still getting the system up.
 3  They weren't ready for work at home or no cash
 4  transactions.
 5              And usually, I was working from 9 to 5.
 6  I would work solid without stopping, you know, only
 7  taking a break occasionally to go to the bathroom or
 8  whatever.  But if I didn't meet their quotas, I would be
 9  docked my pay.  If I wasn't online looking at their
10  training, I would be docked my pay.
11      Q    Okay.  So explain to me what -- what was your
12  job from home?
13      A    My job from home was, you would log in and you
14  would look at license plates, and you would say that
15  that was a valid license plate or you would kick it out.
16  And you had to do 500 an hour, 4,000 a day, 20,000 a
17  week.  And if you did not meet that quota, whether or
18  not you had connection problems, you would be docked
19  your pay.
20      Q    So you were not allowed to take lunch?
21      A    I could but then that would mean that my day
22  would extend.  It -- the day started at 12:01 a.m. to
23  11:59 p.m.  Within that time frame, you had to do eight
24  hours.  So you could go and do something that -- you
25  know, run an errands or whatever and then come back
```

**Teri Rene Edwards**

```
 1   online.  I liked to have my time in the evening, so I
 2   tried not to do that.
 3                But, you know, if a girlfriend called and
 4   said let's go out to eat, I would get as much as I could
 5   done, and then I would come back and finish out my -- my
 6   shift.
 7      Q    Okay.  Did -- was there a situation where you
 8   had to clock in and clock out?
 9      A    It was controlled by computer 'cause you have
10   to log in.
11      Q    Okay.
12      A    And they kept track of the log-ins.
13      Q    And so when you would get your paycheck, would
14   it show you worked 40 hours or you worked 35 hours or --
15      A    It was pretty much -- I pretty much had my
16   full paycheck.  It doesn't -- because it was electronic,
17   I never really looked at the hours.  I just looked at
18   the dollar figure.
19      Q    Okay.  So if you -- if your check was short,
20   what would you do then?
21      A    Well, usually I would know why the check was
22   short.
23      Q    Okay.
24      A    It meant that I didn't meet my quota.  If I
25   had -- if I had any kind of discussion against it, you
```

Teri Rene Edwards

1    **A**   The second page?

2    **Q**   Yeah.  There's the first page --

3    **A**   There's attachment.

4    **Q**    -- that actually says ==Exhibit 2==.

5    **A**   Okay.

6              MR. SNEED:  Cover page.

7    **A**   Got it.

8    **Q**   (BY MR. MCCOLLUM)  Yeah.  All right.  So what

9    I had read in here, what I had understood was that April

10   16th, 2020 when there was some employment documents that

11   were signed, you didn't believe that you could have

12   signed this around 3:00 on April 16th, 2020 because you

13   would have been working?

14   **A**   Yes, because I wouldn't have stopped to sign

15   that at 3:00 -- that particular document at 3:00 when

16   all of my other documents were in the evening.

17   **Q**   Okay.

18   **A**   I would have done it all at once.

19   **Q**   Okay.  So the other documents -- and I can

20   show them to you.  Some of them are like the sexual

21   harassment acknowledgement, the time policies and those

22   type of things where they --

23   **A**   Confidentiality, yeah.

24   **Q**   Right.  Where they say -- across the top,

25   they've got a time that says, like, 8:00 or 7:30.  It's

Teri Rene Edwards

1  your belief that you would have signed everything at

2  once?

3      **A**    Yes.  I only received two e-mails from Amazon.

4  One was on the 14th of April, and then I got one on the

5  16th reminding me that I had documents to sign.

6      **Q**    Okay.

7      **A**    Documents to look at.  And so it was on --

8  when I got that second done notice -- 'cause I -- you

9  know, the whole hiring process with Amazon is online,

10  even training is online, the initial -- you know how

11  they color code and all of that kind of thing and what

12  you're supposed to do when you pack your groceries, that

13  kind of thing.  And I did all of that on the 16th rather

14  than on the 14th of April.

15      **Q**    Okay.  So you said you got a second e-mail?

16      **A**    Uh-huh.  On the 16th reminding me that I had

17  paperwork to sign.

18      **Q**    Okay.  And when you got that, did you feel a

19  little bit more pressure to get it done sooner rather

20  than later?

21      **A**    I believe that I finished up what I was doing

22  and went in and filled that out.

23      **Q**    Okay.

24      **A**    Because I wasn't even -- I didn't know what to

25  expect, and I didn't even see that 14th e-mail until

1    after I got the 16th.

2         **Q**    Okay.

3         **A**    'Cause I was busy with Harris County.

4         **Q**    So you don't deny that you executed some

5    employment paperwork on April 16th, 2020?

6         **A**    I remember specific documents that I thumbed

7    through and looked before I hit the okay button.  I

8    can't remember now of how they did that or accept

9    button.

10        **Q**    Okay.

11        **A**    And I do not remember that arbitration

12   agreement.

13        **Q**    Okay.

14        **A**    You know, I worked at a -- as an office

15   manager, and I was only part-time, so it never -- so I

16   say that I worked as an office manager in my olden days,

17   so I'm familiar with the kind of documents to expect.

18               And, also, I was -- I never saw that

19   arbitration agreement because I was a part-time

20   employee.  I never -- it never even dawned on me that I

21   should be receiving something like that.

22        **Q**    Okay.  But you do recall going through at

23   least some employment documents on April 16th?

24        **A**    You know, you read the -- you read the -- you

25   know, the item and then you go through and kind of thumb

Teri Rene Edwards                                                              61

1      Q     Do you recall -- do you have an independent

2   recollection of what time you looked at all these

3   employment documents other than it was sometime on April

4   16th?

5                  MR. SNEED:  Objection, form.  Go ahead.

6      A     I had said it was in the evening --

7      Q     (BY MR. MCCOLLUM)  Okay.

8      A      -- on April the 16th.  I didn't know the

9   exact time until you showed me, but I do remember the

10  approved time off policy because you're interested in

11  that kind of stuff, you know.

12     Q     Okay.

13     A     You want to know if you -- you know, when you

14  can take time off, but I was never considered a

15  full-time employee.  In fact, the -- my flex shift

16  was -- and what I liked about it, it said I could work

17  three shifts a month and still be considered an

18  employee.  So I had a lot of options there.

19     Q     Okay.  Let's go back to Exhibit 2.  It would

20  be the last page, the one that's got your name where

21  you --

22     A     Okay.

23     Q      -- you signed it.  You said here, "Finally I

24  signed any document as Teri -- I never sign any document

25  as Teri Rene Edwards."

MSGLegal                                                          936-637-7594

1       **A**     Correct.

2       **Q**     "Each time I sign my name, I sign it as T.

3    Rene Edwards."

4       **A**     Correct.

5       **Q**     Okay.  Has there ever been a time where you

6    have signed your name Teri Rene Edwards?

7       **A**     Not that I can remember.  Because I started

8    going by Rene when I was living in Galveston, which was

9    probably the end of 1990s.

10       **Q**     Have you looked at your records through Harris

11    County Toll Road?

12       **A**     No.

13       **Q**     Okay.  I've got -- and I'll mark this as

14    ==Exhibit 4==.

15       **A**     Oh, 2013, okay.

16                    (==Exhibit 4==.)

17       **Q**     (BY MR. MCCOLLUM)  All right.  So is this your

18    handwriting?

19       **A**     That is my handwriting, yes, sir.

20       **Q**     Bate Number 6449.

21       **A**     Yeah.  Can I see what it is?

22       **Q**     You can.

23       **A**     Okay.  They had told me that I needed to sign

24    my full name.

25       **Q**     Okay.  Even though your printed name is just

1    Teri Edwards --

2         **A**     Yeah.

3         **Q**      -- above that?  Is there --

4         **A**     I think.

5         **Q**      -- any other way you signed your name Teri

6    Rene Edwards or T. Rene Edwards?

7         **A**     You know, I can't remember when I started

8    adopting, to be quite frank, the T. Rene Edwards.  I

9    know that with my bank account, it's Rene Edwards.  When

10   I sign my checks, it's T. Rene Edwards, and I've had the

11   Chase account and put mom on my account back in 2005.  I

12   think that the reason why I signed it Teri Rene Edwards

13   is because I go by Rene and everybody was calling me

14   Rene.

15        **Q**     Okay.

16        **A**     But it had Teri Edwards on there.

17        **Q**     All right.  Here is Bate Number 6450.  Is this

18   your handwriting?

19        **A**     That is.

20        **Q**     Okay.  Here, you've signed it TR --

21        **A**     Edwards.

22        **Q**     Your S, I think, got left off.  And this is

23   also in May in 2013?

24        **A**     Can I see what it is?

25        **Q**     Yeah.  Oh, yeah.

```
 1   pressure was astronomical.  And I was on a walker.  It
 2   was difficult for me to get up.  I had to walk down the
 3   hall.  You know, it -- I was ending up working 24 hours
 4   for an 8-hour paycheck, and to me, that was -- that just
 5   was not sustainable.
 6        Q    Were you working from home?
 7        A    Excuse me.  Yes, sir.
 8        Q    Okay.  Your -- your work at home set-up, was
 9   it a laptop computer, was it your personal computer, was
10   it a work computer?
11        A    It was a personal computer.
12        Q    Okay.  Do you remember what kind of computer?
13        A    I know it was an HP.  I never do an Apple.
14        Q    And do you still have that HP?
15        A    Uh-huh.  In fact, I just took off Global
16   Connect off of my laptop, but that was their security
17   software that they used.
18        Q    Harris Toll?
19        A    Harris County Toll Road, yes, sir.
20        Q    All right.  I've seen something indicating
21   disability benefits through Blue Cross Blue Shield.  Is
22   that --
23        A    That was --
24        Q     -- Harris County?
25        A    Yes, sir.  That was what I -- I paid extra for
```

1   you?

2        **A**    I would say he would have seen me.

3        **Q**    Right.

4        **A**    But that's all conjecture, I would think.

5        **Q**    Well, if he's on this side of the cart right

6   here where I've got the arrow --

7        **A**    Right.

8        **Q**     -- and he's pulling it and he pulls it across

9   here --

10       **A**    He would see me.

11       **Q**     -- he would see you?

12       **A**    And he wouldn't have --

13       **Q**    And if anything hits you, it would be his

14   person, not the cart?

15       **A**    Correct.

16       **Q**    Okay.  Have you understood my questions?

17       **A**    Yes, sir.

18       **Q**    Have I been courteous to you?

19       **A**    Yes, you have.

20               MR. MCCOLLUM:  Pass the witness.

21                       EXAMINATION

22   QUESTIONS BY MR. SNEED:

23       **Q**    Ms. Edwards, I have very -- just really one

24   point that I wanted to re-address and I think we're

25   going to reserve the remainder of any questions we have

1   for you for the time of trial.

2                    MR. SNEED:  Warren, is it possible for

3   us -- for me to be able to hook up to the tablets here?

4                    MR. MCCOLLUM:  You'd have to talk to him.

5                    THE VIDEOGRAPHER:  Yeah.  Do you mind if

6   we go off the record real quick?

7                    MR. SNEED:  Yeah.

8                    THE VIDEOGRAPHER:  We're going off the

9   record.  The time is 4:16 p.m.

10                       (Recess.)

11                    THE VIDEOGRAPHER:  We are back on the

12   record.  The time is 4:17 p.m.

13      **Q**    (BY MR. SNEED)  Ms. Edwards, before you on the

14   screen, which we were looking to pull these documents up

15   over that short break, on your left-hand side, these are

16   some of the Harris County Toll Road Authority employment

17   records.

18                    Do you recall some questions about the

19   Harris County Toll Road employment records with

20   Mr. McCollum?

21      **A**    Yes, sir.

22      **Q**    Do you recall some questions about your

23   signature and the variations that we saw over the years

24   with you?

25      **A**    Yes, sir, back in 2013.

**Teri Rene Edwards**

1    **Q**    Yes, sir -- or yes, ma'am, excuse me.  The

2   document that I've got pulled up on the left, what's the

3   date of that document?

4    **A**    2020 -- February 21st, 2020.

5    **Q**    And then I've got the affidavit that was

6   signed by you.  Do you recall questions about your

7   affidavit today?

8    **A**    Yes, sir.

9    **Q**    And can you read us what the date of the

10   affidavit that you signed in this case is on the

11   right-hand side of the screen?

12    **A**    November 6, 2023.

13    **Q**    The documents -- the employment documents for

14   Amazon, you previously testified you received two

15   e-mails about those documents and then acknowledged them

16   around that same time period.  Do you recall that?

17    **A**    Yes, sir.

18    **Q**    What date -- if you recall, what date did you

19   receive those e-mails?

20    **A**    Well, evidently I saw them -- I was sent those

21   e-mails, the first one on April the 14th, and I

22   evidently didn't see it or didn't respond, and then I

23   got a follow-up e-mail on the 16th.

24    **Q**    Okay.  And that would be April the 16th of

25   2020?

Teri Rene Edwards

```
 1        A    Yes, sir.
 2        Q    So if my math is right, that would be
 3   approximately just two months after the date of the
 4   signature that we see on the left-hand side of your
 5   screen?
 6        A    Yes, sir.
 7        Q    Have you -- out of all the questions and
 8   documents that you've looked at today, have you seen any
 9   documents that you signed within the three years before
10   2020?
11             So 2017 to 2020, have you seen any
12   documents that have a signature of yours that it looks
13   different than what we can see on the left-hand side?
14        A    Yes, sir.
15        Q    Are those documents between 2017 and 2020 or
16   are they older?
17        A    They are during 2020.
18        Q    2020?
19        A    Uh-huh.
20        Q    And which ones are those?
21        A    The arbitration and the acceptance letter.
22        Q    Oh, okay.  I see.  And you're talking about
23   the digitally created --
24        A    Yes, sir.
25        Q     -- where it almost looks like someone typed
```

1    it in on a keyboard?

2        **A**    Yes, sir.

3        **Q**    Okay.  No, I'm talking about a hand drawn

4    signature.  So hand drawn meaning, you know, a signature

5    where you've picked up a pen and you've drawn out your

6    signature like we can see here on the screen, okay?

7        **A**    Okay.  Well --

8        **Q**    Did Mr. McCollum show you any documents that

9    you signed between 2017 and 2020 that have a signature

10   that looks anything different than what we can see on

11   the screen in front of you?

12       **A**    I thought the documents --

13                MR. MCCOLLUM:  Object to form.

14       **A**     -- that he showed me that had T.R. Edwards

15   and Teri Rene Edwards that I signed were back in 2013.

16       **Q**    (BY MR. SNEED)  Yes, ma'am.  And with respect

17   to the signature that you adopted and used on any

18   documents that you signed in 2020, would that signature

19   look like the one that we can see on the left-hand side

20   of your screen?

21                MR. MCCOLLUM:  Object to leading.

22       **A**    Yes, sir.

23       **Q**    (BY MR. SNEED)  We will mark -- and let me

24   just show you another one just so that we have -- I

25   think there's another example of this.

**Teri Rene Edwards**                                                   198

```
 1                    This one was from 2019 and I'm looking
 2    at Bates -- this is a document produced by the
 3    Defendants, Bates 6399.  Do you see your signature
 4    there?
 5         A     Yes, sir.
 6         Q     And what date is that?
 7         A     July 4th, 2019.
 8         Q     And then we see another signature here with
 9    you, Ms. Edwards.  This is Defendants Bates Number 6400.
10    What's the date there?
11         A     May 3rd, 2019.
12         Q     And just going back through the three
13    different examples of your signatures that you -- that
14    you wrote in 2019 and 2020, do they all appear to look
15    substantially similar?
16         A     Yes, sir.
17         Q     Do they look substantially similar to the
18    signature that you were using during 2020 and signing
19    any document that you'd be asked to sign?
20         A     Yes, sir.
21         Q     In 2020, are you aware of signing any document
22    with your first legal name Teri?
23         A     No.
24         Q     And are you aware of signing any document in
25    2020 utilizing the first two letters -- or the two
```

1    initials of your first and middle name, TR?

2         **A**    No, sir.

3         **Q**    If you are signing a document in 2020, is it

4    T. Rene Edwards like we can see here?

5         **A**    Uh-huh.  It's always been that way.

6         **Q**    Does it remain to be that way even sitting

7    here today?

8         **A**    Yes, sir.

9              MR. MCCOLLUM:  Object to leading.

10             MR. SNEED:  No further questions other

11   than those that we'll reserve at the time of trial.

12   Thank you, Ms. Edwards.

13        **A**    Thank you.

14             THE VIDEOGRAPHER:  Anything from the

15   court reporter?

16             MR. SNEED:  I want to mark -- I'm sorry.

17   I want to mark those three pages as Exhibit 13.

18             THE VIDEOGRAPHER:  All right.  We are now

19   off the record.  The time is 4:23 p.m. and this

20   concludes the video deposition Teri Rene Edwards.

21             (The deposition concluded at 4:23 p.m.)

22             (Exhibit 13.)

23

24

25



# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERI RENE EDWARDS, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | |
| AMAZON.COM, INC., AMAZON.COM | § | **Case No. 4:23-CV-02037** |
| SERVICES, LLC, AND AMAZON | § | |
| LOGISTICS, INC., | § | |
| | § | |
| **Defendants.** | § | |

## AFFIDAVIT OF TERI RENE EDWARDS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

1. My full legal name is Teri Rene Edwards. I am over 18 eighteen years of age, of sound mind, and I am capable of making this affidavit. I am competent and have personal knowledge of each of the matters contained herein.

2. I began my employment with Amazon in or around April of 2020 at the Flex Warehouse located at 4221 Way Out West Drive, Houston, Texas 77092 in Harris County. Before I began my employment, Amazon sent me new hire documents on April 14, 2020, which included an "offer, confidentiality agreement (NDA), and policy documents." *See* Ex. 2A at p. 1. As stated in the email, the list of employment documents provided by Amazon did not include the "Receipt and Arbitration Acknowledgment." On April 16, 2020, I received a follow up email from Amazon reminding me that I had "pending Prime Now LLC documents ready for review and signature." *See* Ex. 2A at p. 2. This email likewise did not identify or include the "Receipt and Arbitration Acknowledgment." A true and correct copy of both emails is attached as Exhibit 2A.

3. To the best of my knowledge and recollection, I never received, signed, nor was asked to execute the "Receipt and Arbitration Acknowledgment" or the "Summary Plan Description" at the time Amazon sent me employment documents on April 14, 2020, April 16, 2020, or at any other time. Specifically, I never saw these documents until after the filing of Amazon's motion to compel arbitration when they were shown to me by my attorney. I have checked my email account to see if these documents were sent via another platform, such as Adobe Sign, and have not found any emails from any sender indicating

1

that these documents were ever sent to me, or that Amazon had ever requested that I execute same.

4. Moreover, I am certain I would not have signed either the "Receipt and Arbitration Acknowledgment" or the "Summary Plan Description" at 3:06 p.m. on April 16, 2020 – the timestamp provided by Amazon when these documents were allegedly signed by electronic signature. On that date, I was employed on a full-time basis for the Harris County Toll Road Authority. During this time, I typically worked from 9:00 a.m. to 5:00 p.m. and it was my custom and practice to not take a lunch break nor any other interruptions into my workday because I was obligated to review and register five hundred (500) images per hour, four thousand (4,000) per day, and twenty thousand (20,000) per week. If I failed to meet this quota, my pay would be docked. I do recall reviewing a small number of employment documents sent to me by Amazon during this period; however, these were all reviewed in the evening hours, after my regular shift with Harris County Toll Road Authority had concluded. And in either event, these documents did not include the "Receipt and Arbitration Acknowledgment" or the "Summary Plan Description."

5. Finally, I never sign any document as "Teri Rene Edwards." Each time I sign my name, I sign it as "T. Rene Edwards." I do this because 1) I go by my middle name "Rene," and 2) security reasons. Specifically, I never fully spell out my first legal name on documents to prevent the fraudulent use of my signature. I have attached Exhibit 2B and Exhibit 2C herein, which are true and correct copies of my driver's license and a redacted check bearing my signature in the same manner as I have described herein and as is written here below.

FURTHER AFFIANT SAYETH NOT.

_T. Rene Edwards_
Affiant

SWORN TO AND SUBSCRIBED before me on the 6th day of _November_, 2023.

My commission expires:

_3/14/26_

_Gail Black_
Notary Public, State of Texas

GAIL BLACK
My Notary ID # 8185910
Expires March 14, 2026

_Gail Black_
Notary's Printed Name

2

HARRIS COUNTY TOLL ROAD AUTHORITY

For Official Use Only

# Human Resources
# Acknowledgement of Receipt

I have been provided with the

### PRE AND POST EMPLOYMENT BACKGROUND SCREENING POLICY (PL0064)

This policy outlines that:

*every affected person [i.e. HCTRA employees, contract employees and temporary agency employees] is subject to a background screening to investigate suitability to perform cash handling duties for the Harris County Toll Road Authority (HCTRA); to have access to confidential information collected, used and/or stored by HCTRA; and/or to be issued a security badge allowing physical access to HCTRA offices.*

I further understand that:

*Failure to authorize a background investigation will cause HCTRA to rescind said job offer or to demand that contractors not assign the person to perform any work for HCTRA in any capacity. HCTRA may also conduct periodic background updates on any affected person during the time that cash handling duties are performed, access to confidential HCTRA data is available, and/or a HCTRA security badge is issued.*

I will see my immediate supervisor for questions or clarifications regarding the document.

My signature below acknowledges receipt of the **Pre and Post Employment Background Screening Policy** dated     **12/06/12**     . I understand and agree to follow policy the as documented.

I understand that any failure on my part to comply with these procedures may result in disciplinary actions up to and including termination from employment

| Teri Edwards | 075 Sam East |
|---|---|
| Employee/Contractor name (print or type) | Plaza/Location |

| *Teri Reni Edwards* | 5/28/13 |
|---|---|
| Employee/Contractor Signature | Date |

006449

**HARRIS COUNTY TOLL ROAD AUTHORITY**

## MEMORANDUM

**TO:**     **East Plaza, Personnel**

**FROM:**

**DATE:**     **May 07, 2013**

TERI EDWARDS
NAME

SHE - 075
PLAZA

SIGNATURE

DATE

7701 Wilshire Place Drive, Houston, TX 77040-5326
phone 713-587-7800 | fax 281-875-6941
A Division of the Harris County Public Infrastructure Department

**006450**

HARRIS COUNTY TOLL ROAD AUTHORITY

## MEMORANDUM

**TO:** **SHE, Toll Collectors**

**FROM:**

**DATE:** **April 22, 2013**

Teri Edwards
Name

Signature

SHE - 075
Plaza

4/23/13
Date

7701 Wilshire Place Drive, Houston, TX 77040-5326
phone 713-587-7800 | fax 281-875-6941
A Division of the Harris County Public Infrastructure Department

**006451**

Case 4:23-cv-02037 Document 33-2 Filed on 04/02/24 in TXSD Page 29 of 39

## HARRIS COUNTY TOLL ROAD AUTHORITY

### MEMORANDUM

**TO:**     **SHE, Toll Collectors**

**FROM:**

**DATE:**     **April 22, 2013**

---

Teri Edwards
Name

SHE - 075
Plaza

Signature

Date

7701 Wilshire Place Drive, Houston, TX 77040-5326
phone 713-587-7800 | fax 281-875-6941
A Division of the Harris County Public Infrastructure Department

**006452**

## HARRIS COUNTY TOLL ROAD AUTHORITY

### MEMORANDUM

**TO:**   **East Plaza, Supervisors/Toll Collectors**

**FROM:**

**DATE:**   **April 04, 2013**

---

Teri Edwards
Name

Signature

SHE - 075
Plaza

4/4/13
Date

7701 Wilshire Place Drive, Houston, TX 77040-5326
phone 832-601-7800 | fax 281-875-6941
A Division of the Harris County Public Infrastructure Department

**006453**

## HARRIS COUNTY TOLL ROAD AUTHORITY

### MEMORANDUM

**TO:**    **East Plaza, Toll Collectors**

**FROM:**

**DATE:**    **March 25, 2013**

---

Teri Edwards
Name

Signature

SHE - 075
Plaza

3/26/13
Date

7701 Wilshire Place Drive, Houston, TX 77040-5326
phone 713-587-7800 | fax 281-875-6941
A Division of the Harris County Public Infrastructure Department

**006454**

County Auditor's Form 3418-1-C
Harris County, Texas (Change in Status of Employee)

| Employee ID: | SSN: | Effective for Payperiod: 1701040 |
|---|---|---|

Current Employee Information in Payroll Records

Entity:ROOT   Division:0502   Type: R32+   Birthdate:     Calendar:40-8-5W   FLSA: Y

Name:EDWARDS, TERI RENE

### PAYALT

| | | |
|---|---|---|
| Record Type: **PM** | Reason Code: **TR** | |
| | Payroll | HR (Changes Only) |
| PCN Number: | | |
| Title: | COLLECTOR IV | |
| Begin Date: | 6/25/2016 | |
| End Date: | | 2/3/2017 |
| Pay Class: | | |
| FTE: | 1 | |
| Rate: | $ | |
| Rate Type: | Per Hour | |

### Position Coding

| | Payroll | HR (All Records) |
|---|---|---|
| GL Key: | | |
| JL Key: | | |
| JL Object: | | |
| Percentage: | | |

### PAYALT

| | | |
|---|---|---|
| Record Type: **PM** | Reason Code: **TR** | |
| | Payroll | HR (Changes Only) |
| PCN Number: | | |
| Title: | | **COLLECTOR IV** |
| Begin Date: | | **2/4/2017** |
| End Date: | | |
| Pay Class: | | |
| FTE: | | **1** |
| Rate: | | $ |
| Rate Type: | | **Per Hour** |

### Position Coding

| | Payroll | HR (All Records) |
|---|---|---|
| GL Key: | | |
| JL Key: | | |
| JL Object: | | |
| Percentage: | | |

| | | |
|---|---|---|
| **User:** Aguilar, Dominga M. (DAGUILAR) | **Page:** 1 | **Date:** 02/08/2017 |
| **Report:** HR: Employee Change in Status Form (HR_CHG_IN_STATUS) | | **Time:** 15:42:35 |

006455

Employee ID: _____ SSN' _____ Effective for Payperiod: 1701040

| CDH'S | |
|---|---|
| Payroll | HR (Changes Only) |
| **1510   LONGEVITY** | |
| Begin Date:   02/20/2016 | |
| End Date: | |
| Amount:   $ | |
| for auditor use only   CR: | UP: _____ |

## Employer's Certification

I certify that I have reviewed and compared the salary adjustment and/or compensation contained herein to my department's budget and have ascertained that such compensation will not result in an over budget condition for the current fiscal year.

Employer Authorization: _____   Date: _2·/3·/7_

## Employee's Certification

The change(s) above set out is/are accepted by me, with the understanding that in all other respects the original terms of employment is to remain in full force and effect.

Employee's Signature: _____   Date: _3/12/17_

Auditor Payroll Clerk: _____   Date: _____

006456

HARRIS COUNTY TOLL ROAD AUTHORITY

COPY

For Official Use Only

# Human Resources
## Request for Change in Status/New Hire

**To Administrative Section:**

| | |
|---|---|
| **DATE SUBMITTED:** 12/2/2016 | **EFFECTIVE DATE:** (Must be the beginning of a pay period Change in Status) TBD |

**EMPLOYEE/ APPLICANT NAME:** Teri Edwards

**EMPLOYEE ID NUMBER:** (or last 4 SSN for New Hire)

| CURRENT (if applicable) | NEW |
|---|---|
| PLAZA/LOCATION NAME: 075 Sam East | PLAZA/LOCATION NAME: 075 Sam East |
| PCN: | PCN: |
| SCHEDULE: 40/8/5 | SCHEDULE: 40/8/5 |
| DAYS OFF: Wed - Thur | DAYS OFF: Wed - Thur |
| PAY (PER HOUR): $ | PAY (PER HOUR): $ |

**REASON:** Salary Change Only - Merit

PLEASE USE THIS SECTION TO INCLUDE ADDITIONAL NOTES ABOUT THE APPLICANT SUCH AS FURTHER DETAILS ON CHANGE IN STATUS OR JUSTIFICATION FOR NEW HIRE:

Increase of 5% based on evaluations.

_____ Plaza/Store Manager     12/2/16 Date

_____ Section Manager     _____ Date

_____ Assistant Director     _____ Date

NOTE: The signatures of the Toll Operations/Section Manager, Assistant Director (obtained by section), and Deputy Director (obtained by HR only) are required on any request

## FOR HUMAN RESOURCES USE ONLY

| Offer  Letter/Call (circle) | Pre-employment/Safety Sensitive Screening Date: | | Manager/Section Notified: | | BACKGROUND CHECKS: |
|---|---|---|---|---|---|
| Date | Orientation Date: | | | | HRRM |
| ☐ Accept | | Non-exempt | Paperwork Completed: | | JIMS |
| ☐ Decline | | | Hiring Coord. | Mgr., Personnel | DPS |
| Date: | | Exempt | | | V/E/U |
| | | | | | Drug |

_____ Assistant Director, Human Resources     _____ Date

_____ Deputy Director     _____ Date

_____ Executive Director     _____ Date

NOTE: The signature of the HCTRA Executive Director is required on promotions of Manager level or higher or new hires who are considered 'exempt' or are paid $30.00 or more per hour. This signature to be obtained by HR ONLY.

06/10/2016                Change in Status Checklist                FM0107

**006457**

ity Auditor's Form 3418-14
s County, Texas (REV. 10/11)

# Change in Status of Employee

Employee ID:      SSN:      Effective for Payperiod: 1501240

Current Employee Information in Payroll Records

Entity:ROOT   Division:0502   Type: R32+   Birthdate:      Calendar:40-8-5W    FLSA: Y

Name:EDWARDS, TERI RENE

COPY

## PAYALT

Record Type: **PM**      Reason Code: **TR**

     Payroll      HR (Changes Only)

PCN Number:

Title:      COLLECTOR IV

Begin Date:    12/13/2014

End Date:        **10/30/2015**

Pay Class:

FTE:      1

Rate:      $

Rate Type:    Per Hour

### Position Coding

     Payroll      HR (All Records)

GL Key:

JL Key:

JL Object:

Percentage:

## PAYALT

Record Type: **PM**      Reason Code: **TR**

     Payroll      HR (Changes Only)

PCN Number:

Title:      **COLLECTOR IV**

Begin Date:     **10/31/2015**

End Date:

Pay Class:

FTE:      1

Rate:      $

Rate Type:      **Per Hour**

### Position Coding

     Payroll      HR (All Records)

GL Key:

JL Key:

JL Object:

Percentage:

User: Aguilar, Dominga M. (DAGUILAR)      Page: 1      Date: 11/05/2015
Report: HR: Employee Change in Status Form (HR_CHG_IN_STATUS)      Time: 08:34:02

006458

y Auditor's Form 3418-FC
County, Texas (REV. 10/11)

## Change in Status of Employee

Employee ID: __        SSN: __        Effective for Payperiod: 1501240

---

### CDH'S

Payroll                    HR (Changes Only)

### Employer's Certification

ertify that I have reviewed and compared the salary adjustment and/or compensation contained herein to my department's
dget and have ascertained that such compensation will not result in an over budget condition for the current fiscal year.

Employer Authorization: _____        Date: _11/5/15_

### Employee's Certification

he change(s) above set out is/are accepted by me, with the understanding that in all other respects the original terms of
nployment is to remain in full force and effect.

Employee's Signature: _____        Date: _11/16/15_

Auditor Payroll Clerk: _____        Date: _____

006459



## HARRIS COUNTY TOLL ROAD AUTHORITY

### MEMORANDUM

**TO:** Teri Edwards, Toll Collector, Sam East Plaza

**DATE:** February 20, 2020

niv denotes rece
} th cor
working days.

_____
Employee's Acknowledgment

2/21/20
_____
Date

07/01/09

FM0166



HARRIS COUNTY TOLL ROAD AUTHORITY

## MEMORANDUM

COPY

TO: Teri Edwards, Toll Collector, Sam East Plaza

DATE: July 3, 2019

SUBJECT:

working days.

7-4-19

07/01/09

FM0166

**006399**

HARRIS COUNTY TOLL ROAD AUTHORITY 

**MEMORANDUM**

TO: Teri Edwards, Toll Collector, Sam Houston East Plaza

DATE: May 3, 2019

working days

Employee's Acknowledgment

$5-3-19$
Date.

07/01/09

FM0166

**006400**