United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TERI RENE EDWARDS** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 4:23-cv-02037 |
| **AMAZON LOGISTICS, INC** | § | |
| **AMAZON.COM SERVICES, LLC** | § | |
| **AMAZON.COM INC** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER MODIFYING SCHEDULING ORDER

COMES before the Court, Plaintiff, **TERI RENE EDWARDS**, and Defendants, **AMAZON LOGSITICS, INC., AMAZON.COM, INC., and AMAZON.COM SERVICES, LLC.,** moving this Court for an Order Modifying the Scheduling Order. After having reviewed the Motion and noting that it is joint, the Court is of the opinion that the Motion is well-founded and should be in all things GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order is modified as follows:

3. The Plaintiff's experts will be named with a furnished report by: July 1, 2024;

4. The Defendants' experts must be named with a furnished report by: August 1, 2024;

5. Discovery must be completed by October 11, 2024;

6. Dispositive Motions must be filed by: September 27, 2024

    a. Responses filed by: October 11, 2024.

    b. Non-Dispositive Motions filed by: September 27, 2024.

The remaining deadlines with the Scheduling Order (DOC #10) shall remain in effect.

SIGNED: May 13, 2024

Andrew S. Hanen
United States District Judge