**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TERI RENE EDWARDS** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **CAUSE NO. 4:23-CV-2037** |
| | § | |
| **AMAZON LOGISTICS, INC** | § | |
| **AMAZON.COM SERVICES, LLC.** | § | |
| **AND AMAZON.COM INC.** | § | |
| | | |
| *Defendant.* | | |

**STIPULATION OF DISMISSAL**

To:   The Clerk of the above-entitled Court and all Parties and their respective attorneys of record:

COMES NOW, PLAINTIFF, **TERI RENE EDWARDS** and DEFENDANTS,

**AMAZON LOGISTICS, INC, AMAZON.COM SERVICES, LLC AND AMAZON.COM,**

**INC,** and each of them, by and through their respective attorneys of record, and stipulate

pursuant to the terms and conditions of the ruling of the Court to dismiss the action in its

entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1).

IT IS ORDERED, ADJUDGED AND DECREED by this Court that all costs of Court

incurred in this cause are hereby taxed and assessed against the party incurring same.

DATE:  _____

Respectfully submitted,


___/s/ Warren T. McCollum___
**WARREN T. MCCOLLUM**
SBN:   24013127
FENLEY & BATE, L.L.P.
P.O. Box 450
Lufkin, Texas 75902-0450
TPN:   (936) 634-3346
FXN:   (936) 639-5874
Email: wmccollum@fenley-bate.com
ATTORNEY FOR DEFENDANTS
**AMAZON LOGISTICS, INC.**
**AMAZON.COM SERVICES, LLC**
**AND AMAZON.COM, INC.**


_/s/ Jonathan Sneed_
**JONATHAN SNEED**
SBN:   24085594
ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER
800 Commerce St.
Houston, Texas 77002
TPN:   (713) 222-7211
FXN:   (713) 225-0827
Email: jsneed@awtxlaw.com
ATTORNEY FOR PLAINTIFF
**TERI RENE EDWARDS**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have on this, the 18th day of March 2026, served a true and correct copy of the foregoing to:

Jonathan Sneed
ABRAHAM, WATKINS,
NICHOLS, AGOSTO,
AZIZ & STOGNER
800 Commerce St.
Houston, Texas 77002
TPN:　(713) 222-7211
FXN:　(713) 225-0827
Email: jsneed@awtxlaw.com

☐ By certified mail
☐ By regular mail
☐ By overnight mail
☐ By Email
☐ By Facsimile
☒ By Electronic Delivery

/s/Warren T. McCollum
WARREN T. MCCOLLUM